**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF TEXAS

Case number *(if known)* _____ Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Texas E&P Operating, Inc.** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **FKA Chestnut Exploration and Production, Inc.**<br>**FKA Chestnut Petroleum, Inc.** | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **75-2558350** | |

4. Debtor's address

**Principal place of business**

**2201 North Central Expy, Suite 240**
**Richardson, TX 75080**
Number, Street, City, State & ZIP Code

**Dallas**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**
**Oil wells in TX, NM & LA**
Number, Street, City, State & ZIP Code

5. Debtor's website (URL) **www.texasepgroup.com**

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor __Texas E&P Operating, Inc.__                                          Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    2111

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | Relationship | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

---

Debtor    **Texas E&P Operating, Inc.**                              Case number (*if known*) _____
               Name

---

**11. Why is the case filed in this district?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

■ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

■ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?    **(See Addendum)**

☐ It needs to be physically secured or protected from the weather.

■ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**    **(See Addendum)**
                                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

■ Yes.  Insurance agency    **Traveler's Insurance (Policy No. 71M75153 ZLP, Account No. 3944F4211)**

        Contact name    **Broker: Matt Seidler, Wells Fargo Insurance**

        Phone    **Traveler's 800-252-2268; Broker's 972-341-8851**

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Texas E&P Operating, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 29, 2017**
         MM / DD / YYYY

X **/s/ Mark A. Plummer**                              **Mark A. Plummer**
  Signature of authorized representative of debtor      Printed name

Title   **President**

---

**18. Signature of attorney**

X **/s/ J. Mark Chevallier**                        Date **November 29, 2017**
  Signature of attorney for debtor                         MM / DD / YYYY

**J. Mark Chevallier**
Printed name

**McGuire, Craddock & Strother, P.C.**
Firm name

**2501 N. Harwood, Suite 1800**
**Dallas, TX 75201**
Number, Street, City, State & ZIP Code

Contact phone  214.954.6807        Email address   mchevallier@mcslaw.com

**04189170**
Bar number and State

---

**Official Form 201 - Addendum**
**Voluntary Petition for Non-Individuals Filing for Bankruptcy**

4.  **Location of principal assets, if different from principal place of business**

    Principal assets are oil and natural gas reserves across several oil fields, listed below.

    Gillis-English Bayou Field, Calcasieu Parish, LA
    3862 Goos Rd
    Lake Charles, LA 70611

    Willamar Field, Willacy County, TX
    Lat: 26.443141 | Long: -97.564946

    West Ranch Field, Jackson County, TX
    Lat: 28.765165 | Long: -96.657173

    Salmon Field, Anderson County, Texas
    Lat: 31.586518 | Long: -95.538573

    Anderson Wells, Gregg County, TX
    Lat: 32.488501 | Long: -94.866380

    Elder Wells, Gregg County, TX
    Lat: 32.387309 | Long: -94.892046

    Cherokee Field, Cherokee County, TX
    Lat: 31.698689 | Long: -95.160316

    Federal Wells, Lea County, NM
    Lat: 32.523937 | Long: -103.541857

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** YES

    Hazard (Immediate attention):  Texas E&P Operating, Inc. ("TEP") is in the process of cleaning up/remediating old oil and saltwater spills on our **Willamar Field, Willacy County, Texas**, as required by the Railroad Commission of Texas ("RRC").  This clean-up must be completed for our P-5 operator license with the RRC.  We have contracted with ESA Consulting, LLC to handle this clean-up work.

    Hazard (Immediate attention):  Texas E&P Operating, Inc. has a small flow line leak in **Lea County, NM** that needs immediate attention.

    Hazard (General):  Oilfield fluids and chemicals; crude oil and saltwater in tanks/tank batteries. Applies to all wells/fields.

**RESOLUTION OF THE BOARD OF DIRECTORS OF**
**TEXAS E&P OPERATING, INC.**

On November 1, 2017 the Board of Directors ("Board") of Texas E&P Operating, Inc. (the "Company") convened a meeting of the Board. At the meeting, the Board passed the following resolution:

RESOLVED:

1.  The Officers of the Company have authorized the Company to take such acts as may be necessary to protect the assets of the Company, including the filing of a petition under Chapter 11 of the United States Bankruptcy Code.

2.  The Officers of the Company have authorized the Company to engage the services of J. Mark Chevallier and Marc W. Taubenfeld of the firm of McGuire, Craddock & Strother, P.C. ("MCS") as general bankruptcy counsel ("Attorneys").

3.  The Officers of the Company are authorized to deposit with MCS a retainer of $100,000.00 plus the bankruptcy filing fee of $1,717.00, and to execute an engagement agreement to provide for legal services during the pendency of a Chapter 11 case, if such case is filed by the Company.

**TEXAS E&P OPERATING, INC.**

By:  /s/ Mark A. Plummer  [11/29/17]
Name: Mark A. Plummer
Title: Chairman of the Board and Sole Director
Date:  11/29/17

# United States Bankruptcy Court
## Northern District of Texas

In re   **Texas E&P Operating, Inc.**                                            Case No.

                                         Debtor(s)                        Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Texas E&P Operating, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

November 29, 2017
_____
Date

/s/ J. Mark Chevallier
_____
**J. Mark Chevallier**
Signature of Attorney or Litigant
Counsel for   **Texas E&P Operating, Inc.**
**McGuire, Craddock & Strother, P.C.**
**2501 N. Harwood, Suite 1800**
**Dallas, TX 75201**

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | Texas E&P Operating, Inc. | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS | ☐ Check if this is an |
| Case number (if known): | | amended filing |

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Anchor Drilling Fluids P. O. Box 1390 Tulsa, OK 74101 | Kelsey McDowell kmcdowell@hicks-thomas.com 713.547.9100 | Drilling Fluids | | | | $218,907.00 |
| Baker Hughes P. O. Box 301057 Dallas, TX 75303 | Patrick Kelley patkelley@icklaw.com 903.561.1600 | Drilling Services | | | | $122,152.31 |
| Citation Oil & Gas Corp. P.O. Box 200206 Dallas, TX 75320 | Edmundo Ramirez eor@ekrattorneys.com 956.682.2440 | Oilfield Services | | | | $218,217.74 |
| Energy Drilling Company 413 Liberty Rd. Natchez, MS 39120 | Scott D. Ellis 713.276.5615 | Drilling Services | | | | $348,041.67 |
| Flatrock Compression, Ltd. 17350 SH 249, Ste 249 Houston, TX 77064 | B. J. Ellis bj.ellis@flatrockcompression.com 817.408.6967 | Oilfield Services | | | | $111,756.72 |
| Integrity Directional 6701 Corporation Pkwy, Ste 150 Fort Worth, TX 76126 | | Drilling Services | | | | $187,378.00 |
| Integrity Oilfield Services P.O. Box 2116 Houma, LA 70361 | 985.223.3044 | Oilfield Services | | | | $154,070.00 |
| Key Energy Service P. O. Box 201858 Dallas, TX 75320 | Dave Ratliff 337.436.1283 | Well Service | | | | $277,838.17 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Texas E&P Operating, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Kodiak Gas Services, LLC P. O. Box 732235 Dallas, TX 75373 | John Thomas Oldham joldham@okinadams.com 713.228.4100 | Oilfield Servivces | | | | $111,287.34 |
| Krage & Janvey, LLP 2100 Ross Ave., Ste 2600 Dallas, TX 75201 | Mark Hendrix mhendrix@kjllp.com 214.969.7500 | Legal Services | | | | $682,643.31 |
| Locke Lord LLP P. O. Box 911541 Dallas, TX 75391 | Ray White ray.white@lockelord.com 401.528.5868 | Legal Services | | | | $283,268.93 |
| Midway Energy Services P. O. Box 245 Elwood, TX 75852 | Steven N. Allbritton s.allbritton@westwebblaw.com 979.694.7000 | Rental Equipment | | | | $170,852.89 |
| Moss Adams 8750 N. Central Expy, Ste 300 Dallas, TX 75231 | Jeff Cheshier jeff.cheshier@mossadams.com 972.387.4300 | Accounting Services | | | | $120,060.00 |
| New Tech Global Ventures P.O. Box 4724 Houston, TX 77210 | R. Alex Weatherford aweatherford@dorelawgroup.net 281.829.1555 | Engineering Services | | | | $190,857.58 |
| Odessa Pumps 1108 Albrad Ln., Ste B Pharr, TX 78577 | 956.781.7100 | Oilfield Services | | | | $66,593.32 |
| Offshore Oilfield Services 2828 West Gloria Switch Rd. Carencro, LA 70520 | Tina Romero oosinc@aol.com 337.896.1900 | Oilfield Services | | | | $158,760.34 |
| QC Energy Resources, Inc. 62660 Collections Center Dr. Chicago, IL 60693 | | Water Hauling | | | | $114,034.50 |
| Trident Steel Corporation 12825 Flushing Meadows Dr. Suite 110 Saint Louis, MO 63131 | Elise Miller emiller@jdkglaw.com 713.652.2525 | Casing /Tubing | | | | $185,964.93 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor **Texas E&P Operating, Inc.**         Case number *(if known)* _____
   Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Weatherford Branch Plant 120 Fred Rd. Lake Charles, LA 70615 | Misty Gasiorowski mgasiorowski@wkpz.com 713.691.9045 | Oilfield Services | | | | $109,318.58 |
| Weatherford US, LP P. O. Box 200019 Houston, TX 77216 | Misty Gasiorowski mgasiorowski@wkpz.com 713.691.9045 | Oilfield Services | | | | $89,137.06 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 3

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Texas E&P Operating, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   November 29, 2017          X /s/ Mark A. Plummer
                                           Signature of individual signing on behalf of debtor

                                           Mark A. Plummer
                                           Printed name

                                           President
                                           Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

BTXN 094 (rev. 5/04)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

In Re:                            §
                                §

**Texas E&P Operating, Inc.**        §       Case No.:

                                §
                                §

Debtor(s)            §
                                §

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

- ■    is the first mail matrix in this case.

- ☐    adds entities not listed on previously filed mailing list(s).

- ☐    changes or corrects name(s) and address(es) on previously filed mailing list(s).

- ☐    deletes name(s) and address(es) on previously filed mailing list(s).

        In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date:    **November 29, 2017**           **/s/ Mark A. Plummer**
                                           **Mark A. Plummer/President**
                                           Signer/Title

Date:    **November 29, 2017**           **/s/ J. Mark Chevallier**
                                           Signature of Attorney
                                           **J. Mark Chevallier**
                                           **McGuire, Craddock & Strother, P.C.**
                                           **2501 N. Harwood, Suite 1800**
                                           **Dallas, TX 75201**

                                           **75-2558350**
                                           Debtor's Social Security/Tax ID No.

                                           Joint Debtor's Social Security/Tax ID No.

31 Energy Services LLC -AR
c/o Diversified Lenders, Inc.
Lubbock, TX 79493


5J Oilfield Services, Inc.
4090 N US Hwy 79
Palestine, TX 75801-2000


A-Pro Industries
P. O. Box 80875
Lafayette, LA 70598


AAA Well Service
P. O. Box 33
Millsap, TX 76066


Acid and Cementing Services, Inc.
P. O. Box 1258
Palestine, TX 75802


ACME Truck Lines Inc.
MSC-40683
P. O. Box 415000
Nashville, TN 37241


Adrian's Lease Service
5000 Western Rd.
Mission, TX 78574


Adrienne H. Garbarino
c/o Richard Hebert Curator
P. O. Box 713
Jennings, LA 70546


Agnes J. Broussard Hoffpau
1060 Riceland Dr.
Crowley, LA 70526

Aiken Engineering Company
9720 Cypresswood Dr.
Suite 340
Houston, TX 77070


Alamo Oilfield Services
1045 Central Pkwy N
Suite 102
San Antonio, TX 78232


Ally
P. O. Box 9001952
Louisville, KY 40290


American Express
P.O. Box 650448
Dallas, TX 75265


Anaya Welding & Lease Service, Inc.
1701 W. Owassa Rd.
Edinburg, TX 78539


Anchor Drilling Fluids
P. O. Box 1390
Tulsa, OK 74101


Anderson County Tax Assessor
703 N. Mallard St., Ste 104
Palestine, TX 75801


Andree H. Macaluso
P. O. Box 1384
Jennings, LA 70546


Ann H. Hebert
P. O. Box 735
Jennings, LA 70546

Annette Louise Romero
7104 Covered Bridge
Austin, TX 78736

Arabie Law Firm
1011 Lakeshore Dr., Ste 208
P. O. Box 3004
Lake Charles, LA 70601

Archer Wireline LLC
Dept 3300
P. O. Box 123300
Dallas, TX 75312

Archrock Partners
P. O. Box 201160
Dallas, TX 75320

AT&T
P. O. Box 105262
Atlanta, GA 30348

AT&T Long Distance
P.O. Box 5017
Carol Stream, IL 60197

AT&T Mobility
P. O. Box 537104
Atlanta, GA 30353

AT&T Mobility
P. O. Box 6463
Carol Stream, IL 60197

Avatar Systems, Inc.
2801 Network Blvd.
Suite 210
Frisco, TX 75034

Baker Hughes
P. O. Box 301057
Dallas, TX 75303


Barbara L. Houssiere
P. O. Box 93273 MSU
Lake Charles, LA 70609


Basic Energy Services, LP
P. O. Box 841903
Dallas, TX 75284


Basin Chemical Solutions
P.O. Box 540
Youngsville, LA 70592


BCSP Denver Property LLC
P. O. Box 740032
Los Angeles, CA 90074


BCSP Denver Property, LLC
P. O. Box 740495
Los Angeles, CA 90074


Benchmark Logistics, Inc.
P. O. Box 952183
Dallas, TX 75395


Bennett Oil Corporation
P. O. Box 1866
Lake Charles, LA 70602


Bes Test, Inc.
P. O. Box 606
Giddings, TX 78942

Beverly Jeanise Houssiere
4315 E Princton Ave
Fresno, CA 93703

Bigfoot Energy Services
312 West Sabine
Carthage, TX 75633

BigRentz
1063 McGaw Ave.
Irvine, CA 92614

Blue Cross-Blue Shield TX
Health Care Service Corp.
P. O. Box 731428
Dallas, TX 75373

Blueline Rental LLC
P. O. Box 840062
Dallas, TX 75284

Bobwhite Environmental
1106 Tokatlon
San Antonio, TX 78258

Bobwhite Rentals, LLC
P. O. Box 2372
Victoria, TX 77902

BOS, Inc.
P. O. Box 1256
Edinburg, TX 78540

Brent J. Vincent
127 E. Lovell Street
Crowley, LA 70526

Brian Casey Warburton
9910 Royal Ln.
Dallas, TX 75231

Brothers Vacuum & Trucking
P. O. Box 1540
El Campo, TX 77437

Bryan Francis Energy Serv.
MidSouth Bank
P. O. Box 3742
Lafayette, LA 70502

Buteo Enterprises
6300 Tenneryville Rd.
Longview, TX 75604

C & S Lease Services
P. O. Box 1049
Kilgore, TX 75663

Caesars Entertainment
P. O. Box 96116
Las Vegas, NV 89193

Calcasieu Parish School Board
P. O. Box 800
Lake Charles, LA 70602

Calcasieu Parish Tax Collector
1011 Lake Shore Dr., Ste 100
Lake Charles, LA 70601

Cameron Measurement Systems Division
P. O. Box 730172
Dallas, TX 75373

Canyon Creek Country Club
625 Lookout Drive
Richardson, TX 75080


Charles R. Houssiere III
1990 Post Oak Blvd, Ste 800
Houston, TX 77056


Charles Robert Houssiere
14215 Swallowfield Dr.
Houston, TX 77077


Chase Auto Finance
P. O. Box 9001801
Louisville, KY 40290


Chem-Spray South, Inc.
P. O. Box 817
Gonzales, LA 70707


Chemical Weed Control
P. O. Box 512
Brownfield, TX 79316


Cherokee County Appraisal
P. O. Box 494
Rusk, TX 75785


Cherokee County Clerk
Laverne Lusk
P. O. Box 420
Rusk, TX 75785


Cherokee County Tax A/C
135 South Main Courthouse
Rusk, TX 75785

Chestnut Lease Fund 1, LP
2201 North Central Expy.
Suite 240
Richardson, TX 75080


Chestnut Production Fund II, LP
2201 N. Central Expy., Suite 240
Richardson, TX 75080


Chestnut Well Service LLC
2201 N. Central Expy.
Suite 240
Richardson, TX 75080


CIPA
1001 K Street, 6th Floor
Sacramento, CA 95814


Citation Oil & Gas Corp.
P.O. Box 200206
Dallas, TX 75320


Cogent Communications Inc.
P. O. Box 791087
Baltimore, MD 21279


Collin County Tax Assessor Collector
Kenneth L. Maun
P. O. Box 8006
McKinney, TX 75070


Compressor Systems, Inc.
P. O. Box 841807
Dallas, TX 75284


Connie Kathryn Duhon Harl
136 Minolta Rd. Lot B
Youngsville, LA 70592

Contego Soultions, LLC
2211 Commerce Street
Suite 100
Dallas, TX 75201


Crochet Electric
16204 N. Gallaugher Rd.
Jennings, LA 70546


Crossroads Services
P. O. Box 599
Centerville, TX 75833


CSI Compressco Operating
P. O. Box 840082
Dallas, TX 75284


CT Corporation
P. O. Box 4349
Carol Stream, IL 60197


Cudd Pressurre Control Inc.
P. O. Box 203379
Dallas, TX 75320


D & S Lease Service, Inc.
2042 Burroughville Rd.
Victoria, TX 77905


D S & T - NSL LLC
641 W Prien Lake Rd.
Lake Charles, LA 70601


Dallas Business Journal
2515 McKinney Ave., Suite 100
Dallas, TX 75201

Dallas County Tax Assessor
John R. Ames, CTA
P.O. Box 139033
Dallas, TX 75313


Dallas Petroleum Club
2200 Ross Ave., Suite 4150E
Dallas, TX 75201


Davies Construction
P. O. Box 16923
Lake Charles, LA 70616


Dawn Ismerie Herrington
1929 North Blvd.
Houston, TX 77098


Deep South Crane & Riggin
15324 Airline Highway
Baton Rouge, LA 70817


Deep South Oilfield &
Industrial Supply, LLC
1203 Gerstner Memorial Dr.
Lake Charles, LA 70601


Dept. of Natural Resources
Office of Conservation
P. O. Box 44277
Baton Rouge, LA 70804


Dialog Wireline Services
3100 Maverick Drive
Kilgore, TX 75662


Dishman & Bennett Special
P. O. Box 287
Houma, LA 70361

DNOW L.P.
P. O. Box 200822
Dallas, TX 75320

Dotcom Leasing LLC
P. O. Box 33210
Tulsa, OK 74153

Drost & Brame -NSL LLC
641 W. Prien Lake Rd.
Lake Charles, LA 70601

Dunn & Bradstreet
NetProspex, Inc.
300 Third Ave., 2nd Floor
Waltham, MA 02451

East Texas Energy Symposium
1301 S. Henderson Blvd.
Kilgore, TX 75662

Edward M. McElroy &
Elizabeth McElroy Test Trust
1214 Sherrard St.
Burnet, TX 78611

Electronic Verif Systems
2500 Technology Dr.
Louisville, KY 40299

eLynx Technologies LLC
Dept 243
P. O. Box 21228
Tulsa, OK 74121

Emily Sue Pinnell as Trustee
Mineral & Land Management Trust
2700 S. River Rd., Ste 100
Des Plaines, IL 60018

Eminent Oil Tools
115 Beau Pre Road
Lafayette, LA 70508


Empire Wireline LLC
400 Hobbs Rd., Suite 201
League City, TX 77573


Endurance Lift Solutions
P. O. Box 840473
Dallas, TX 75284


Endurance Lift Solutions, LLC
P. O. Box 843175
Dallas, TX 75284


Energy Drilling Company
413 Liberty Rd.
Natchez, MS 39120


Energy Fishing & Rental
P.O. Box 116587
Atlanta, GA 30368


Entergy Gulf States LA
P. O. Box 8103
Baton Rouge, LA 70891


Ernest A Houssiere Jr.
P. O. Box 2200
Boulder, CO 80306


ESA Consulting
2810 Bill Owens Pkwy., Ste 100
Longview, TX 75605

ETOS Inc.
P.O. Box 288
New London, TX 75682


Eunice Pump & Supply
P. O. Box 1468
Eunice, NM 88231


Eve N. Garbarino Jr.
693 Elbert Robinson Rd.
Welsh, LA 70591


Express Energy Services Operating LP
P. O. Box 843971
Dallas, TX 75284


Express Energy Services Operating, LP
P. O. Box 84397
Dallas, TX 75284


Expro Americas Inc.
Dept 2080
P. O. Box 122080
Dallas, TX 75312


Exreme Well Testing LLC
33400 W FM 681
Edinburg, TX 78541


Extreme Energy Services
P. O. Box 1468
Broussard, LA 70518


FESCO, Ltd
4501 W. University
Edinburg, TX 78539

Flatiron Capital
P.O. Box 712195
Denver, CO 80271


Flatrock Compression, Ltd.
17350 SH 249, Ste 249
Houston, TX 77064


Fleming Oilfield Services
5112 Carrabba Road
Bryan, TX 77808


Flusche Supply of Quanah, Inc.
P. O. Box 351
Electra, TX 76360


Focus Field Services LLC
P. O.  Box 56
White Oak, TX 75693


Forms Professional, Inc.
P. O. Box 64204
Lubbock, TX 79464


FreedomFest
P. O. Box 1153
Riverton, UT 84065


FREEMAN
P. O. Box 650036
Dallas, TX 75265


Future Pipe Industries
11811 Proctor Rd.
Houston, TX 77038

Gardner Consultants Inc.
5927 Fairfield Ave.
Shreveport, LA 71106

Garz-Briz Oil Field Serv.
Gulf Coast Bank & Trust Co.
P. O. Box 731152
Dallas, TX 75373

Genco Energy Services Inc.
P. O. Box 720130
McAllen, TX 78504

GEOMAP Company
1100 Geomap Lane
Plano, TX 75074

George C. Houssiere
1170 E. Gallaugher Rd.
Jennings, LA 70546

George H Vangeffen
2804 Lexington
Metairie, LA 70002

Geraldine B. Nickells
562 Copper Rim
Spring Branch, TX 78070

Gregg County Tax Office
c/o Kirk Shield, Tax A/C
P. O. Box 1431
Longview, TX 75606

Gulf Coast Coil Tubing
P. O. Box 1710
Scott, LA 70583

Gulf Coast Tubulars, Inc.
650 N. Sam Houston Pkwy East
Suite 301
Houston, TX 77060


H C Drew Estate C
Wade Shaddock Jr. Trustee
P. O. Box 2015
Lake Charles, LA 70602


H. Brown Machine Shop, Inc.
P.O.Box 427
Eunice, LA 70523


Haarmeyer Electric Inc.
310 East Ave. D
P. O. Box 478
Lovington, NM 88260


Hadley Energy Service LLC
1113-A Ridge Rd.
Duson, LA 70529


Hardin Tubular Sales, Inc.
P. O. Drawer 374
Victoria, TX 77902


Hay Brothers, Inc.
P. O. Box 3166
Lake Charles, LA 70602


HB Joyner LLC
10 S Brain Hollow Land No 80
Houston, TX 77027


HCK2 Partners
3875 Ponte Ave
Suite 420
Addison, TX 75001

Helen B. Joyner
c/o Raintree Place
10 South Briar Hollow Rd #80
Houston, TX 77027


Hemco, Inc.
P. O. Box 3333
Kilgore, TX 75663


Henrrietta H. Evans
P. O. Box 845
Jennings, LA 70546


HJM LLC
6804 Northwood Rd.
Dallas, TX 75225


Holden Custom Products
P. O. Box 671147
Dallas, TX 75267


Hood County Tax Assessor
1410 W. Pearl St.
Granbury, TX 76048


Hornet Services Company, LLC
P. O. Box 1029
Jennings, LA 70546


Hub City Industries, Inc.
P. O. Box 62265
Lafayette, LA 70596


Hydrostatic Pipe Service
P. O. Box 2428
Hobbs, NM 88241

IC APAIRY
19653 US Hwy 77 N
Victoria, TX 77904

IHS Global Inc.
P. O. Box 847193
Dallas, TX 75284

Inject-Tech & Supply, LLC
P. O. Box 335
Crowley, LA 70527

Integrity Directional
6701 Corporation Pkwy, Ste 150
Fort Worth, TX 76126

Integrity Oilfield Services
P.O. Box 2116
Houma, LA 70361

Internal Revenue Service
United States Treasury
Ogden, UT 84201

Internal Revenue Service
Special Procedures-Insolvency
P. O. Box 7346
Philadelphia, PA 19101

J&R Valley Oildfield Service
P. O. Box 310
Mission, TX 78573

J-W Power  Company
P. O. Box 205856
Dallas, TX 75320

J. W. Gotreaux
1085 Kincade Ct.
Lake Charles, LA 70611


Jackie Lyn Duhon
P. O. Box 154
El Portal, CA 95318


Jackson Count Tax Collector
115 W. Main St., Suite 102
Edna, TX 77957


James H. Dupuis Sr.
P. O. Box 80569
Lafayette, LA 70598


James Patrick Herrington
1929 North Blvd.
Houston, TX 77098


Janice B Vangeffen
P. O. Box 40663
Baton Rouge, LA 70835


Jay Petroleum of LA LLC
200 Flying W Dr.
Carencro, LA 70520


JD Oilfield Supply LLC
104 E. Utopia
Duson, LA 70529


Jefferson Financial, Inc.
Attn: Emily Coia, Conf Director
111 Veterans Memorial Blvd, Ste 1555
Metairie, LA 70005

Jett Testers, Inc.
P. O. Box 1367
Jennings, LA 70546


Jo Vita Player
1104 Highway 90 Est.
Milton, FL 32570


Joan Koonce Quinn
690 Bellview Dr.
Lake Charles, LA 70611


Joan Prem Vangeffen
501 Rue Street Peter #112
Metairie, LA 70005


JSML LLC
1450 William St Lawton Bldg. 2nd
Lake Charles, LA 70601


JT Swabbing Services, Inc.
P. O. Box 1327
Mission, TX 78573


Karen Dawn Warburton Pant
308 Cherry St.
Lafayette, LA 70506


Karyl Joan Warburton Obanion
139 Greenway
Lake Charles, LA 70605


Kathleen Patricia W. Phill
4324 E Holly Circle
Sulphur, LA 70665

Kel-Tech Inc.
Dept. 3420
P. O. Box 3420
Dallas, TX 75312


Kenneth Omalley
11230 Seward Plaza
Apt 2317
Omaha, NE 68154


Kentwood Springs
P. O. Box 660579
Dallas, TX 75266


Key Energy Service
P. O. Box 201858
Dallas, TX 75320


Knight Oil Tools LLC
P. O. Box 52823
Lafayette, LA 70505


Kodiak Gas Services, LLC
P. O. Box 732235
Dallas, TX 75373


Krage & Janvey, LLP
2100 Ross Ave., Ste 2600
Dallas, TX 75201


L & S Hot Oil Service Inc.
9050 Highway 70 S
Vernon, TX 76384


L&B Oil and Gas Equipment, LLC
P. O. Box 3054
Mission, TX 78573

LABI
3113 Valley Creek Dr.
P. O. Box 80258
Baton Rouge, LA 70898


Lacassine Oilfield Serv.
P. O. Box 102
Lacassine, LA 70650


Lario Transports, Inc.
P. O. Box 406
Vernon, TX 76385


Laura Nelle McElroy Fruge
& Allen R. Fruge Testamentary Trust
1214 Sherrard St.
Burnet, TX 78611


Lea County Assessor
100 N. Main Ave., Suite 2
Lovington, NM 88260


LEAF
P. O. Box 644006
Cincinnati, OH 45264


Leo Konce
P. O. Box 576
Iowa, LA 70647


Leon Carrol Koonce
373 Bea Parker Rd.
Reeves, LA 70658


Linda Carole O'Malley Fontenot
106 La Bella Dr.
Lafayette, LA 70506

Locke Lord LLP
P. O. Box 911541
Dallas, TX 75391


Louisiana Dept of Revenue
P. O. Box 201
Baton Rouge, LA 70821


Louisiana Tank, Inc.
P. O. Box 1863
Lake Charles, LA 70602


Lucy Sneed Duncan
11244 Pinehurst Dr.
Austin, TX 78747


Lyford CISD Tax Office
P. O. Box 220
Lyford, TX 78569


Mable Koonce Lee
2506 Champman Rd.
Lake Charles, LA 70611


MAD Oilfield Service, LLC
P. O. Box 2095
Kilgore, TX 75663


Marguerite B. Perry
1818 S. Lake Arthur Ave.
Jennings, LA 70546


Marie Vangeffen
c/o George Vangeffen Testamen Exec.
Metairie, LA 70002

Mary Ann C. Delahoussaye
5020 Pecan Acres Dr., Apt 5D
Lake Charles, LA 70605


Mayo Realty Co Inc.
3137 Debra Ln
Westlake, LA 70699


Mercer Well Service/TSWS
P. O. Box 201642
Dallas, TX 75320


Mesa Southern Well Serv.
Dept. 117
P. O. Box 4458
Houston, TX 77210


Micar Transportation, Inc.
1002 Richard Cir.
Palestine, TX 75803


Michael James Kellam
P. O. Box 1669
Estes Park, CO 80517


Michael OMalley
P. O. Box 1582
Windermere, FL 34786


Michell Industries
15555 IH-10 E
Baytown, TX 77523-3000


Midway Energy Services
P. O. Box 245
Elwood, TX 75852

Mission Vacuum & Pump
Truck Service
P. O. Box 1935
Mission, TX 78573


MKS Services LLC
6389 US Hwy 79 S
Palestine, TX 75801


Moncia Well Service, Inc.
c/o Key Energy Services
P. O. Box 53408
Lafayette, LA 70505


Moss Adams
8750 N. Central Expy, Ste 300
Dallas, TX 75231


NALCO Champion
P. O. Box 730005
Dallas, TX 75373


National Oilwell DHT, LP
P. O. Box 201224
Dallas, TX 75320


Netherland, Sewell & Asso
2100 Ross Ave.
Suite 2200
Dallas, TX 75201


New Mexico Taxation and
Revenue Department
P. O. Box 2308
Santa Fe, NM 87504


New Tech Global Env. LLC
P. O. Box 4976
msc 200
Houston, TX 77210

New Tech Global Ventures
P.O. Box 4724
Houston, TX 77210


Odessa Pumps
1108 Albrad Ln., Ste B
Pharr, TX 78577


Offshore Oilfield Services
2828 West Gloria Switch Rd.
Carencro, LA 70520


Oil Patch Pipe & Supply
P. O. Box 1923
Kilgore, TX 75663


Oilfield Packer Service
P. O. Box 1325
Eunice, NM 88231


Olympia Minerals LLC
Attn: J. Michael Lewis
3811 Turtle Creek Blvd.
#1800
Dallas, TX 75219


Omega Oilfield Services
P. O. Box 1793
Kilgore, TX 75663


On The Mark Energy Svcs
6712 S Eunice Hwy
Hobbs, NM 88240


P & A Supply, Inc.
P. O. Box 4814
Victoria, TX 77903

Paradigm Realty Advisors
4500 S. Garnett
Suite 600
Tulsa, OK 74146


Parish of Calcasieu LA
Tony Mancuso, Sheriff & Tax Collector
P. O. Box 1450
Lake Charles, LA 70602


Patco Completion Services
P. O. Box 1229
Houma, LA 70361


Patco Wireline Services
P. O. Box 4177
Houma, LA 70361


Patricia Veal Schepens
1103 Salt Creek Dr.
Ponte Vedra Beach, FL 32082


Pelican Oil Tools
P. O. Box 2673
Sulphur, LA 70664


Permian Enterprises, Ltd.
2121 W. Murphy
Odessa, TX 79763


Petroleum Listing Services
P. O. Box 4987
Houston, TX 77210


Petroleum Producing Services
P. O. Box 4238
Alice, TX 78333

Phoenix Copy Services
3250 Towerwood Dr.
Farmers Branch, TX 75234


Pinnergy Ltd.
111 Congress Ave.
Austin, TX 78701


Pitney Bowes
Purchase Power
P. O. Box 371874
Pittsburgh, PA 15250


Pitney Bowes Global
Financial Services LLC
P. O. Box 371887
Pittsburgh, PA 15250


Premium Oilfield Services
P. O. Box 203763
Dallas, TX 75320


Pride Pump and Supply
P. O. Box 2003
Kilgore, TX 75663


Principal Life
SBD Grand Island
P. O. Box 10372
Des Moines, IA 50306


Pro-Kem, Inc.
P. O. Box 1506
Lovington, NM 88260


Pro-Test, Inc.
454 FM 1252 East
Kilgore, TX 75662

Production Hookup
P. O. Box 60935
Lafayette, LA 70596


Production Services
P. O. Box 61207
Lafayette, LA 70596


Prosperity Bank
1330 S. Harvard Avenue
Tulsa, OK 74112


Puttco Oilfield Services, LLC
P. O. Box 1208
Jennings, LA 70546


QC Energy Resources, Inc.
62660 Collections Center Dr.
Chicago, IL 60693


Quinn Pumps
P. O. Box 224667
Dallas, TX 75222


R Construction Company
Buffalo, TX 75831


R&D Pipe Company
2200 Louetta Rd., Ste 100
Spring, TX 77388


R.P.S. Cementing Co., LLC
P. O. Box 176
Livonia, LA 70755

R360 Environmental Solut.
3 Waterway Square Pl.
Suite 110
The Woodlands, TX 77380


RAM Woodbine Electric Co.
P. O. Box 1925
Kilgore, TX 75663


Ram-Gear Manufacturing, Inc.
P. O. Box 537
Agua Dulce, TX 78330


Raymond's Welding &
Machine Shop, Inc.
P. O. Box 148
Kamay, TX 76369


Ready Fresh
P. O. Box 856680
Louisville, KY 40285


Redwood Oil & Gas LLC
307 Q. Woodlawn
Kilgore, TX 75662


Regard Resources Co. Inc.
555 Aero Dr.
Shreveport, LA 71107


Regio Express Inc.
822 Del Oro Lane
Pharr, TX 78577


Rene H Tuthill Trust
c/o J. Lee Sylvester Trustee
6211 East 74th
Tulsa, OK 74136

Resource Rental Tools LLC
P. O. Box 10047
New Iberia, LA 70562

Richard J. Kossier
c/o Mark Hendrix, Attorney
2100 Ross Ave., Suite 2600
Dallas, TX 75201

Richardson ISD Tax Office
970 Security Row
Richardson, TX 75081

Ricks Transportation SVCS
3436 West Pinhook Rd.
Lafayette, LA 70508

Rio Oilfield Supplies, Inc.
P. O. Box 310
Mission, TX 78573

Rita Mae Broussard Racca
1425 Elton Rd.
Jennings, LA 70546

Robert E. Houssiere Estate
Mereilyn C H Amsier Ind. Exec.
1000 Carousel Dr.
Bedford, TX 76021

Robert G Duhon Jr. &
Elisabeth L Duhon Trust
P. O. Box 3155
Spring, TX 77383

Russell Wayne Koonce
1912 Ike St.
Lake Charles, LA 70605

Sales Genie.Com
P. O. Box 957742
Saint Louis, MO 63195


Sandra Houssiere Patin
P. O. Box 967
Jennings, LA 70546


Scorpion Design Inc.
P. O. Box 123498
Dallas, TX 75312


Secap Finance
2225 American Dr.
Neenah, WI 54956


Shell
P. O. Box 9001011
Louisville, KY 40290


Smarsh
P. O. Box 505265
Saint Louis, MO 63150


Sonora West Minerals LLC
2100 Lakeside
Suite 425
Richardson, TX 75082


South Western Electric
Power Company
P. O. Box 24422
Canton, OH 44701


Southwestern Electric
Power Company
P. O. Box 24422
Canton, OH 44701

Stallion Oilfield Svcs
P. O. Box 842364
Dallas, TX 75284


Standford Truck Line
P. O. Box 36
Iota, LA 70543


Star Oilfield Services
1861 Split Mountain
New Braunfels, TX 78133


State Comptroller of Public Accounts
Revenue Accounting Divi-BK Sec.
P. O. Box 13528
Austin, TX 78711


Stellar Oilfield Rentals
P. O. Box 22328
Houston, TX 77227


Stephens County Clerk
Terry Sullivan
200 West Walker
Breckenridge, TX 76424


Stephens County Tax A/C
Stephens County Courthouse
200 West Walker
Breckenridge, TX 76424


Steve J. Dupuis Sr.
P. O. Box 4425
Lafayette, LA 70502


STRC Oilfield Tech, LLC
327 N. Denton St.
Suite 100
Weatherford, TX 76086

Summit ESP, LLC
3203 Maverick Dr.
Kilgore, TX 75662


Sunbelt Rentals Industrial Services, LLC
1275 W. Mound Street
Columbus, OH 43223


Superior Roustabout Const.
P. O. Box 278
Elkhart, TX 75839


Supreme Service & Special
204 Industrial Ave. C
Houma, LA 70363


SwabCo Inc.
P. O. Box 669
Levelland, TX 79336


Tadlock Pipe & Rentals, Inc.
P. O. Box 16990
Lake Charles, LA 70616


Team Oil Tools LP
P. O. Box 204532
Dallas, TX 75320


TEC Well Service Inc.
911 NW Loop 281
Longview, TX 75604


TEC Well Service, LLC
fka TEC Well Service, Inc.
911 NW Loop 281, Ste 100
Longview, TX 75604

Tervita Corp.
P. O. Box 840730
Dallas, TX 75284


Texas Alliance of Energy
900 8th St
Suite 400
Wichita Falls, TX 76301


Texas Attorney General's Office
P. O.Box 12548
Austin, TX 78711


Texas Downhole Tools LLC
164 Leeper Lane
Victoria, TX 77904


Texas E&P Funding, Inc.
2201 North Central Expy.
Suite 240
Richardson, TX 75080


Texas Gepopgoc Services
P. O. Box 632
Giddings, TX 78942


Texas Indp. Exploration Ltd.
c/o Compass Bank
P. O. Box 674279
Dallas, TX 75267


Texas Workforce Commission
TEC Building - Bankruptcy
101 East 15th Street
Austin, TX 78778


The J. W. Green Contractor
201 Hwy 323 East
P. O. Box 400
Overton, TX 75684

Thomas Petroleum LLC
P. O. Box 677289
Dallas, TX 75320

Total Pump & Supply LLC
P. O. Box 548
Carencro, LA 70520

Trident Steel Corporation
12825 Flushing Meadows Dr.
Suite 110
Saint Louis, MO 63131

Triple "H" Engine Service
P. O. Box 565
Lovington, NM 88260

Triple J Oilfield Service
P. O. Box 1665
Mission, TX 78573

Triumph
Dept 939
P. O. Box 4346
Houston, TX 77210

Tube Tech Services
P. O. Box 68
Scott, LA 70583

Tubing Testers
P. O. Box 655
Archer City, TX 76351

Tuthill Properties LLC
c/o Neil C Tuthill III
718 Heart D Farm Rd.
Youngsville, LA 70592

Tyler Well Service Co.
P. O. Box 504
Hobbs, NM 88241


U. S. Department of Homeland Security


Unique Color Imaging, Inc.
8720 Empress Row
Dallas, TX 75247


Vanilla Soft
5600 Tennyson Pkwy
Suite 365
Plano, TX 75024


Victoria Electric Corp.
P. O. Box 2178
Victoria, TX 77902


Victory Energy Services
P. O. Box 1148
Eunice, NM 88231


Vintage Services
174 W. Pursiane
Kilgore, TX 75662


W L & M A Cain Family Ltd.
c/o Mary Agnes Cain
5914 Overdowns Dr.
Dallas, TX 75230


Wallacy County Tax Office
Elizabeth Barnhart
192 N. 3rd, Rm 202
Raymondville, TX 78580

Waste Management of Lake Charles
P. O. Box 9001054
Louisville, KY 40290


WB Supply Company
P. O. Box 972856
Dallas, TX 75397


Weatherford  Artificial Lift
Systems, Inc.
P. O. Box 301003
Dallas, TX 75303


Weatherford Branch Plant
120 Fred Rd.
Lake Charles, LA 70615


Weatherford US, LP
P. O. Box 200019
Houston, TX 77216


Welibore Fishing & Rental
c/o Gardere Wynne Sewell LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102


Wex Bank
P. O. Box 6293
Carol Stream, IL 60197


White Services
P. O. Box 268
Smiley, TX 78159


William H. Evans
4116 W Jevon Ln
Lake Charles, LA 70605

Xpress Oilfield Services
P. O. Box 5040
Longview, TX 75608


Ygriega Energy
DBA Y-Oil Field Services
P. O. Box 250
La Blanca, TX 78558


Zedi US Inc.
P. O. Box 51475
Lafayette, LA 70505