## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

Texas E&P Operating Inc.
Case No. 17-34386-sgj-11

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMER REGARDING DEBTOR'S SCHEDULES AND STATEMENTS

### General

The Schedules of Assets and Liabilities (collectively, the "*Schedules*") and the Statements of Financial Affairs (collectively, the "*Statements*" and, together with the Schedules, the "*Schedules and Statements*") filed by Texas E&P Operating Inc., debtor in possession (the "*Debtor*") in this Chapter 11 case (the "*Chapter 11 Case*") pending in the United States Bankruptcy Court for the Northern District of Texas (the "*Bankruptcy Court*") were prepared, pursuant to section 521 of Chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*"), by management of the Debtor, with the assistance of the Debtor's counsel, and are unaudited. While the Debtor's management has made every reasonable effort to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances, based on information that was available to it at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and Statements, and inadvertent errors or omissions may have occurred. As the Schedules and Statements contain unaudited information, which is subject to further review, verification, and potential adjustment, there can be no assurance that these Schedules and Statements are complete. The Debtor reserve all rights to amend the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or otherwise assert offsets or defenses to any claim reflected in the Schedules and Statements as to amount, liability, or classification, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to these Chapter 11 Case, including, but not limited to, issues involving substantive consolidation, equitable subordination and/or causes of action arising under the provisions of Chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers.

The Schedules and Statements have been signed by Mark Plummer, President and CEO of the Debtor. In reviewing and signing the Schedules and Statements, Mr. Plummer necessarily relied upon the efforts, statements, and representations of the Debtor's other personnel and professionals. Mr. Plummer has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors, classification of such amounts, and their addresses. The Debtor's production, finance, and accounting systems were primarily designed and used to manage and track oil and gas production with a secondary focus on the creation of financial statements.

These Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding the Debtor's Schedules and Statements (the "*Global Notes*") are incorporated by reference in, and comprise an integral part of, the Schedules and Statements, and should be referred to and considered in connection with any review of the Schedules and Statements.

In the event that the Schedules and Statements differ from the Global Notes, the Global Notes shall control.

### Description of the Cases

On November 29, 2017 (the "*Petition Date*"), the Debtor filed a voluntary petition for relief under the Bankruptcy Code in the Bankruptcy Court. The Debtor continues to operate its business and manage its properties as Debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The Debtor's fiscal year ends on December 31. All asset information, except where otherwise noted, is as of November 30, 2017. The liability information, except where otherwise noted, is as of the close of business on November 28, 2017. All bank cash balances are as of the Petition Date. All YTD 2017 revenue is reflected as of 2017.

## Basis of Presentation

These Schedules and Statements do not purport to represent financial statements prepared in accordance with GAAP nor are they intended to fully reconcile to the financial statements prepared by the Debtor. Information contained in the Schedules and Statements has been derived from the Debtor's books and records and historical financial statements. Debtor accounts for its oil and gas interests under the full cost method. As such, Debtor has presented its oil and gas interests as real property, net of dispositions, depletion and ceiling test impairments. The fair market value of real and personal property may vary materially from the value presented herein.

## Current Market Value and Net Book Value

In many instances, current market valuations are neither maintained by nor readily ascertainable by the Debtor. It would be prohibitively expensive and unduly burdensome to obtain current market valuations of the Debtor's property interests that are not maintained or readily ascertainable. Accordingly, unless otherwise indicated, the Schedules and Statements reflect either the net book values or the Debtor's estimate of values as of November 29, 2017, rather than current market values, of the Debtor's assets as of November 30, 2017 and may not reflect the net realizable value. For this reason, amounts ultimately realized will vary, potentially materially, from the value set forth in the Schedules. Additionally, the amount of certain assets and liabilities may be "undetermined," and, thus, ultimate assets and liabilities may differ materially from those stated in the Schedules and Statements.

## Amendment

Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtor reserves all rights to amend and/or supplement the Schedules and Statements from time to time as is necessary and appropriate.

## Causes of Action

Despite its reasonable efforts to identify all known assets, the Debtor may not have listed all of its causes of action or potential causes of action against third parties as assets in their Schedules and Statements, including, but not limited to, avoidance actions arising under Chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets. The Debtor reserves all of its rights with respect to any claims, causes of action, or avoidance actions they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of actions, or avoidance actions or in any way prejudice or impair the assertion of such claims.

## Recharacterization

The Debtor has made reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements. However, due to the complexity and size of the Debtor's business, the Debtor may have improperly characterized, classified, categorized, or designated certain items. The Debtor thus reserves all of its rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as necessary or appropriate as additional information becomes available.

## Claim Description

Any failure to designate a claim in the Schedules and Statements as "contingent," "unliquidated, or "disputed" does not constitute an admission by the Debtor that such claim or amount is not "contingent," "unliquidated," or "disputed." The Debtor reserves all of its rights to dispute, or to assert offsets or defenses to, any claim reflected on their Schedules or Statements on any grounds, including, but not limited to, amount, liability, priority, status, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed." Moreover, the Debtor reserve all of its rights to amend the Schedules and Statements as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

## Bankruptcy Court Orders

Pursuant to certain orders of the Bankruptcy Court entered in the Debtor's Chapter 11 Case, the Debtor was authorized (but not directed) to pay, among other things, certain prepetition claims of employees, taxing authorities, and certain other prepetition creditors. Accordingly, these liabilities may have been or may be satisfied in accordance with such orders and therefore generally are not listed in the Schedules and Statements.

## Valuation
It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtor to obtain current market valuations of all of its assets. Accordingly, unless otherwise indicated, the Debtor has used estimated values as of November 29, 2017 in the Schedules and Statements. Exceptions to this include operating cash. Operating cash is presented at bank balances as of the Petition Date. Amounts ultimately realized may vary from estimated value (or whatever value was ascribed) and such variance may be material. Accordingly, the Debtor reserves all of its rights to amend or adjust the value of each asset set forth herein.

## Dates
The information provided herein, except as otherwise noted, represents the asset data of the Debtor as of November 29, 2017.

## Contingent Assets
The Debtor believes that it may possess certain claims and causes of action against various parties. Additionally, the Debtor may possess contingent claims in the form of various avoidance actions it could commence under the provisions of Chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws. The Debtor, despite reasonable efforts, may not have set forth all of their causes of action against third parties as assets in their Schedules and Statements. The Debtor reserves all of its rights with respect to any claims, causes of action, or avoidance actions they may have and nothing contained in these Global Notes or the Schedules and Statements shall be deemed a waiver of any such claims, avoidance actions, or causes of action or in any way prejudice or impair the assertion of such claims.

## Estimates
To prepare and file the Schedules on or before December 14, 2017, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities.

## Fiscal Year
The Debtor's fiscal year ends on December 31.

## Currency
Unless otherwise indicated, all amounts are reflected in U.S. dollars.

## Totals
All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements.

**Fill in this information to identify the case:**

Debtor name      **Texas E&P Operating, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **17-34386-sgj-11**

☐ Check if this is an amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.............................................................................    $    12,586,817.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...........................................................................    $    6,219,414.46

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................................    $    18,806,231.46

| Part 2: | Summary of Liabilities |
|---|---|

2.    **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*......................    $    6,292,740.68

3.    **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $    371,895.66

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................    +$    7,753,177.06

4.    **Total liabilities** .................................................................................
    Lines 2 + 3a + 3b    $    14,417,813.40

**Fill in this information to identify the case:**

Debtor name    **Texas E&P Operating, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **17-34386-sgj-11**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

| | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Prosperty Bank** | **Checking** | 5045 | $61.44 |
| 3.2. | **Washington Federal** | **Checking** | 8221 | $282.97 |

4.    **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | **Checks: #10838911, $269.20; #10845485, $269.38; #10859872, $279.06; #744010, $36.40; #90897 $7.31** | $861.31 |

5.    **Total of Part 1.**                                                                      $1,205.72

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:    Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. Does the debtor have any accounts receivable?

Debtor    **Texas E&P Operating, Inc.**
Name

Case number *(If known)*  **17-34386-sgj-11**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    | 109,093.62 | - | 0.00 | = .... | $109,093.62 |
|---|---|---|---|---|
| face amount | | doubtful or uncollectible accounts | | |

11b. Over 90 days old:    | 2,889,704.12 | - | 0.00 | = .... | $2,889,704.12 |
|---|---|---|---|---|
| face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$2,998,797.74

**Part 4:**    Investments

13. Does the debtor own any investments?

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    Inventory, excluding agriculture assets

18. Does the debtor own any inventory (excluding agriculture assets)?

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  Raw materials | | | | |
| 20.  Work in progress | | | | |
| 21.  Finished goods, including goods held for resale | | | | |
| 22.  Other inventory or supplies Crude Oil (oil inventory changes daily) | 10/31/2017 | $0.00 | | $60,000.00 |

23.    **Total of Part 5.**
Add lines 19 through 22.  Copy the total to line 84.

$60,000.00

24.    **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____    Valuation method _____    Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 6:**    Farming and fishing-related assets (other than titled motor vehicles and land)

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Texas E&P Operating, Inc.** | Case number *(If known)*  **17-34386-sgj-11** |
|---|---|---|
| | Name | |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. Office furniture<br>Office Furniture - Equipment - See Schedule B Ex #39 | $9,109.68 | Estimation | $30,000.00 |
| 40. Office fixtures | | | |
| 41. Office equipment, including all computer equipment and communication systems equipment and software<br>Office equipment and computers - See Schedule B EX #39 | $54.13 | Estimation | $10,000.00 |
| 42. Collectibles *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$40,000.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 47.1.   See Schedule B #47 Automobiles | $56,161.00 | | $56,161.00 |
| 48. Watercraft, trailers, motors, and related accessories *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Texas E&P Operating, Inc.** | Case number *(if known)* **17-34386-sgj-11** |
|---|---|---|
| | Name | |

49.    Aircraft and accessories

| 50. | Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | | | |
|---|---|---|---|---|
| | Equipment (oil field use) See Schedule B EX 50 | $0.00 | Replacement Cost | $3,063,250.00 |

| 51. | **Total of Part 8.** | $3,119,411.00 |
|---|---|---|
| | Add lines 47 through 50. Copy the total to line 87. | |

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1. | **Gillis-English Bayou Unit, 3862 Groos Rd., Moss Bluff, LA 70611**<br>**Office building** | | $0.00 | | $28,317.00 |
| 55.2. | **Kilgore Property, Gregg County, TX, Van Winkle Servey; Vacant land Tract One, 3.78 acres and Tract Two .51 arces** | | $0.00 | | $12,370.00 |
| 55.3. | **Mineral Interests - See Schedule EX #55** | | $0.00 | | $12,546,130.00 |

| 56. | **Total of Part 9.** | $12,586,817.00 |
|---|---|---|
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **Texas E&P Operating, Inc.** | Case number *(If known)*  **17-34386-sgj-11** |
|---|---|---|
| | Name | |

■ No

☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No

☐ Yes

---

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.

☐ Yes Fill in the information below.

---

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.

☐ Yes Fill in the information below.

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Texas E&P Operating, Inc.** | Case number *(If known)*  **17-34386-sgj-11** |
|--------|-------------------------------|------------------------------------------------|
|        | Name                          |                                                |

| Part 12: | Summary |
|----------|---------|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|--------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,205.72 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,998,797.74 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $60,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $40,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,119,411.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $12,586,817.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $6,219,414.46 + 91b. | $12,586,817.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $18,806,231.46 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Equipment

Richardson, TX

| Item | Quantity | |
|---|---|---|
| PC | 36 | Equip |
| Monitor | 43 | Equip |
| Phone | 31 | Equip |
| IP Phone | 13 | Equip |
| Plantronics Headset | 43 | Equip |
| Television | 4 | Equip |
| Printer | 11 | Equip |
| Server | 5 | Equip |
| Shredder | 4 | Equip |
| Bookcase | 17 | Furniture |
| Vertical File Cabinet | 17 | Furniture |
| Lateral File Cabinet | 20 | Furniture |
| Cubicle Sets | 2 | Furniture |
| Desk | 23 | Furniture |
| Credenza | 5 | Furniture |
| Shelf | 9 | Furniture |
| Table | 4 | Furniture |
| Big Desk | 10 | Furniture |
| Chairs | 23 | Furniture |
| Office Chairs | 61 | Furniture |
| Conference Table | 2 | Furniture |
| Coffee Maker Small | 1 | Equip |
| Coffee Maker Big | 1 | Equip |
| Table Set w/ 6 chairs | 1 | Furniture |
| Glass Table | 1 | Furniture |
| Microwave | 3 | Equip |
| TV Stand | 1 | Furniture |
| Dolly | 3 | Equip |
| Large White Board | 1 | Furniture |
| Small White Board | 8 | Furniture |
| Thin Client | 6 | Equip |
| UPC | 5 | Equip |
| Drafting Table | 1 | Furniture |
| Drafting Table Chair | 1 | Furniture |
| Projector | 1 | Equip |
| Map Rolling Rack | 3 | Furniture |
| Side Table Heavy | 1 | Furniture |
| Bar Table w/ Chairs | 1 | Furniture |
| Ikea Lack | 5 | Furniture |
| Trade Show Booth | 1 | Equip |

**Schedule B EX #39 - Page 1 of 1**

**Automobile List**

| Model Year | Manufacturer | Model | Vehicle | VIN # | Auto Type | Garaging City | Garaging State | Blue Book Value | Registered Owner Name | Registered Owner State | Radius Driven | Vehicle Leased or Owned |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | Chevrolet | Silverado | PPV | 1GCRCREAXDZ415414 | COML | Rosepine | LA | $ 8,421.00 | Texas E&P Operating, Inc. | LA | 20 mi | Owned |
| 2013 | Chevrolet | Silverado | PPV | 3GCPCREA1DG225704 | COML | Kinder | LA | $ 9,453.00 | Texas E&P Operating, Inc. | LA | 20 mi | Owned |
| 2014 | Chevrolet | 1500 Crew | PU | 3GCUKPEC4EG369163 | COML | Raymond | TX | $ 20,823.00 | Texas E&P Operating, Inc. | TX | 20 mi | Owned |
| 2015 | Chevy | Silverado 1500 | PU | 1GCVKPEH9FZ225500 | COML | Raymond | TX | $ 17,464.00 | Texas E&P Operating, Inc. | TX | 20 mi | Owned |

$ 56,161.00

Schedule B EX #47 - Page 1 of 1

Version: 2016.11.18

# Equipment Schedule

| # | Make, Model, Description, Capacity, Etc. | |
|---|---|---|
| **Itemized Schedule of Equipment** | | |
| | MOSS BLUFF, LA | |
| 1 | 300 BBL Oil Tank | |
| 2 | 300 BBL Oil Tank | |
| 4 | 400 BBL Oil Tank | |
| 5 | 500 BBL Oil Tank | |
| 8 | 1140# Water Petroleum Separator | |
| 9 | 1140# Water Petroleum Separator | |
| 10 | 125# Water Petroleum Vertical Separator | |
| 11 | 125# Water Petroleum Vertical Separator | |
| 12 | 275# Water Petroleum H2O Knock Out 6'x26' | |
| 13 | 75# Water Petroleum Vertical Heater 6'x20' | |
| 14 | 500 BBL Bolted S. W. Tank | |
| 15 | 750 BBL Bolted Gun Barrell | |
| 16 | 1500 BBL Bolted S. W. Tank | |
| 17 | 1500 BBL Bolted S.W. Pump | |
| 18 | National Oil well S.W. Pump | |
| 19 | Glycol Dehy Unit | |
| 20 | Glycol Dehy Unit | |
| 21 | 500 Gallon Glycol Stroage Tank | |
| 22 | Storage Building | |
| 23 | Storage Building | |
| 24 | 250 Gallon Diesel Tank | |
| 25 | Office Building | |
| 26 | Business Personal Property | |
| 27 | Crude Oil 750 BBL @ $95.00 | |

## Equipment Schedule

| | **Total Oil Field Fixed Assets** | |
|---|---|---|
| | **Central Facility – Willacy        Lat: 26°26'34.09"N** | **Long: 97°33'53.98"W** |
| 28 | 3 - 2000 bbl Steel Tanks | 6000 bbls of oil storage capacity |
| 29 | 1 - 1500 bbl Gun Barrel | |
| 30 | 1 - 3500 bbl Gun Barrel | |
| 31 | 2 - 400 bbl Steel Tanks | Test Tanks |
| 32 | 1 - 10,000 bbl Steel Tank | Water Tank |
| 33 | 2 - 1000 bbl Steel Tanks | Suction Tanks |
| 34 | 1 - 200 hp Triplex Pump | SWD Pump |
| 35 | 1 - 150 hp Triplex Pump | Backup SWD Pump |
| 36 | 2 - 3 Phase Seaprators | Production Separators |
| 37 | 2 - 3 Phase Separators | Test Separators |
| 39 | Volume of oil  at any given time (bbls) | 1,000 bbls (90 $/bbl) |
| 40 | Pumping Units | Lufkin |
| 41 | 2 - 210 bbl Steel Tanks. 1 - 3 phase separator | |
| | **Total** | |
| | **Mobile Equipment** | |
| 28 | 2002 John Deer Tractor 5320 | |
| 37 | **Total** | |
| | | |
| | **GRAND TOTAL** | |
| | | |
| | | |
| | | |
| | | |

Schedule B EX #50 – Page 2 of 2

# Well Schedule

| File (API) | Well | Lease | Lease/Field Detail | Field | State | County | Formation | WI % | Oper./Non-Op | Well Type | Status | Depth | Depth | Perf Top | Perf Btm | Permit | Location | Equipment / Other Assets |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4248900210000 | 2 | SEC BLK SRV Cabazos Jose Narciso A55-8 | Willamar | Texas | Willacy | Seai Ranch Mulatto Pasture | 9.00% | Operated | SWD | Active | 8025 | 8025 | | | Free | | NA |
| 4248900210000 | 10 | SEC BLK SRV Cabazos Jose Narciso A55-8 | Willamar | Texas | Willacy | Seai Ranch Mulatto Pasture | 9.05% | Operated | Oil Well | SI | 7951 | 7951 | 7832 | 7830 | Free | | NA |
| 4248900210000 | 12 | SEC BLK SRV Cabazos Jose Narciso A55-8 | Willamar | Texas | Willacy | Seai Ranch Mulatto Pasture | 9.00% | Operated | Oil Well | Active | 7717 | 7717 | 7585 | 7714 | Free | 81,500 | UFKIN M456-256-144 Pumping Unit |
| 4248900210000 | 19 | SEC BLK SRV Cabazos Jose Narciso A55-8 | Willamar | Texas | Willacy | Seai Ranch Mulatto Pasture | 9.05% | Operated | Oil Well | SI | 7725 | 7725 | 7225 | 7675-7890 | Free | 0 | |
| 4248900240000 | 24 | SEC BLK SRV Cabazos Jose Narciso A55-8 | Willamar | Texas | Willacy | Seai Ranch Mulatto Pasture | 9.05% | Operated | Oil Well | Active | 7735 | 7735 | 7735 | 7697-7710 | Free | 81,500 | UFKIN M456-256-144 Pumping Unit |
| 4248900210000 | 35 | SEC BLK SRV Cabazos Jose Narciso A55-8 | Willamar | Texas | Willacy | Seai Ranch Mulatto Pasture | 9.05% | Operated | Oil Well | SI | 7727 | 7727 | 7727 | 7585-7875 | Free | 0 | |
| 4248900210000 | 39 | SEC BLK SRV Cabazos Jose Narciso A55-8 | Willamar | Texas | Willacy | Seai Ranch Mulatto Pasture | 9.05% | Operated | Oil Well | Active | 7950 | 7950 | | | Free | 0 | |
| 4248900210000 | 47 | SEC BLK SRV Cabazos Jose Narciso A55-8 | Willamar | Texas | Willacy | Seai Ranch Mulatto Pasture | 9.05% | Operated | Oil Well | SI | 7300 | 7300 | 7290 | 7660-7670 | Free | 0 | |
| 4248900210000 | 63 | SEC BLK SRV Cabazos Jose Narciso A55-8 | Willamar | Texas | Willacy | Seai Ranch Mulatto Pasture | 9.05% | Operated | Oil Well | Active | 7890 | 7890 | 7902 | 7660-7670 | Free | | |
| 4248900210000 | 64 | SEC BLK SRV Cabazos Jose Narciso A55-8 | Willamar | Texas | Willacy | Seai Ranch Mulatto Pasture | 9.05% | Operated | Oil Well | SI | 7760 | 7760 | 7760 | 7707-7728 | Free | 15,000 | + 2 310 bbl Steel Tanks, 1-3 phase separator |
| 4248900210000 | 78 | SEC BLK SRV Cabazos Jose Narciso A55-8 | Willamar | Texas | Willacy | Seai Ranch Mulatto Pasture | 9.05% | Operated | Oil Well | SI | 7847 | 7847 | | | Free | | |
| 4248900210000 | 101 | SEC BLK SRV Cabazos Jose Narciso A55-8 | Willamar | Texas | Willacy | Seai Ranch Mulatto Pasture | 9.00% | Operated | Oil Well | Active | 7953 | 7953 | 7888 | 7934-7916 | Free | 41,000 | UFKIN M456-256-144 Pumping Unit |
| 4248901520000 | 152 | SEC BLK SRV Cabazos Jose Narciso A55-8 | Willamar | Texas | Willacy | Seai Ranch Mulatto Pasture | 9.05% | Operated | Oil Well | SI | 7815 | 7815 | 7815 | 7834-7646 | Free | 81,500 | UFKIN M640-305-168 |
| 4248901550000 | 155 | SEC BLK SRV Cabazos Jose Narciso A55-8 | Willamar | Texas | Willacy | Seai Ranch Mulatto Pasture | 9.05% | Operated | Oil Well | Active | 7720 | 7720 | 7720 | 7632-7647 | M.ocene | 100,000 | UFKIN M640-256-144 Pumping Unit |
| 4248901560000 | 156 | SEC BLK SRV Cabazos Jose Narciso A55-8 | Willamar | Texas | Willacy | Seai Ranch Mulatto Pasture | 9.05% | Operated | Oil Well | SI | 8100 | 8100 | 8100 | 7832-7892 | Free | 0 | |
| 4248901640000 | 164 | SEC BLK SRV Cabazos Jose Narciso A55-8 | Willamar | Texas | Willacy | Seai Ranch Mulatto Pasture | 9.05% | Operated | Oil Well | Active | 6400 | 6400 | 6400 | 5876-5892 | M.ocene | 100,000 | UFKIN M640-256-144 Pumping Unit |
| 4248901660000 | 166 | SEC BLK SRV Cabazos Jose Narciso A55-8 | Willamar | Texas | Willacy | Seai Ranch Mulatto Pasture | 9.05% | Operated | Oil Well | SI | 6400 | 6400 | 6400 | 6262-6268 | M.ocene | 0 | |
| 4248901670000 | 167 | SEC BLK SRV Cabazos Jose Narciso A55-8 | Willamar | Texas | Willacy | Seai Ranch Mulatto Pasture | 9.00% | Operated | Oil Well | SI | 7750 | 7750 | 7750 | 7682-7868 | Free | 0 | |
| 4248901690000 | 169 | SEC BLK SRV Cabazos Jose Narciso A55-8 | Willamar | Texas | Willacy | Seai Ranch Mulatto Pasture | 9.05% | Operated | Oil Well | SW | 6800 | 6800 | 6800 | 5264-5272 | | | |
| 4248901700000 | 170 | SEC BLK SRV Cabazos Jose Narciso A55-8 | Willamar | Texas | Willacy | Seai Ranch Mulatto Pasture | 9.00% | Operated | Oil Well | Active | 6400 | 6400 | 6400 | 5961-5966 | Free | 5,000 | UFKIN M456-305-168 Pumping Unit |
| 4248901750000 | 175 | SEC BLK SRV Cabazos Jose Narciso A55-8 | Willamar | Texas | Willacy | Seai Ranch Mulatto Pasture | 9.00% | Operated | Oil Well | Active | 6400 | 6400 | 6400 | 8050-7850-7904 | Free | 100,000 | UFKIN M640-305-168 Pumping Unit |
| 4248901760000 | 176 | SEC BLK SRV Cabazos Jose Narciso A55-8 | Willamar | Texas | Willacy | Seai Ranch Mulatto Pasture | 9.00% | Operated | Oil Well | SI | 8050 | 8050 | 8050 | 8250-7930-7904 | Free | 100,000 | UFKIN M640-305-168 Pumping Unit |
| 4248901770000 | 177 | SEC BLK SRV Cabazos Jose Narciso A55-8 | Willamar | Texas | Willacy | Seai Ranch Mulatto Pasture | 9.00% | Operated | Oil Well | SI | 8120 | 8120 | 8120 | 7861-7838-7864 | Free | 100,000 | UFKIN M640-305-168 Pumping Unit |
| 4248901850000 | 185 | SEC BLK SRV Cabazos Jose Narciso A55-8 | Willamar | Texas | Willacy | Seai Ranch Mulatto Pasture | 9.05% | Operated | Oil Well | SI | 5600 | 5600 | 6400 | 6004-6077 | M.ocene | 100,000 | UFKIN C640 Pumping Unit |
| 4248901870000 | 187 | SEC BLK SRV Cabazos Jose Narciso A55-8 | Willamar | Texas | Willacy | Seai Ranch Mulatto Pasture | 9.00% | Operated | Oil Well | Active | 8100 | 8100 | 8100 | 7990-7839-7892 | Free | | |
| 4248901880000 | 188 | SEC BLK SRV Cabazos Jose Narciso A55-8 | Willamar | Texas | Willacy | Seai Ranch Mulatto Pasture | 9.00% | Operated | Oil Well | Active | 8000 | 8000 | 8100 | 7870-7909 | Free | 100,000 | UFKIN C912 Pumping Unit |
| 4248901900000 | 190 | SEC BLK SRV Cabazos Jose Narciso A55-8 | Willamar | Texas | Willacy | Seai Ranch Mulatto Pasture | 9.05% | Operated | Oil Well | Active | 8065 | 8065 | 8000 | 7779-7813 | Free | 100,000 | UFKIN C912 Pumping Unit |
| 4248901970000 | 197 | SEC BLK SRV Cabazos Jose Narciso A55-8 | Willamar | Texas | Willacy | Seai Ranch Mulatto Pasture | 9.00% | Operated | Oil Well | SI | 7990 | 7990 | 7867 | 7838-7864 | Free | | |
| 4248901980000 | 198 | SEC BLK SRV Cabazos Jose Narciso A55-8 | Willamar | Texas | Willacy | Seai Ranch Mulatto Pasture | 9.00% | Operated | Oil Well | SI | 7990 | 7990 | 7990 | 7839-7892 | Free | 100,000 | UFKIN C912 Pumping Unit |
| 4248902010000 | 201 | SEC BLK SRV Cabazos Jose Narciso A55-8 | Willamar | Texas | Willacy | Seai Ranch Mulatto Pasture | 9.00% | Operated | Oil Well | SI | 8065 | 8065 | 8065 | 7869-7897 | Free | | On Land |
| 4248902020000 | 202 | SEC BLK SRV Cabazos Jose Narciso A55-8 | Willamar | Texas | Willacy | Seai Ranch Mulatto Pasture | 9.00% | Operated | Oil Well | SI | 8070 | 8070 | 8070 | 7875-7988 | Free | | On Land |
| 4248902040000 | 204 | SEC BLK SRV Cabazos Jose Narciso A55-8 | Willamar | Texas | Willacy | Seai Ranch Mulatto Pasture | 9.00% | Operated | Oil Well | SI | 8070 | 8070 | 8070 | 7855-7908 | Free | | On Land |
| 4248902060000 | 206 | SEC BLK SRV Cabazos Jose Narciso A55-8 | Willamar | Texas | Willacy | Seai Ranch Mulatto Pasture | 9.00% | Operated | Oil Well | SI | 8298 | 8298 | 8070 | 7604-7913 | Free | | On Land |
| 4248902070000 | 207 | SEC BLK SRV Cabazos Jose Narciso A55-8 | Willamar | Texas | Willacy | Seai Ranch Mulatto Pasture | 9.00% | Operated | Oil Well | SI | 8220 | 8220 | 8200 | 7806-7914 | Free | | On Land |
| 4248902130000 | 213 | SEC BLK SRV Cabazos Jose Narciso A55-8 | Willamar | Texas | Willacy | Seai Ranch Mulatto Pasture | 9.00% | Operated | Oil Well | SI | 8050 | 8050 | 8050 | 7850-7890 | Free | | On Land |
| 4248902150000 | 215 | SEC BLK SRV Cabazos Jose Narciso A55-8 | Willamar | Texas | Willacy | Seai Ranch Mulatto Pasture | 9.00% | Operated | Oil Well | SI | 8060 | 8060 | 8060 | 7862-7904 | Free | | On Land |
| | GEB LW RA SU Layne La Co. #6 | | Calcasieu Parish, Louisiana | | | | | 100.00% | Operated | Oil Well | Prod | 9950 | 9950 | | | No | | On Land |
| | GEB LW RA SU Layne La Co. #11 | | Calcasieu Parish, Louisiana | | | | | 100.00% | Operated | Oil Well | SI | 9912 | 9912 | | | No | | On Land |
| | GEB LW RA SU Layne La Co. #12 | | Calcasieu Parish, Louisiana | | | | | 100.00% | Operated | Oil Well | SI | 9959 | 9959 | | | No | | On Land |
| | GEB LW RA SU Layne La Co. #18 | | Calcasieu Parish, Louisiana | | | | | 100.00% | Operated | Oil Well | SI | 9185 | 9185 | | | No | | On Land |
| | GEB LW RA SU Nickerson Fee #20 | | Calcasieu Parish, Louisiana | | | | | 98.17% | Operated | Oil Well | SI | 9776 | 9776 | | | No | | On Land |
| | GEB LW RA SU Nickerson Fee #20 | | Calcasieu Parish, Louisiana | | | | | 100.00% | Operated | Oil Well | SI | 9962 | 9962 | | | No | | On Land |
| | GEB LW RA SU Union Texas Fee #2 | | Calcasieu Parish, Louisiana | | | | | 98.17% | Operated | Oil Well | Prod | 9674 | 9674 | | | No | | On Land |
| | Layne La CO SWD #40 | | Calcasieu Parish, Louisiana | | | | | 100.00% | Operated | SWD | SI | 9918 | 9918 | | | No | | On Land |
| | Layne La CO SWD #41 | | Calcasieu Parish, Louisiana | | | | | 100.00% | Operated | Oil Well | SI | 9900 | 9900 | | | No | | On Land |
| | Layne La CO SWD #42 | | Calcasieu Parish, Louisiana | | | | | 100.00% | Operated | Oil Well | SI | 9924 | 9924 | | | No | | On Land |
| | GEB LW RA SU Layne La Co. #423 | | Calcasieu Parish, Louisiana | | | | | 67.10% | Operated | Oil Well | Prod | 9652 | 9652 | | | No | | On Land |
| | GEB LW RA SU Chestnut Chrlton E1 | | Calcasieu Parish, Louisiana | | | | | 54.50% | Operated | Oil Well | Prod | 10100 | 10100 | | | No | | On Land |
| | Layne La CO SWD #5 | | Calcasieu Parish, Louisiana | | | | | 100.00% | Operated | SWD | SI | 10050 | 10050 | | | No | | On Land |
| | Layne La CO SWD #16 | | Calcasieu Parish, Louisiana | | | | | 100.00% | Operated | SWD | SI | 5888 | 5888 | | | No | | On Land |
| | W. W. Elder #2 | | Gregg County, Texas | | | | | 34.50% | Operated | Oil Well | Active | 4766 | 4766 | | | Yes | 7890 | On Land |
| | W. W. Elder #4 | | Gregg County, Texas | | | | | 34.50% | Operated | Oil Well | Active | 3000 | 3000 | | | No | 3696 | 3696 |
| | George Anderson #2 | | Lea County, New Mexico | | | | | 18.46% | Operated | SWD | SI | 5428 | 5428 | | | No | 3696 | 3696 |
| | George Anderson #4 | | Lea County, New Mexico | | | | | 18.46% | Operated | SWD | Active | 5770 | 5770 | | | No | 3696 | 3696 |
| | Teeter B1H | | Hood County, Texas | | | | | 5.25% | Non-Oper | Oil Well | Prod | 7890 | 7890 | | | Yes | | |
| | Chestnut MIN-1 | | Jackson County, Texas | | | | | 25.00% | Operated | Oil Well | Prod | | | | | No | 7600 | 7600 |
| | Chestnut MIN-2 H | | Jackson County, Texas | | | | | 25.00% | Operated | Oil Well | SI | | | | | No | 9000 | 9000 |
| | TURNER E & T2 #1 | | Jackson County, Texas | | | | | 100.00% | Operated | Oil Well | Active | | | | | No | 6450 | 6450 |
| | TURNER E & T2 #1 | | Jackson County, Texas | | | | | 100.00% | Operated | Oil Well | SI | | | | | No | 7158 | 7158 |
| | TURNER E AA | | Jackson County, Texas | | | | | 100.00% | Operated | Oil Well | SI | | | | | No | 5767 | 5767 |
| | TURNER E AA | | Jackson County, Texas | | | | | 100.00% | Operated | Oil Well | SI | | | | | No | 5770 | 5770 |

| Well | Location | Status | Operated | Interest | Type | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TURNER E A #5 | Jackson County, Texas | SI | Operated | 100.00% | Oil Well | No | 5779 | 5779 | On Land |
| TURNER E A D #5 | Jackson County, Texas | SI | Operated | 100.00% | Oil Well | No | 6908 | 6908 | On Land |
| TURNER E A #6 | Jackson County, Texas | SI | Operated | 100.00% | SWD | No | 8375 | 8375 | On Land |
| TURNER LEE - C #1 | Jackson County, Texas | SI | Operated | 100.00% | Oil Well | No | 8380 | 8380 | On Land |
| TURNER LEE - C #2 | Jackson County, Texas | SI | Operated | 100.00% | Oil Well | No | 7150 | 7150 | On Land |
| TURNER LEE - C #3 | Jackson County, Texas | SI | Operated | 100.00% | Oil Well | No | 7550 | 7550 | On Land |
| TURNER E D #9 | Jackson County, Texas | SI | Operated | 100.00% | Oil Well | No | 8300 | 8300 | On Land |
| TURNER LEE - C #4 | Jackson County, Texas | SI | Operated | 100.00% | Oil Well | No | 7215 | 7215 | On Land |
| Cherokee #1 | Cherokee County, Texas | Prod | Operated | 62.78% | Gas Well | No | 10600 | 10600 | On Land |
| Lasater #1H | Anderson County, Texas | SI | Operated | 18.93% | Oil Well | Shut in to repair this year>>>> | Yes | 6400 | 9600 | On Land |
| Sealer #1H | Anderson County, Texas | SI | Operated | 25.00% | Oil Well | Shut in to repair this year>>>> | Yes | 6296 | 9621 | On Land |

1,326,000

7/20/2017　　4:11:28PM

# Economic One-Liners

Project Name :　**Texas E&P**　　　　　　　As of Date:  6/1/2017

Ownership Group :　**All Cases**　　　　　　Disc CF 9%

| Lease Name *Risked* / UnRisked | Reserve Category | Net Reserves | | Net Revenue | | | Expense & Tax (M$) | Invest. (M$) | Cash Flow | | Life (years) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Oil (Mbbl) | Gas (MMcf) | Oil (M$) | Gas (M$) | Other (M$) | | | Non-Disc. (M$) | Disc. CF (M$) | |
| **Grand Total** | **Total** | **851.90** | **2,418.97** | **42,594.95** | **7,256.91** | **0.00** | **21,509.95** | **0.00** | **28,341.91** | **12,546.13** | **50.00** |
| **Proved Rsv Class** | | | | | | | | | | | |
| **Producing Rsv Category** | **Total** | **851.90** | **2,418.97** | **42,594.95** | **7,256.91** | **0.00** | **21,509.95** | **0.00** | **28,341.91** | **12,546.13** | **50.00** |
| ATKIN - ATKINS A A 41 | P-DP | 6.34 | 1.32 | 317.17 | 3.96 | 0.00 | 31.00 | 0.00 | 290.14 | 86.36 | 50.00 |
| ATKIN - ATKINS-TEXACO 13 | P-DP | 1.18 | 0.10 | 58.84 | 0.29 | 0.00 | 5.69 | 0.00 | 53.44 | 33.41 | 18.90 |
| ATKIN0 - ATKINS A A -A- 40 | P-DP | 5.43 | 0.50 | 271.37 | 1.50 | 0.00 | 26.28 | 0.00 | 246.58 | 73.44 | 50.00 |
| BLAC - BLACK CADDO UNIT 38BB | P-DP | 4.13 | 0.00 | 206.58 | 0.00 | 0.00 | 19.87 | 0.00 | 186.72 | 89.35 | 25.36 |
| Charlie Thompson #1 - Charlie Thompson | P-DP | 0.05 | 5.72 | 2.74 | 17.16 | 0.00 | 18.31 | 0.00 | 1.59 | 1.57 | 0.45 |
| D&E - D&E Federal #2 | P-DP | 0.95 | 0.00 | 47.56 | 0.00 | 0.00 | 35.44 | 0.00 | 12.12 | 7.73 | 19.80 |
| Elder - Elder WW Lease | P-DP | 89.35 | 0.00 | 4,467.69 | 0.00 | 0.00 | 2,316.70 | 0.00 | 2,150.99 | 929.62 | 44.94 |
| GEB - GEB UH RA SU | P-DP | 288.74 | 2,355.64 | 14,436.78 | 7,066.91 | 0.00 | 5,136.81 | 0.00 | 16,366.89 | 6,160.34 | 50.00 |
| HILL - HILL HENRY W 7 | P-DP | 0.44 | 0.05 | 22.09 | 0.14 | 0.00 | 2.14 | 0.00 | 20.09 | 6.34 | 50.00 |
| MULE - MULESHOE RANCH 4 | P-DP | 0.09 | 0.00 | 4.40 | 0.00 | 0.00 | 0.42 | 0.00 | 3.98 | 2.50 | 12.85 |
| R&B - R&B Federal #1 | P-DP | 2.34 | 0.00 | 116.76 | 0.00 | 0.00 | 63.12 | 0.00 | 53.64 | 27.72 | 32.67 |
| SPEAR - SPEAR 7 | P-DP | 0.06 | 0.00 | 3.04 | 0.00 | 0.00 | 0.29 | 0.00 | 2.74 | 1.95 | 9.61 |
| T-P #1 - Turnner-Plummer #1 | P-DP | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| T-P #2 - Turnner-Plummer #1 | P-DP | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Teeter 1H - Teeter 1H | P-DP | 0.00 | 55.65 | 0.00 | 166.95 | 0.00 | 88.54 | 0.00 | 78.41 | 48.82 | 22.21 |
| WBC - WEST BLACK CADDO UNIT 1 | P-DP | 0.10 | 0.00 | 5.25 | 0.00 | 0.00 | 0.51 | 0.00 | 4.75 | 3.55 | 8.17 |
| Willamar Field | P-DP | 452.69 | 0.00 | 22,634.69 | 0.00 | 0.00 | 13,764.84 | 0.00 | 8,869.85 | 5,073.42 | 25.65 |

**Schedule B EX #55 - Page 3 of 3**

| | A | B |
|---|---|---|
| 1 | chestnutenergy.com | $ 1,255.00 |
| 2 | chestnutep.com | $ 1,105.00 |
| 3 | chestnutexp.com | $ 1,072.00 |
| 4 | chestnutwellservice.com | $ 475.00 |
| 5 | madavisplummer.com | $ 321.00 |
| 6 | maplummer.com | $ 995.00 |
| 7 | ridgevieweng.com | $ 880.00 |
| 8 | ridgeviewengineering.com | $ 855.00 |
| 9 | ridgeviewoilandgas.com | $ 430.00 |
| 10 | smartoilandgas.org | $ 100.00 |
| 11 | teppartners.com | $ 1,236.00 |
| 12 | texaseandppartners.com | $ 136.00 |
| 13 | texaseandpwellservice.com | $ 100.00 |
| 14 | texasepgroup.com | $ 569.00 |
| 15 | texasepwellservice.com | $ 100.00 |
| 16 | | $ 9,629.00 |

**Schedule B EX #61 - Page 1 of 1**

**Fill in this information to identify the case:**

Debtor name    **Texas E&P Operating, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **17-34386-sgj-11**

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

---

**2.1 Acid and Cementing Services, Inc.**
Creditor's Name

P. O. Box 1258
Palestine, TX 75802
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**3/30/16**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Beeler 1H**

Describe the lien
**Mineral Property Lien**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

Amount of claim: **$16,193.29**    Value of collateral: **$0.00**

---

**2.2 Anderson County Tax Assessor**
Creditor's Name

703 N. Mallard St., Ste 104
Palestine, TX 75801
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**Real and Personal Property Anderson County, TX**

Describe the lien
**Ad Valorem Tax Lien**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Amount of claim: **$0.00**    Value of collateral: **$0.00**

---

| Debtor | **Texas E&P Operating, Inc.** | Case number (if know) | **17-34386-sgj-11** |
|---|---|---|---|
| | Name | | |

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Calcasieu Parish School Board** | Describe debtor's property that is subject to a lien | $18.72 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**P. O. Box 800
Lake Charles, LA 70602**

**Real and Personal Property in Calcasieu Parish, LA**

Creditor's mailing address

Describe the lien
**Ad Valorem Tax Lien**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Calcasieu Parish Tax Collector** | Describe debtor's property that is subject to a lien | $278,581.80 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**1011 Lake Shore Dr., Ste 100
Lake Charles, LA 70601**

**#013596723 $11.09;
#00036773 $278,570.71**

Creditor's mailing address

Describe the lien
**Ad Valorem Tax Lien**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Cherokee County Appraisal** | Describe debtor's property that is subject to a lien | $6,869.67 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**P. O. Box 494
Rusk, TX 75785**

**Real and Personal Property in Cherokee County**

Creditor's mailing address

Describe the lien
**Ad Valorem Tax Lien**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Texas E&P Operating, Inc.** | | Case number (if know) | **17-34386-sgj-11** |
|---|---|---|---|---|
| | Name | | | |

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Creditor's email address, if known | | As of the petition filing date, the claim is: |
|---|---|---|

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Cherokee County Clerk** | Describe debtor's property that is subject to a lien | $3,158.14 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Real and Personal Property in Cherokee County** | | |

**Laverne Lusk**
**P. O. Box 420**
**Rusk, TX 75785**
Creditor's mailing address

Describe the lien

**Ad Valorem taxes - #122495 $458.16; #122496 $2,697.98**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **Cherokee County Tax A/C** | Describe debtor's property that is subject to a lien | $1,357.67 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Real and Personal Property in Cherokee County** | | |

**135 South Main**
**Courthouse**
**Rusk, TX 75785**
Creditor's mailing address

Describe the lien

**Ad Valorem Tax Lien**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Texas E&P Operating, Inc. | Case number (if known) | 17-34386-sgj-11 |
|---|---|---|---|
| | Name | | |

| 2.8 | Collin County Tax Assessor Collector | Describe debtor's property that is subject to a lien | $82.75 | $0.00 |
|---|---|---|---|---|

Creditor's Name

Kenneth L. Maun
P. O. Box 8006
McKinney, TX 75070

Creditor's mailing address

**Personal Property**

Describe the lien
**Ad Valorem Tax Lien**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

| 2.9 | Dallas County Tax Assessor | Describe debtor's property that is subject to a lien | $2,237.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

John R. Ames, CTA
P.O. Box 139066
Dallas, TX 75313

Creditor's mailing address

**Personal Property**

Describe the lien
**Ad Valorem Tax Lien**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.10 | Express Energy Services Operating, LP | Describe debtor's property that is subject to a lien | $13,615.60 | $0.00 |
|---|---|---|---|---|

Creditor's Name

P. O. Box 84397
Dallas, TX 75284

Creditor's mailing address

Describe the lien
**Judgment Lien**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No

Date debt was incurred

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Texas E&P Operating, Inc.** | | Case number (if know) | **17-34386-sgj-11** |
|---|---|---|---|---|
| | Name | | | |

**12/21/15**
**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| | | | | |
|---|---|---|---|---|
| **2.1** **1** | **Gregg County Tax Office** | Describe debtor's property that is subject to a lien | $4,826.70 | $0.00 |
| | Creditor's Name | **Real and Personal Property in Gregg County, TX** | | |
| | c/o Kirk Shield, Tax A/C P. O. Box 1431 Longview, TX 75606 | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Ad Valorem Tax Lien** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | Date debt was incurred | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | Last 4 digits of account number | | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | | |
|---|---|---|---|---|
| **2.1** **2** | **Gregg County Tax Office** | Describe debtor's property that is subject to a lien | $10,766.65 | $0.00 |
| | Creditor's Name | **Real and Personal Property in Gregg County, TX** | | |
| | c/o Kirk Shield, Tax A/C P. O. Box 1431 Longview, TX 75606 | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Ad Valorem Tax Lien** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | Date debt was incurred | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | Last 4 digits of account number | | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | | |
|---|---|---|---|---|
| **2.1** **3** | **Gulf Coast Tubulars, Inc.** | Describe debtor's property that is subject to a lien | $208,084.57 | $0.00 |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Texas E&P Operating, Inc.** | Case number (if known) | **17-34386-sgj-11** |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| Creditor's Name | Real Property in Anderson County, TX; |
| **650 N. Sam Houston Pkwy East** | **Lea County, NM** |
| **Suite 301** | |
| **Houston, TX 77060** | |
| Creditor's mailing address | |

Describe the lien
**Judgment Lien**
Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred
**10/06/16**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Do multiple creditors have an interest in the same property?

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

**2.1 4** | **H. Brown Machine Shop, Inc.**

Describe debtor's property that is subject to a lien
**Real Property in Calcasieu Parish, LA**                 $19,491.50          $0.00

Creditor's Name

**P.O.Box 427**
**Eunice, LA 70523**
Creditor's mailing address

Describe the lien
**Judgment Lien**
Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred
**02/24/16**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Do multiple creditors have an interest in the same property?

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

**2.1 5** | **Hay Brothers, Inc.**

Describe debtor's property that is subject to a lien
**Real Property in Calcasieu Parish, LA**                 $13,813.00          $0.00

Creditor's Name

**P. O. Box 3166**
**Lake Charles, LA 70602**
Creditor's mailing address

Describe the lien
**Judgment Lien**
Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred
**06/29/16**
Last 4 digits of account number

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Texas E&P Operating, Inc. | Case number (if know) | 17-34386-sgj-11 |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

**2.16** Hood County Tax Assessor

Creditor's Name

1410 W. Pearl St.
Granbury, TX 76048

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Real and Personal Property Hood County, TX     $0.00     $0.00

**Describe the lien**
Ad Valorem Tax Lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.17** Jackson County Tax Collector

Creditor's Name

115 W. Main St., Suite 102
Edna, TX 77957

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Real and Personal Property in Jackson County, TX     $67.65     $0.00

**Describe the lien**
Ad Valorem Tax Lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.18** Lea County Assessor

Creditor's Name

100 N. Main Ave., Suite 2
Lovington, NM 88260

**Describe debtor's property that is subject to a lien**
Real and Personal Property in Lea County, NM     $0.00     $0.00

---

| Debtor | Texas E&P Operating, Inc. | | Case number (if known) | 17-34386-sgj-11 |
|---|---|---|---|---|
| | Name | | | |

| | |
|---|---|
| Creditor's mailing address | **Describe the lien** |
| | Ad Valorem Tax Lien |
| | Is the creditor an insider or related party? |
| | ☒ No |
| Creditor's email address, if known | ☐ Yes |
| | Is anyone else liable on this claim? |
| **Date debt was incurred** | ☒ No |
| | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply |
| ☒ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 9 | **Lyford CISD Tax Office** | Describe debtor's property that is subject to a lien | $126,836.84 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Real and Personal Property in Willacy County, TX** | | |

| | |
|---|---|
| P. O. Box 220 Lyford, TX 78569 | |
| Creditor's mailing address | **Describe the lien** |
| | Ad Valorem Tax Lien |
| | Is the creditor an insider or related party? |
| | ☒ No |
| Creditor's email address, if known | ☐ Yes |
| | Is anyone else liable on this claim? |
| **Date debt was incurred** | ☒ No |
| | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply |
| ☒ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 0 | **New Mexico Taxation and** | Describe debtor's property that is subject to a lien | $6.96 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Real and Personal Property in Lea County, NM** | | |

| | |
|---|---|
| **Revenue Department** P. O. Box 2308 Santa Fe, NM 87504 | |
| Creditor's mailing address | **Describe the lien** |
| | Ad Valorem Tax Lien |
| | Is the creditor an insider or related party? |
| | ☒ No |
| Creditor's email address, if known | ☐ Yes |
| | Is anyone else liable on this claim? |
| **Date debt was incurred** | ☒ No |
| | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | Texas E&P Operating, Inc. | | Case number (if know) | 17-34386-sgj-11 |
|---|---|---|---|---|
| | Name | | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 1 | **Parish of Calcasieu LA** | Describe debtor's property that is subject to a lien | $169,193.24 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Tony Mancuso, Sheriff & Tax Collector**
**P. O. Box 1450**
**Lake Charles, LA 70602**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Real and Personal Property in Calcasieu Parish, LA**

Describe the lien
**Ad ValoremTax Lien**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.2 2 | **Petroleum Producing Services** | Describe debtor's property that is subject to a lien | $124,147.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**P. O. Box 4238**
**Alice, TX 78333**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Property in Willacy County, TX**

Describe the lien
**Judgment Lien**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**12/02/15**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.2 3 | **Prosperity Bank** | Describe debtor's property that is subject to a lien | $4,964,699.83 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**1330 S. Harvard Avenue**
**Tulsa, OK 74112**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**See attached Exhibit Schedule A - Real Property in TX and LA**

Describe the lien
**Deed of Trust**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | Texas E&P Operating, Inc. | Case number (if know) | 17-34386-sgj-11 |
|---|---|---|---|
| | Name | | |

|  | |
|---|---|
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| | Check all that apply |
| No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

| 2.2 4 | **Puttco Oilfield Services, LLC** | Describe debtor's property that is subject to a lien | $15,817.50 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Real Property in Calcasieu Parish, LA** | | |
| | **P. O. Box 1208 Jennings, LA 70546** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **M & M Lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | **01/19/17** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** | | |
| | | Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ■ Disputed | | |

| 2.2 5 | **R Construction Company** | Describe debtor's property that is subject to a lien | $8,273.13 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Property in Anderson County, TX** | | |
| | **Buffalo, TX 75831** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Judgment Lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | **12/14/16** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** | | |
| | | Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ■ Disputed | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | Texas E&P Operating, Inc. | Case number (if know) | 17-34386-sgj-11 |
|---|---|---|---|
| | Name | | |

---

| 2.2 6 | **R&D Pipe Company** | Describe debtor's property that is subject to a lien | $72,079.83 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Property in Jackson County, TX**

**2200 Louetta Rd., Ste 100**
**Spring, TX 77388**
Creditor's mailing address

Describe the lien
**Judgment Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**01/20/16**
**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.2 7 | **Ram-Gear Manufacturing, Inc.** | Describe debtor's property that is subject to a lien | $36,578.16 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Property in Willacy County, TX**

**P. O. Box 537**
**Agua Dulce, TX 78330**
Creditor's mailing address

Describe the lien
**Judgment Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/18/15**
**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.2 8 | **Richardson ISD Tax Office** | Describe debtor's property that is subject to a lien | $1,886.09 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Personal Property**

**970 Security Row**
**Richardson, TX 75081**
Creditor's mailing address

Describe the lien
**Ad Valorem Tax Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**

---

| Debtor | **Texas E&P Operating, Inc.** | | Case number (if know) | **17-34386-sgj-11** |
|---|---|---|---|---|
| | Name | | | |

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.29 | | | | |
|---|---|---|---|---|
| **Stephens County Clerk** | Describe debtor's property that is subject to a lien | | $9,453.60 | $0.00 |
| Creditor's Name | **Real and Personal Property in Stephens County, TX** | | | |
| **Terry Sullivan** | | | | |
| **200 West Walker** | | | | |
| **Breckenridge, TX 76424** | | | | |
| Creditor's mailing address | **Describe the lien** | | | |
| | **Ad Valorem Tax Lien** | | | |
| | Is the creditor an insider or related party? | | | |
| | ■ No | | | |
| Creditor's email address, if known | ☐ Yes | | | |
| | Is anyone else liable on this claim? | | | |
| **Date debt was incurred** | ■ No | | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | | |
| **Last 4 digits of account number** | | | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.30 | | | | |
|---|---|---|---|---|
| **Stephens County Tax A/C** | Describe debtor's property that is subject to a lien | | $24,443.34 | $0.00 |
| Creditor's Name | **Real and Personal Property in Stephens County, TX** | | | |
| **Stephens County Courthouse** | | | | |
| **200 West Walker** | | | | |
| **Breckenridge, TX 76424** | | | | |
| Creditor's mailing address | **Describe the lien** | | | |
| | **Ad Valorem Tax Lien** | | | |
| | Is the creditor an insider or related party? | | | |
| | ■ No | | | |
| Creditor's email address, if known | ☐ Yes | | | |
| | Is anyone else liable on this claim? | | | |
| **Date debt was incurred** | ■ No | | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | | |
| **Last 4 digits of account number** | | | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.31 | | | | |
|---|---|---|---|---|
| **Summit ESP, LLC** | Describe debtor's property that is subject to a lien | | $45,580.92 | $0.00 |

---

Debtor    **Texas E&P Operating, Inc.**
Name
Case number (if know)    **17-34386-sgj-11**

Creditor's Name

**Well in Gregg County, TX**

**3203 Maverick Dr.
Kilgore, TX 75662**
Creditor's mailing address

Describe the lien
**M & M Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
Creditor's email address, if known
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**02/27/17**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.3 2 | **Sunbelt Rentals Industrial Services, LLC** | Describe debtor's property that is subject to a lien **Property in Jackson County, TX** | $82,721.64 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**1275 W. Mound Street
Columbus, OH 43223**
Creditor's mailing address

Describe the lien
**Judgment Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
Creditor's email address, if known
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**01/11/16**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.3 3 | **TEC Well Service, LLC** | Describe debtor's property that is subject to a lien **Property in Gregg County, TX** | $20,910.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**fka TEC Well Service, Inc.
911 NW Loop 281, Ste 100
Longview, TX 75604**
Creditor's mailing address

Describe the lien
**Judgment Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
Creditor's email address, if known
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**03/24/17**
Last 4 digits of account number

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 13 of 14

| Debtor | **Texas E&P Operating, Inc.** | Case number (if know) | **17-34386-sgj-11** |
|---|---|---|---|
| | Name | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.3 4 | **Willacy County Tax Office** | Describe debtor's property that is subject to a lien | $10,947.89 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Real and Personal Property in Willacy County, TX** | | |
| | **Elizabeth Barnhart** **192 N. 3rd, Rm 202** **Raymondville, TX 78580** | | | |
| | Creditor's mailing address | Describe the lien **Ad Valorem Tax Lien** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $6,292,740.68

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Prosperity Bank** c/o Howard Rubin & Daniel Callahan, Esqs Kessler Collins, P.C. 2100 Ross Ave., Suite 750 Dallas, TX 75201 | Line  2.23 | |
| **Prosperity Bank** c/o John Hodge & R. Joseph Naus, Esqs. Wiener, Weiss & Madison, P.C. P. O. Box 21990 Shreveport, LA 71120 | Line  2.23 | |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

# Schedule D Exhibit

# Real Property in Texas

Introduction to Exhibit A to
Deed of Trust and Security Agreement (Oil and Gas)

This Deed of Trust covers all of Mortgagor's interest now owned or hereafter acquired in the oil and gas (or oil, gas, and mineral) leases, land, unit declarations, and pooling orders described in Exhibit A (or described in the instruments referred to in Exhibit A), together with all amendments or ratifications affecting any of those leases, unit declarations, or pooling orders. Without limitation as to the coverage of this Deed of Trust, Mortgagor warrants that where an expense interest, a revenue interest, or an overriding royalty interest is shown (or similar designations), that Mortgagor's expense interest is not greater than that shown and that Mortgagor's revenue or overriding royalty interest is not less than that shown.

Reference herein to book and page, liber and page, file numbers, film code numbers, or other recording information refer to the recording location of each respective lease in the county where the land covered by the lease is located. Any reference herein to oil or gas wells or land covered is for warranty of interest, administrative convenience, and identification and is not intended to limit or restrict the rights, titles, interests, or properties covered by this Deed of Trust.

This Deed of Trust may be executed in counterparts. To facilitate recordation, the exhibits which describe properties in counties other than the county in which the counterpart is to be recorded may have been omitted. A complete copy of this Deed of Trust may be found at Lender's offices.

In some instances, the "Land Covered" column includes abbreviations indicating the township and range of the county in which the interests are located. For example: "T-27-N, R-10-W" is Township 27 North, Range 10 West. The following abbreviations, and various combinations of the abbreviations, may appear before or after the section number to designate a portion of a section:

| | |
|---|---|
| N/2 = North Half | NE or NE/4 = Northeast Quarter |
| S/2 = South Half | SE or SE/4 = Southeast Quarter |
| E/2 = East Half | NW or NW/4 = Northwest Quarter |
| W/2 = West Half | SW or SW/4 = Southwest Quarter |

If two or more of the above abbreviations appear in sequence, the first abbreviation is that specified portion of the next abbreviation. For example: "SW/4 SW/4 SE/4" is the Southwest Quarter of the Southwest Quarter of the Southeast Quarter of the particular section described.

The abbreviations "WI," "NRI," "ORRI," "BPO," and "APO" are defined as follows:
(a)      "WI" is short for "working interest" and represents the expense interest attributable to each well.
(b)      "NRI" is short for "net revenue interest" and represents the share of production of oil, gas and other minerals attributable to the working interest or expense interest.
(c)      "ORRI" is short for "overriding royalty interest" and represents the overriding royalty attributable to oil and gas production from each well.
(d)      "BPO" and "APO" refer to "before payout" and "after payout" respectively, as payout may be defined in agreements affecting the applicable interest or interests.

This Deed of Trust was prepared by and
after recording please return to:
Wade D. Purtell
HARRIS, FINLEY & BOGLE, P.C.
777 Main Street, Suite 3600
Fort Worth, Texas  76102-5341
(817) 870-8700

Exhibit A

Gregg County, Texas

W.W. Elder Lease          WI - 100.00%          NRI - 87.50%

Oil, Gas and/or Mineral Lease dated January 28, 1931 by and between W.W. Elder, his wife, Vic
Elder, and J.F. Saxon, as lessors, and G.W. Robinson, lessee, recorded on January 31, 1931,
bearing Clerk's File No. 3893, covering, without limitation, the following:

All that certain tract or parcel of land situated in Gregg County, Texas, about one-half mile west
of the town of Kilgore, Texas, a part of the Mary Van Winkle H.R. Survey, being Pat. 776, Vol.
6, and beginning at the southeast corner of a tract of land bought by W.D. Thompson from Mrs.
E. A. Matthews on the 18th day of January 1893;

THENCE west 85 degrees 9 chains 30 links to corner in center of Tyler and Kilgore Public Road,
a stake;

THENCE north 22 chains 41 links to the north boundary line of the said Matthews tract, it being
also the south boundary line of the Levin Butts tract;

THENCE east 9 chains 20 links with said Butts South Line to a corner, a stake;

THENCE south 21.5 chains with said Butts West Boundary Line to the place of beginning,
containing 20.43 acres, more or less.

George Anderson Lease     WI - 100.00%          NRI - 87.50%

Oil, Gas and/or Mineral Lease dated January 1, 1931, between W. M. Thomas and B. F. Findley,
as Lessor, and MP Beeler, as Lessee, recorded in Book 71, Page 45 of the Deed of Records of
Gregg County, Texas, covering, without limitation, the following:

The east 8 acres of the north 10 acres of the south 16 2/3 acres of the following described fifty
acre tract of to the CH Alexander Survey, being the 50 acres, more or less, described as being
about 6 miles from the city of Longview, and being the same tract described in that certain Deed
from A. J. Justice to W. M. Thomas, recorded in Book 47, Page 69 of the Deed Records of Gregg
County, Texas.

## EXHIBIT A

### Hardeman County, Texas

This instrument covers all of Mortgagor's interests of whatever nature (including but not limited to all royalties, overriding royalties, mineral interests, working interests, net profits interests, production payments, and other interests), whether now owned or hereafter acquired, in oil and gas properties located in Hardeman County, Texas, it being intended that this instrument create a lien on all oil and gas property owned by Mortgagor in such county, including oil and gas (or oil, gas, and mineral) leases, land, unit declarations, and pooling orders, together with all amendments or ratifications affecting any of those leases, unit declarations, or pooling orders, including, but not limited to, all oil and gas interests in the following described properties listed below:

### Oil and Gas Properties

All of Mortgagor's rights, title and interest conveyed to Mortgagor under the Assignment and Bill of Sale, dated effective June 1, 2004, by and between Petra Exploration and Production Company, Inc., and Chestnut Petroleum, Inc., covering Interests in the Subject Leases and Subject Lands, all as defined therein, which Assignment and Bill of Sale is attached hereto and incorporated herein for all purposes as Schedule 1.

This Instrument was prepared by and after recording please return to:

Jill G. VanderPloeg, Esq.
Singer & Levick, P.C.
16200 Addison Road, Suite 140
Addison, Texas 75001
972-380-5533

# EXHIBIT "A"

STATE OF TEXAS       §
                        §
COUNTY OF HARDEMAN    §

## ASSIGNMENT AND BILL OF SALE

This Assignment and Bill of Sale ("Assignment"), effective June 1, 2004, at 12:01 a.m., Central Daylight Savings Time (the "Effective Date"), is made by PETRA EXPLORATION AND PRODUCTION COMPANY, INC., a Texas corporation, whose address is 9400 North Central Expressway, Suite 520, Dallas, TX 75231, ("Assignor") to CHESTNUT PETROLEUM INC., 5050 Quorum Dr. Suite 325, Dallas, TX 75254 ("Assignee"):

For $10.00 and other good and valuable consideration, the receipt and sufficiency of which the parties acknowledge, Assignor hereby transfers, grants, bargains, sells, conveys and assigns to Assignee the following (all of which are called the "Interest(s"):

1. The undivided Working Interests and Net Revenue Interests in and to the leases described on Exhibit "A" hereto, reference to which is hereby made for all purposes (the "Leases"), including the lands (the "Subject Leases and Subject Lands") owned by Assignor.

2. The same undivided interests in and to any and all unitization, pooling and communitization agreements; operating agreements; oil, gas and other mineral leases and amendments thereof; assignments; operating agreements; oil, gas, liquids, casing-head gas and condensate purchase, sale, processing, gathering, treatment, compression, and transportation agreements; farm-out or farm-in agreements; easement, right-of-way, and surface lease agreements; division orders; permits, orders, and all other contracts and agreements relating to the Leases.

3. All easements, rights of way, surface leases, permits, licenses, servitudes, or other interest appertaining to the Leases.

4. This instrument is made subject to the terms, conditions and provisions of, and Assignee agree to be bound by the terms, conditions, and provisions of all valid and subsisting Leases identified on the Exhibit "A" and all other valid subsisting instruments and all contracts, including but not limited to those identified on the Exhibit "A" and burdening any of the Subject Properties insofar as such terms, conditions, and provisions of the Leases, such instruments and said contracts are attributable to the interests herein assigned and conveyed to Assignee.

TO HAVE AND TO HOLD the Interests unto Assignee, its successors and assigns forever, subject to the following terms and conditions:

1. THIS ASSIGNMENT IS EXECUTED, DELIVERED, AND ACCEPTED WITHOUT ANY REPRESENTATION, WARRANTY, OR COVENANT OF TITLE OF ANY KIND OR NATURE, EITHER EXPRESS, IMPLIED OR STATUTORY, PROVIDED THAT ASSIGNOR DOES HEREBY WARRANT UNTO ASSIGNEE GOOD AND DEFENSIBLE TITLE TO THE SUBJECT PROPERTIES HEREBY ASSIGNED, FREE AND CLEAR OF x) ALL LIENS, b) DEFECTS OF TITLE, and c) ENCUMBRANCES AND BURDENS THAT WOULD RESULT IN ASSIGNEE RECEIVING A LESSER INTEREST THAT DESCRIBED IN EXHIBIT "A", BY THROUGH AND UNDER ASSIGNOR BUT NOT OTHERWISE. IN ADDITION, ASSIGNOR MAKES NO REPRESENTATION, COVENANT OR WARRANTY, EXPRESS, IMPLIED OR STATUTORY, AS TO THE ACCURACY OR CONCERNING THE QUALITY OR QUANTITY OF HYDROCARBON RESERVES, IF ANY, ATTRIBUTABLE TO THE INTERESTS, OR THE ABILITY OF THE INTERESTS TO PRODUCE HYDROCARBONS.

# EXHIBIT A

2. Each party hereto, at the request of the other, shall from time to time execute and deliver such further agreements and instruments of conveyance and take such further action as the other party may reasonably request to convey and deliver the subject properties to Assignee.

3. This instrument may be executed in any number of counterparts, each of which shall for all purposes be deemed to be an original and all of which are identical; this instrument shall be binding upon each party executing a counterpart or ratification hereof regardless if all parties hereto are executing parties to this instrument, counterpart or ratification hereof and for the purpose of recordation, a composite of any of the counterparts hereof may be recorded.

Executed this ____ day of October, 2004 but effective as of the Effective Date.

ASSIGNOR:

Petra Exploration and Production Company, Inc.

By: _____
    David L. Schrader, President

ASSIGNEE:

Chestnut Petroleum Inc.

By: _____
    Mark A. Plummer, President

ACKNOWLEDGMENTS

STATE OF TEXAS
COUNTY OF DALLAS

The foregoing instrument was acknowledged before me this 28 day of October, 2004 by David L. Schrader, President of Petra Exploration and Production Company, Inc., on behalf of said Corporation.

WITNESS my hand and official seal.

_____
Notary Public
My Commission Expires: 6-19-2007

JANET R DENTON
NOTARY PUBLIC
State of Texas
Comm. Exp. 06-19-2007

STATE OF TEXAS
COUNTY OF DALLAS

The foregoing instrument was acknowledged before me this 28 day of October, 2004 by Mark A. Plummer as President of Chestnut Petroleum Inc., on behalf of said Corporation.

WITNESS my hand and official seal.

_____
Notary Public
My Commission Expires: 6-19-2007

JANET R DENTON
NOTARY PUBLIC
State of Texas
Comm. Exp. 06-19-2007

# EXHIBIT A

EXHIBIT "A"
ASSIGNMENT AND BILL OF SALE

**Working Interest and Net Revenue Interest Assigned:**

An undivided 75.000% working interest and 56.25% net revenue in the Subject Leases and Subject Lands described below.

Before Payout as defined below, Assignee shall pay 100% of all expenses for drilling, completing, equipping and operating the McClellan #1 well located on the eighty-acre unit described below. In addition to the 56.25% NRI Assignee receives for its 75% WI Assignee shall receive an additional 18.75% net revenue interest Before Payout for a total of 75% NRI Before Payout.

After Payout Assignee shall pay 75% of all expenses related to the well (75% WI) and receive 56.25% NRI. Assignor (25% WI) shall pay the remaining 25% of all expenses arising after Payout. "Payout" is defined as the first day of the month after the total revenues from the said McClellan #1 well equal the total drilling, testing, completing, equipping and operating costs of the well. Assignee agrees to provide Assignor with a payout status statement once every thirty (30) days showing cumulative expenses of the well and cumulative revenues attributable to the well.

**Subject Leases and Subject Lands**

Lessor:        Joel D. McClellan and wife Mary Lou McClellan
Lessee:        Petra Exploration and Production Company, Inc.
Date:          July 10, 2002
Recorded:      File No. 29973, Volume 356, Page 362 of the Official Records of Henderson
               County, Texas.
Lands:         INSOFAR AND ONLY INSOFAR AS THE LEASE COVERS THE FOLLOWING DESCRIBED EIGHTY
               ACRE TRACT, being the proration unit for the Chestnut Petroleum, Inc. – McClellan #1 well:

               An eighty-acre tract, more or less, described as beginning at the SE corner of Section 2, J.P. Taylor Survey, A-1278, and thence running northerly along the east line of said Section 2 a distance of 375 feet for the northern most NE corner of this eighty acre tract, thence run westerly parallel to the south line of said Section 2 a distance of 700 feet to the NW corner of this eighty acre tract, thence run southerly parallel to the east line of said Section 2 a distance of 1208 feet (crossing the southern line of Section 2 at 375 feet and continuing an additional 1,393 feet) into the EL & RR Co. Survey, A-636) for the SW corner of this eighty acre tract, thence run easterly parallel to the south line of said EL & RR Co. Survey a distance of 2283 feet to the SE corner of this eighty acre tract, thence run northerly parallel to the east line of said EL & RR Co. Survey a distance of 1393 feet to the north line of said EL & RR Co. Survey for the easternmost NE corner of this eighty acre tract, thence run westerly along the north line of the EL & RR Co. Survey a distance of 1585 feet to the SE corner of Section 2 of the J.P. Taylor Survey and the point of beginning, all located in Henderson County, Texas.

**Burdens:**

Assignment of Overriding Royalty Interest dated September 16, 2004 and effective June 1, 2004, from Petra Exploration and Production Company, Inc. to Seismic Exchange, Inc., Todd Stallings, Eric Aperiket, Larel Grillin and Petra Exploration and Production Company, Inc., recorded in Volume 471, Page 659 of the Official Records of Henderson County, Texas.

**Operating Agreement:**

Operating Agreement dated May 1, 2003, for the Horsecho Prospect naming Chestnut Petroleum Inc. as Operator.

Signed for Identification:

Petra Exploration and Production Company, Inc.          Chestnut Petroleum Inc.

EXHIBIT A

Stephens County, Texas

This instrument covers all of Mortgagor's interests of whatever nature (including but not limited to all royalties, overriding royalties, mineral interests, working interests, net profits interests, production payments, and other interests), whether now owned or hereafter acquired, in oil and gas properties located in Stephens County, Texas; it being intended that this instrument create a lien on all oil and gas property owned by Mortgagor in such county, including oil and gas (or oil, gas, and mineral) leases, land, unit declarations, and pooling orders, together with all amendments or ratifications affecting any of those leases, unit declarations, or pooling orders, including, but not limited to, all oil and gas interests in the following described properties listed below:

Oil and Gas Properties

Assignment of Overriding Royalty Interests (Eliasville Field), filed for record on December 19, 2008 in the Official Public Records of Stephens County, Texas, Instrument No. 00003856, OPR Volume 1945, Page 593, and conveying unto Mortgagor all of assignor's interests created by and described in that certain Conveyance of Overriding Royalty Interest, dated April 12, 2007, and filed for record in Stephens County, Texas, in the Official Public Records, Instrument No. 1058, Volume 1881, Pages 196 – 234 on April 23, 2007, and all Leases and/or tracts of land referenced therein.

Assignment of Overriding Royalty Interests (Eliasville Field), filed for record on December 19, 2008 in the Official Public Records of Stephens County, Texas, Instrument 00003855, OPR Volume 1945, Page 586, and conveying unto Mortgagor all of assignor's interests created by and described in that certain Conveyance of Overriding Royalty Interest dated, April 12, 2007, and filed for record in Stephens County, Texas, in the Official Public Records, Instrument No. 1059, Volume 1881, Pages 235 – 273 on April 23, 2007, and all Leases and/or tracts of land referenced therein.

## Exhibit A

### Tarrant County, Texas

This instrument covers all of Mortgagor's interests of whatever nature (including but not limited to all royalties, overriding royalties, mineral interests, working interests, net profits interests, production payments, and other interests), whether now owned or hereafter acquired, in oil and gas properties located in Tarrant County, Texas, it being intended that this instrument create a lien on all oil and gas property owned by Mortgagor in such county, including oil and gas (or oil, gas, and mineral) leases, land, unit declarations, and pooling orders, together with all amendments or ratifications affecting any of those leases, unit declarations, or pooling orders, including, but not limited to, all oil and gas interests in the following described properties listed below:

Assignment of Oil and Gas Leasehold Working Interest (Teeter Lease):

Assignee: Chestnut Petroleum, Inc.    WI: 21600    NRI: .16200

(Filed for record on September 28, 2008 in the Official Public Records of Tarrant County, Texas, Instrument No. D208027868)

Oil and Gas Lease dated January 31, 2007, by and between George W. Teeter a/k/a George Teeter and Geraldine R. Teeter, as Lessors, and R. L. Adkins Corp., as Lessee, covering 59.75 acres of land, more or less, situated in the J. W. Haynes 106.7 acres Survey, Abstract No. 774, Tarrant County, Texas and described in a Deed from Ida Bell Wadsworth, a/k/a Nell Wadsworth to George Teeter, executed December 14, 1975 and recorded in Volume 5943, Page 895, Deed Records of Tarrant County, Texas, and all tracts of land referenced therein.

307531.1

# Schedule D Exhibit

# Real Property in Louisiana

EXHIBIT A
TO
MORTGAGE, COLLATERAL ASSIGNMENT,
SECURITY AGREEMENT, AND FINANCING STATEMENT

*Mineral Properties*

EXHIBIT A

PROPERTY EXHIBIT

Calcasieu Parish, Louisiana

WI - 100.00%      NRI – 79.153%

LANDS:    Township 8 South, Range 8 West, Section 26:  SE/4 SW/4, SW/4 SE/4.

PROPERTIES/WELLS:    Upper Hackberry Sand Unit

| WELL NAME | LOCATION |
|---|---|
| UPPER HACKBERRY SAND UNIT | SEC. 24,25,26,27,35,35 T8S-R8W. |
| LAYNE LA 8-25 | SEC. 25-8S-8W |
| LAYNE LA 16-25 | SEC. 25-8S-8W |
| LAYNE LA 18-25 | SEC. 25-8S-8W |
| NICKERSON FEE 20-35 | SEC. 35-8S-8W |
| NICKERSON FEE 22-35 | SEC. 35-8S-8W |

All of Chestnut Petroleum, Inc.'s mineral interest in 19 acres, more or less, being the E/2 NW/4 NE/4
Section 35-T8S-R8W, Calcasieu Parish, Louisiana, SAVE AND EXCEPT one (1) acre in the shape of a
square situated in the Northeast Corner thereof.

OIL, GAS AND/OR MINERAL LEASES

LESSOR:        Calcasieu Parish School Board
LESSEE:        G. L. Paret
LEASE DATE:    02/05/63
RECORDING DATA:  BOOK 846 PAGE 605 ENTRY NO. 913861
DESCRIPTION:   One (1) acre square situated in the Northeast Corner of NW/4 NE/4 Section
               35, T8S-R8W

LESSOR:        Layne Louisiana Company
LESSEE:        G. L. Paret
LEASE DATE:    01/05/60
RECORDING DATA:  BOOK 736 PAGE 270 ENTRY NO. 795835
DESCRIPTION:   Limited to a 498.08 acre tract situated in Section 24, 25, 26 and 35,
               Township 8 South, Range 8 West, Calcasieu Parish, Louisiana:
               BEGINNING at a point on the South line of Section 25, T8S – R8W, said
               point being S. 88 deg. 42' E. 2070.0 feet from the Southwest Corner of said
               Section 25;
               THENCE with the South line of said Section 25, N. 88 deg. 42' W. 2070.0
               feet to the Southwest Corner of said Section 25;

# EXHIBIT A

THENCE with the South line of Section 26, T8S – R8W, N. 89 deg. 31' W.
713.7 feet to a point for corner;
THENCE S. 0 deg. 17' W. 890.0 feet, N. 73 deg. 35' W. 330.0 feet, N. 64
deg. 13' W. 329.3 feet, N. 0 deg. 17' E. 658.7 feet, N. 89 deg. 31' W. 1.3
feet, N. 0 deg. 19' E. 1304.2 feet, N. 89 deg. 00' 30" W. 1680.0 feet to a
point for the most Westerly corner of this tract;
THENCE N. 58 deg. 52' E. 218.9 feet, N. 15 deg. 57' E. 72.8 feet, N. 41
deg. 59' E. 67.3 feet, North 85.0 feet, N. 61 deg. 56' E. 255.0 feet, S. 72
deg. 39' E. 83.8 feet, N. 70 deg. 50' E. 300.0 feet, N. 80 deg. 00' E. 300.0
feet, S. 70 deg. 35' E. 300.00 feet, S. 68 deg. 30' E. 200.0 feet, N. 83 deg.
15' E. 70.0 feet, N. 27 deg. 30' E. 70.0 feet, N. 17 deg. 15' W. 70.0 feet, N.
40 deg. 30' W. 150.0 feet, N. 57 deg. 00' W. 400.0 feet, N. 26 deg. 15' E.
405.0 feet, N. 41 deg. 11' W. 106.3 feet, N. 34 deg. 30' E. 194.1 feet, S. 67
deg. 25' E. 65.1 feet, N. 36 deg. 52' E. 50.0 feet, N. 72 deg. 29' E. 99.6
feet, N. 29 deg. 21' E. 734.2 feet, N. 14 deg. 41' W. 98.2 feet, N. 23 deg.
38' E. 174.6 feet, N. 82 deg. 40' E. 300.0 feet, S. 88 deg. 30' E. 300.0 feet,
S. 82 deg. 30' E. 300.0 feet, S. 78 deg. 45' E. 180.0 feet, N. 47 deg. 00' W.
100.0 feet, N. 71 deg. 30' W. 300.0 feet, N. 78 deg. 00' W. 300.0 feet, N.
87 deg. 00' W. 240.0 feet, N. 39 deg. 28' E. 888.0 feet, N. 86 deg. 45' E.
500.0 feet, N. 80 deg. 40' E. 300.0 feet, N. 70 deg. 00' E. 300.0 feet, N. 57
deg. 30' E. 300.0 feet, N. 49 deg. 30' E. 500.0 feet, N. 54 deg. 07' E. 529.7
feet to a point for the most Northerly corner of this tract;
THENCE S. 60 deg. 00' E. 600.0 feet, S. 64 deg. 30' E. 600.0 feet, S. 58
deg. 30' E. 400.0 feet, S. 45 deg. 10' E. 300.0 feet, S. 30 deg. 00' E. 300.0
feet, S. 14 deg. 30' E. 200.0 feet, S. 1 deg. 00' W. 250.0 feet, S. 13 deg. 01'
W. 245.1 feet, N. 69 deg. 00' W. 700.0 feet, N. 82 deg. 20' W. 200.0 feet,
S. 85 deg. 00' W. 220.0 feet, S. 64 deg. 41' E. 274.6 feet, S. 56 deg. 45' E.
250.0 feet, S. 54 deg. 57' E. 1225.9 feet, S. 24 deg. 30' E. 690.0 feet to a
point for the most Easterly Corner of this tract;
THENCE N. 68 deg. 20' W. 750.0 feet, S. 56 deg. 00' W. 430.0 feet, S. 4
deg. 50' E. 1062.2 feet, N. 69 deg. 50' W. 800.0 feet, N. 70 deg. 20' W.
400.0 feet, N. 78 deg. 06' W. 323.6 feet, N. 0 deg. 16' 30" E. 780.0 feet, N.
88 deg. 50' 30" W. 1333.1 feet, S. 0 deg. 21' W 1323.6 feet, S. 88 deg. 46'
30" E. 610.0 feet, S. 33 deg. 20' E. 500.0 feet, S. 28 deg. 45' E. 200.0 feet,
S. 4 deg. 40' E. 200.0 feet, S. 11 deg. 00' W. 200.0 feet, S. 22 deg. 50' W.
250.0 feet, S. 51 deg. 38' W. 174.4 feet to the place of beginning and
containing 498.08 acres, more or less, being the portion of said lease
situated within the exterior limits of the Upper Hackberry Unit created by
State of Louisiana Department of Conservation Order No. 252-D, recorded
under Entry No. 971903 in Conveyance Book 906, Page 272, as
supplemented and amended by Order No. 252-D-2 recorded under Entry
No. 1047188 in Conveyance Book 976, Page 329 and supplement to Order
No. 252-D recorded under Entry No. 1050236 in Conveyance Book 979,
Page 508.

# EXHIBIT A

| | |
|---|---|
| LESSOR: | Paul Bellon |
| LESSEE: | G. L. Paret |
| LEASE DATE: | 01/25/60 |
| RECORDING DATA: | BOOK 737 PAGE 69 ENTRY NO. 796502 |
| DESCRIPTION: | Limited to all that portion of the lands originally covered thereby which is situated in Sections 26 and 27, Township 8 South, Range 8 West, Calcasieu Parish, Louisiana, lying within the surface outlines of the Upper Hackberry Unit, Gillis-English Bayou Field, as revised by Order No. 252-D-2, effective November 1, 1966, of the Department of Conservation of the State of Louisiana, and filed and duly recorded under Entry No. 1,047,188, Conveyance Book 976, Page 329, and as supplemented by Supplement to Order 252-D-2, effective November 1, 1966, and filed and duly recorded under Entry No. 1,050,236, Conveyance Book 979, Page 508, all Records of Calcasieu Parish, Louisiana, reference to which is hereby made for all purposes. |

| | |
|---|---|
| LESSOR: | Allied Chemical Corporation |
| LESSEE: | Sun Oil Company |
| LEASE DATE: | 03/14/62 |
| RECORDING DATA: | BOOK 814 PAGE 323 ENTRY NO. 879691 |
| DESCRIPTION: | NE/4 SW/4 Section 25-T8S-R8W, down to and only down to a depth of 10,600 feet. |

| | |
|---|---|
| ORYX LEASE NO.: | 069241-000 |
| LESSOR: | Mayo Realty Company, Inc. |
| LESSEE: | G. L. Paret |
| LEASE DATE: | 05/16/62 |
| RECORDING DATA: | BOOK 816 PAGE 260 ENTRY NO. 881808 |
| DESCRIPTION: | Limited to the lands embraced within the surface boundary of that certain unit known as the Upper Hackberry Unit, Gillis-English Bayou Field, as revised by Order No. 252-D-2, filed and recorded under File No. 1047188, in Conveyance Book 976, Page 329, Records of Calcasieu Parish, Louisiana, and Supplement to Order No. 252-D-2, filed and recorded under File No. 1050236, in Conveyance Book 979, Page 508, Records of Calcasieu Parish, Louisiana, which orders were issued by the Department of Conservation of the State of Louisiana and made effective November 1, 1966. |

| | |
|---|---|
| LESSOR: | Albert A. Koonce, et al |
| LESSEE: | Sun Oil Company |
| LEASE DATE: | 01/21/63 |
| RECORDING DATA: | BOOK 839 PAGE 636 ENTRY NO. 908096 |
| DESCRIPTON: | Limited to lands embraced within the surface boundary of that certain unit known and designated as the Upper Hackberry Unit, Gillis-English Bayou Field, created by Louisiana Department of Conservation Order No. 252-D, effective November 1, 1964, as revised by Order No. 252-D-1 dated |

# EXHIBIT A

January 6, 1966, and 252-D-2 dated December 19, 1966, and the Supplement to Order No. 252-D-2 dated January 23, 1967, which unit is outlined on the plat filed for recordation with the Supplement to Order No. 252-D-2 in Conveyance Book 979, Page 508, No. 1050236, Records of Calcasieu Parish, Louisiana.

LESSOR:           Calcasieu Parish School Board
LESSEE:           G.L. Paret
LEASE DATE:       02/05/63
RECORDING DATA:   BOOK 846 PAGE 605 ENTRY NO. 913861
DESCRIPTION:      One (1) acre square situated in the Northeast Corner of NW/4 NE/4 Section 35, T86-R8W.

LESSOR:           A.G. Benckenstein, et al
LESSEE:           Sun Oil Company
LEASE DATE:       05/15/63
RECORDING DATA:   BOOK 848 PAGE 244 ENTRY NO. 914998
DESCRIPTION:      W/2 NW/4 NE/4 Section 35-T8S-R8W.

LESSOR:           Charles R. Houssiere, et al
LESSEE:           Sun Oil Company
LEASE DATE:       02/14/64
RECORDING DATA:   BOOK 885 PAGE 244 ENTRY NO. 944340
DESCRIPTION:      W/2 NW/4 NE/4 and East 22 acres of NE/4 NE/4 Section 35-T8S-R8W.

LESSOR:           Wm. T. Burton Industries, Inc.
LESSEE:           Sun Oil Company
LEASE DATE:       03/17/04
RECORDING DATA:   BOOK 887 PAGE 335 ENTRY NO. 951643
DESCRIPTION:      W/2 NW/4 NE/4 and East 22 acres of NE/4 NE/4 Section 35, T8S-R8W, LIMITED TO the portion thereof embraced within the surface boundary of that certain unit known as the Upper Hackberry Unit, Gillis-English Bayou Field, as revised by State of Louisiana Office of Conservation Order No. 252-D-2, filed and recorded under File No. 1047188, in Conveyance Book 976, Page 329, Records Calcasieu Parish, Louisiana, and Supplement to Order No. 252-D-2, filed and recorded under File No. 1050236, in Conveyance Book 979, Page 508, Records of Calcasieu Parish, Louisiana, which orders were made effective November 1, 1966.

LESSOR:           Bennett Oil Corporation
LESSEE:           Sun Oil Company
LEASE DATE:       04/06/64
RECORDING DATA:   BOOK 888 PAGE 159 ENTRY NO. 952402
DESCRIPTION:      Limited to lands embraced within the surface boundary of that certain unit known as the Upper Hackberry Unit, Gillis-English Bayou Field, as revised by Order No. 252-D-2, filed and recorded under File No. 1047188, in

# EXHIBIT A

Conveyance Book 976, Page 329, Records of Calcasieu Parish, Louisiana, and Supplement to Order No. 252-D-2 filed and recorded under File No. 1050236, in Conveyance Book 979, Page 508, Records of Calcasieu Parish, Louisiana, which orders were issued by the Department of Conservation of the State of Louisiana and made effective November 1, 1966.

| | |
|---|---|
| LESSOR: | H. C. Drew Manual Training School |
| LESSEE: | Hugh A. Hawthorne |
| LEASE DATE: | 05/07/63 |
| RECORDING DATA: | BOOK 854 PAGE 542 ENTRY NO. 921231 |
| DESCRIPTION: | Limited to the following described land, to-wit: All that portion of the 37.08 acres, more or less, situation in Section 36, Township 8 South, Range 8 West, Calcasieu Parish, Louisiana, lying within the surface boundaries of the UPPER HACKBERRY UNIT, GILLIS-ENGLISH BAYOU FIELD, as revised by ORDER No. 252-D-2, filed and recorded under File No. 1047188, in Conveyance Book 976, Page 329, Records of Calcasieu Parish, Louisiana, and SUPPLEMENTAL ORDER NO. 252-D-2, filed and recorded under File No. 1050236, in Conveyance Book 979, Page 508, Records of Calcasieu Parish, Louisiana, which Orders were issued by the Department of Conservation of the State of Louisiana and made effective November 1, 1966. |

| | |
|---|---|
| LESSOR: | Woodbrook, Inc. |
| LESSEE: | Sun Operating Limited Partnership |
| LEASE DATE: | 01/01/90 |
| RECORDING DATA: | BOOK 1561 PAGE 709 ENTRY NO. 1609259 |
| DESCRIPTION: | The certain tract of land beginning at a point located N 00 25' 30" E 2,264.10 feet and S 13 56' 37" W 114.06 feet from the Southeast Corner of Section 26, T8S-R8W, then go N 76 03' 27" W 290.00 feet to a point, then go N 13 56' 37" E 307.61 feet to a point, then go N 76 03' 27" W 444.52 feet to a point, then go N 13 56' 37" E 213.50 feet to a point, then go N 76 03' 27" W 70.00 feet to a point, then go North 360.69 feet to a point for the Northwest Corner, then go S 76 03' 27" E 891.43 feet to a point for the Northeast Corner, then go S 13 56' 37" W 871.17 feet to a point for the Southeast Corner and the point of beginning, said tract contains 12.463 acres of land, more or less, and is situated in Section 26 and Section 25, T8S-R8W, Calcasieu Parish, Louisiana. |

All of Chestnut's right, title and interest in the oil, gas and/or mineral leases and related assets covered by that certain:

A.    Assignment of Oil and Gas Leases dated March 14, 2003 from Northstar Energy, Inc. to Chestnut Petroleum, Inc., recorded in Book 292, Page 498, and Entry Number 2619753 of the Official Record of Calcasieu Parish, LA.

# EXHIBIT A

B.    Assignment and Bill of Sale from Sun Operating Limited Partnership to Chestnut Petroleum, Inc. and Stratco Operating Co., Inc., dated October 31, 1994 to be effective November 1, 1994, recorded at File No. 2233704, of the Records of Calcasieu Parish, Louisiana.

C.    Assignment of Oil and Gas Leasehold Interest from Stratco Operating Co., Inc. to Chestnut Petroleum, Inc. dated November 1, 1994, recorded at File No. 2233705 of the Records of Calcasieu Parish, Louisiana.

D.    Assignment and Bill of Sale from Sun Operating Limited Partnership by Chestnut Petroleum, Inc. and Stratco Operating Co., Inc. dated October 31, 1994, to be effective as of November 1, 1994, recorded at File No. 2233702 of the Records of Calcasieu Parish, Louisiana.

E.    Assignment and Bill of Sale from TOLA Production Company to Chestnut Petroleum, Inc. dated September 12, 1994, recorded in File No. 2224757 of the Records of Calcasieu Parish, Louisiana.

F.    Assignment of Oil and Gas Leasehold Interest from Stratco Operating Co., Inc. to Chestnut Petroleum, Inc. dated November 1, 1994, recorded at File No. 2233701 of the Records of Calcasieu Parish, Louisiana.

G.    Assignment and Bill of Sale from Sun Operating Limited Partnership to Chestnut Petroleum, Inc. and Stratco Operating Co., Inc., dated November 1, 1994, effective November 1, 1994, recorded at File No. 2233702, of the Records of Calcasieu Parish, Louisiana.

H.    Assignment and Bill of Sale from Sun Operating Limited Partnership to Chestnut Petroleum, Inc. and Stratco Operating Co., Inc., dated October 31, 1994, effective as of November 1, 1994, recorded at File No. 2233702, or the Records of Calcasieu Parish, Louisiana.

I.    Mineral Deed and Bill of Sale from Sun Operating Limited Partnership to Chestnut Petroleum, Inc. and Stratco Operating Co., Inc. dated October 31, 1994 to be effective as of November 1, 1994, recorded at File No. 2333703 of the Records of Calcasieu Parish, Louisiana.

J.    Assignment from TOLA Production Company to Chestnut Petroleum, Inc. covering the following description:

All right, title and interest in the oil, gas and other minerals, from the surface to 10,762' below the surface, with respect to that certain 96.58 acre tract of land situated in Section 35, Township 8 South, Range 8 West, Calcasieu Parish, Louisiana, designated as Tract No. 10 of the Upper Hackberry Reservoir, Gillis-English Bayou Field, established by Department of Conservation Order No. 252-D-2, effective November 1, 1966, as such tract is reflected on that certain survey prepared by Richard C. Spikes, dated July 21, 1966, revised January 6, 1967, attached to that certain Supplement to Order No. 252-D-2, January 23, 1967, recorded in Conveyance Book 979, Page 508, under Entry No. 1050236 of the Records of Calcasieu Parish, Louisiana.

# EXHIBIT A

### RIGHT-OF-WAYS

LESSOR:             Calcasieu Parish Police Jury
LESSEE:             Sun Oil Company
LEASE DATE:         04/19/62
RECORDING DATA:     BOOK    PAGE (Not Recorded)
DESCRIPTION:        Permit to lay gas line along East side of Public road in E/2 Section 35, T8S-
                    R8W and permit to lay pipeline across public road on Section Line between
                    Sections 26, and 35, T8S-R8W.

LESSOR:             Calcasieu Parish Police Jury
LESSEE:             Sun Oil Company
LEASE DATE:         05/22/67
RECORDING DATA:     BOOK    PAGE (Not Recorded)
DESCRIPTION:        Permit to install pipeline crossing under public road running along the
                    North line of Section 35, T8S-R8W.

LESSOR:             Allied Chemical Corporation
LESSEE:             Sun Oil Company
LEASE DATE:         05/16/67
RECORDING DATA:     BOOK 991 PAGE 303 FILE NO. 1062625
DESCRIPTION:        Pipeline right-of-way across SE/4 SW/4 and SW/4 SE/4 Section 26, T8S-
                    R8W.

LESSOR:             Calcasieu Parish Police Jury
LESSEE:             Sun Oil Company
LEASE DATE:         11/24/64
RECORDING DATA:     BOOK    PAGE (Not Recorded)
DESCRIPTION:        Permit for pipeline crossing under public road on Section line between
                    Sections 25 and 36, T8S-R8W.

LESSOR:             Layne Louisiana Company
LESSEE:             Sun Oil Company
LEASE DATE:         05/25/65
RECORDING DATA:     BOOK 926 PAGE 467 FILE NO. 992309
DESCRIPTION:        Pipeline right-of-way across part of Sections 25 and 26, T8S-R8W.

LESSOR:             Allied Chemical Corporation
LESSEE:             Sun Oil Company
LEASE DATE:         06/03/65
RECORDING DATA:     BOOK 927 PAGE 573 FILE NO. 993452
DESCRIPTION:        Pipeline right-of-way across NE/4 SW/4 Section 25, S8S-R8W.

LESSOR:             Calcasieu Parish Police Jury
LESSEE:             Sun Oil Company
LEASE DATE:         07/26/65

# EXHIBIT A

RECORDING DATA:    BOOK   PAGE (Not Recorded)
DESCRIPTION:         Permit to install pipeline crossing under public road on West line of E/2 E/2
                          Section 27, T8S-R8W.

LESSOR:              Paul Bellon
LESSEE:              Sun Oil Company
LEASE DATE:      05/02/67
RECORDING DATA:    BOOK 989 PAGE 200 FILE NO. 1060036
DESCRIPTION:         Pipeline right-of-way across W/2 SW/4 Section 26 and E/2 SE/4 Section
                          27, T8S-R8W.

## CONTRACT REFERENCES:

Subject to and limited by the following:

1) Joint Operating Agreement dated 11-1-64, as amended, between Sun Oil Company, Operator, and Texaco, Inc., et al, Non-Operators.

2) Agreement on Specified Facilities dated 3-3-66, as amended, between Sun Oil Company, Operator, and Texaco, Inc., et al, Non-Operators.

3) All applicable State of Louisiana Department of Conservation Orders, including 252-D and 252-D-2.

4) Unitization Agreement for Gas Cycling Upper Hackberry Reservoir dated June 30, 1964, by and between Sun Oil Company and Allied Chemical Corporation, et al, a counterpart of which is recorded in Conveyance Book 895, Page 243, under File No. 960560. (PA-2377R)

5) Unitization Agreement dated September 3, 1964, a counterpart of which is recorded in Conveyance Book 908, Page 148, under File No. 973635. (PA-2377R)

6) State of Louisiana Department of Conservation Order No. 252-D dated October 29, 1964, a counterpart of which is recorded in Conveyance Book 906, Page 272, under File No. 971903. (PA-2377R)

7) State of Louisiana Department of Conservation Order No. 252-D-2 dated December 19, 1966, recorded in Conveyance Book 976, Page 329, under File No. 1047188. (PA-2377R)

8) State of Louisiana Department of Conservation Supplement to Orders 252-D and 252-D-2 dated November 26, 1979, recorded in Conveyance Book 1540, Page 266, under File No. 1592652. (PA-2377R)

9) Subject to Gas Sales contract dated September 1, 1990, with Conoco, Inc. (Oryx Contract No. 70688)

# EXHIBIT A

10)  Unitization Agreement for Gas Cycling Upper Hackberry Reservoir dated June 30, 1964, by and between Sun Oil Company and Allied Chemical Corporation, et al, a counterpart of which is recorded in Conveyance Book 895, Page 243, under File No. 960560. (PA-2377R)

11)  Amendment of Unitization Agreement dated September 3, 1964, a counterpart of which is recorded in Conveyance Book 908, Page 148, under File No. 973635. (PA-2377R)

12)  State of Louisiana Department of Conservation Order No. 252-D dated October 29, 1964, a counterpart of which is recorded in Conveyance Book 906, Page 272, under File No. 971903. (PA-2377R)

13)  Operating Agreement Upper Hackberry Unit dated November 1, 1964, by and between Sun Oil Company and Texaco, Inc., et al, as amended. (PA-2377R)

14)  Specified Facilities Upper Hackberry Unit dated March 3, 1966, by and between Sun Oil Company and Texaco, Inc., et al. (PA-2377R)

15)  State of Louisiana Department of Conservation Order No. 252-D-2 dated December 19, 1966, recorded in Conveyance Book 976, Page 329, under File No. 1047188. (PA-2377R)

16)  State of Louisiana Department of Conservation Supplement to Orders 252-D and 252-D-2 dated November 26, 1979, recorded in Conveyance Book 1540, Page 266, under File No. 1592652. (PA-2377R)

17)  Gas Sales Contract dated September 1, 1990, with Conoco, Inc. (Oryx Contract No. 70688)

**Fill in this information to identify the case:**

Debtor name **Texas E&P Operating, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) **17-34386-sgj-11**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,156.00** | **$0.00** |
| **Dept. of Natural Resources**<br>**Office of Conservation**<br>**P. O. Box 44277**<br>**Baton Rouge, LA 70804** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Ad Valorem Taxes** | | |
| Last 4 digits of account number ____<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,365.00** | **Unknown** |
|---|---|---|---|
| **Internal Revenue Service**<br>**United States Treasury**<br>**Ogden, UT 84201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| Last 4 digits of account number ____<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | Texas E&P Operating, Inc. | | Case number (if known) | 17-34386-sgj-11 |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $351,577.00 | $351,577.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**Special Procedures-Insolvency**
**P. O. Box 7346**
**Philadelphia, PA 19101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Withholdings Payments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,797.66 | $0.00 |
|---|---|---|---|---|

**Louisiana Dept of Revenue**
**P. O. Box 201**
**Baton Rouge, LA 70821**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**State Comptroller of Public**
**Accounts**
**Revenue Accounting Divi-BK Sec.**
**P. O. Box 13528**
**Austin, TX 78711**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Texas Attorney General's Office**
**P. O.Box 12548**
**Austin, TX 78711**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| Debtor | **Texas E&P Operating, Inc.** | Case number (if known) | **17-34386-sgj-11** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $0.00 | $0.00 |
|---|---|---|---|---|---|

**Texas Workforce Commission**
**TEC Building - Bankruptcy**
**101 East 15th Street**
**Austin, TX 78778**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,724.50** |
|---|---|---|---|

**31 Energy Services LLC -AR**
**c/o Diversified Lenders, Inc.**
**Lubbock, TX 79493**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,275.00** |
|---|---|---|---|

**5J Oilfield Services, Inc.**
**4090 N US Hwy 79**
**Palestine, TX 75801-2000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,463.50** |
|---|---|---|---|

**A-Pro Industries**
**P. O. Box 80875**
**Lafayette, LA 70598**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,318.69** |
|---|---|---|---|

**AAA Well Service**
**P. O. Box 33**
**Millsap, TX 76066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,329.20** |
|---|---|---|---|

**ACME Truck Lines Inc.**
**MSC-40683**
**P. O. Box 415000**
**Nashville, TN 37241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Texas E&P Operating, Inc.** | Case number (if known) | **17-34386-sgj-11** |
|---|---|---|---|
| | Name | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,287.84 |
|---|---|---|---|

**Adrian's Lease Service**
5000 Western Rd.
Mission, TX 78574

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.11 |
|---|---|---|---|

**Adrienne H. Garbarino**
c/o Richard Hebert Curator
P. O. Box 713
Jennings, LA 70546

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.12 |
|---|---|---|---|

**Agnes J. Broussard Hoffpau**
1060 Riceland Dr.
Crowley, LA 70526

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,418.75 |
|---|---|---|---|

**Aiken Engineering Company**
9720 Cypresswood Dr.
Suite 340
Houston, TX 77070

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,399.96 |
|---|---|---|---|

**Alamo Oilfield Services**
1045 Central Pkwy N
Suite 102
San Antonio, TX 78232

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,076.90 |
|---|---|---|---|

**Ally**
P. O. Box 9001952
Louisville, KY 40290

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,360.44 |
|---|---|---|---|

**American Express**
P.O. Box 650448
Dallas, TX 75265

Date(s) debt was incurred _
Last 4 digits of account number  **3004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Texas E&P Operating, Inc.** | | Case number (if known) | **17-34386-sgj-11** |
|---|---|---|---|---|
| | Name | | | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,611.43 |
|---|---|---|---|
| | **Anaya Welding & Lease Service, Inc.**<br>**1701 W. Owassa Rd.**<br>**Edinburg, TX 78539** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $218,907.00 |
|---|---|---|---|
| | **Anchor Drilling Fluids**<br>**P. O. Box 1390**<br>**Tulsa, OK 74101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Drilling Fluids** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.29 |
|---|---|---|---|
| | **Andree H. Macaluso**<br>**P. O. Box 1384**<br>**Jennings, LA 70546** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalty Interest** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.06 |
|---|---|---|---|
| | **Annette Louise Romero**<br>**7104 Covered Bridge**<br>**Austin, TX 78736** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalty Interest** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.11 |
|---|---|---|---|
| | **Annie H. Hebert**<br>**P. O. Box 735**<br>**Jennings, LA 70546** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Royalty Interest** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,650.90 |
|---|---|---|---|
| | **Arabie Law Firm**<br>**1011 Lakeshore Dr., Ste 208**<br>**P. O. Box 3004**<br>**Lake Charles, LA 70601** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38,238.57 |
|---|---|---|---|
| | **Archer Wireline LLC**<br>**Dept 3300**<br>**P. O. Box 123300**<br>**Dallas, TX 75312** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Texas E&P Operating, Inc. | Case number (if known) | 17-34386-sgj-11 |
|---|---|---|---|
| | Name | | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,531.25 |
|---|---|---|---|

**Archrock Services, L.P.**
P. O. Box 201160
Dallas, TX 75320

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.44 |
|---|---|---|---|

**AT&T**
P. O. Box 105262
Atlanta, GA 30348

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57.24 |
|---|---|---|---|

**AT&T Long Distance**
P.O. Box 5017
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $303.35 |
|---|---|---|---|

**AT&T Mobility**
P. O. Box 537104
Atlanta, GA 30353

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $518.98 |
|---|---|---|---|

**AT&T Mobility**
P. O. Box 6463
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,394.00 |
|---|---|---|---|

**Avatar Systems, Inc.**
2801 Network Blvd.
Suite 210
Frisco, TX 75034

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $122,152.31 |
|---|---|---|---|

**Baker Hughes**
P. O. Box 301057
Dallas, TX 75303

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Drilling Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Texas E&P Operating, Inc.** | Case number (if known) | **17-34386-sgj-11** |
|---|---|---|---|
| | Name | | |

---

**3.27** | Nonpriority creditor's name and mailing address

**Barbara L. Houssiere**
P. O. Box 93273 MSU
Lake Charles, LA 70609

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No  ☐ Yes

$3.92

---

**3.28** | Nonpriority creditor's name and mailing address

**Basic Energy Services, LP**
P. O. Box 841903
Dallas, TX 75284

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$46,734.75

---

**3.29** | Nonpriority creditor's name and mailing address

**Basin Chemical Solutions**
P.O. Box 540
Youngsville, LA 70592

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$18,859.96

---

**3.30** | Nonpriority creditor's name and mailing address

**BCSP Denver Property LLC**
P. O. Box 740032
Los Angeles, CA 90074

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

**3.31** | Nonpriority creditor's name and mailing address

**BCSP Denver Property, LLC**
P. O. Box 740495
Los Angeles, CA 90074

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$7,540.76

---

**3.32** | Nonpriority creditor's name and mailing address

**Benchmark Logistics, Inc.**
P. O. Box 952183
Dallas, TX 75395

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$1,608.74

---

**3.33** | Nonpriority creditor's name and mailing address

**Bennett Oil Corporation**
P. O. Box 1866
Lake Charles, LA 70602

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$96.18

---

| Debtor | Texas E&P Operating, Inc. | | Case number (if known) | 17-34386-sgj-11 |
|---|---|---|---|---|
| | Name | | | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,875.00 |
|---|---|---|---|
| | Bes Test, Inc.<br>P. O. Box 606<br>Giddings, TX 78942 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Trade Debt | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.18 |
|---|---|---|---|
| | Beverly Jeanise Houssiere<br>4315 E Princton Ave<br>Fresno, CA 93703 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Royalty Interest | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,155.00 |
|---|---|---|---|
| | Bigfoot Energy Services<br>312 West Sabine<br>Carthage, TX 75633 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Trade Debt | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,388.22 |
|---|---|---|---|
| | BigRentz<br>1063 McGaw Ave.<br>Irvine, CA 92614 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Trade Debt | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,164.56 |
|---|---|---|---|
| | Blue Cross-Blue Shield TX<br>Health Care Service Corp.<br>P. O. Box 731428<br>Dallas, TX 75373 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Trade Debt | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,831.41 |
|---|---|---|---|
| | Blueline Rental LLC<br>P. O. Box 840062<br>Dallas, TX 75284 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Trade Debt | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |
|---|---|---|---|
| | Bobwhite Environmental<br>1106 Tokatlon<br>San Antonio, TX 78258 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Trade Debt | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Texas E&P Operating, Inc.** | Case number (if known) | **17-34386-sgj-11** |
| | Name | | |

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |

**Bobwhite Rentals, LLC**
P. O. Box 2372
Victoria, TX 77902

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $955.00 |

**BOS, Inc.**
P. O. Box 1256
Edinburg, TX 78540

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,180.97 |

**Brent J. Vincent**
127 E. Lovell Street
Crowley, LA 70526

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2.82 |

**Brian Casey Warburton**
9910 Royal Ln.
Dallas, TX 75231

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,582.00 |

**Brothers Vacuum & Trucking**
P. O. Box 1540
El Campo, TX 77437

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,443.73 |

**Bryan Francis Energy Serv.**
MidSouth Bank
P. O. Box 3742
Lafayette, LA 70502

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $202.00 |

**Buteo Enterprises**
6300 Tenneryville Rd.
Longview, TX 75604

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Texas E&P Operating, Inc.** | Case number (if known) | **17-34386-sgj-11** |
|---|---|---|---|
| | Name | | |

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $567.23 |
|---|---|---|---|

**C & S Lease Services**
P. O. Box 1049
Kilgore, TX 75663

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,304.30 |
|---|---|---|---|

**Caesars Entertainment**
P. O. Box 96116
Las Vegas, NV 89193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,040.70 |
|---|---|---|---|

**Cameron Measurement Systems Division**
P. O. Box 730172
Dallas, TX 75373

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,037.27 |
|---|---|---|---|

**Canyon Creek Country Club**
625 Lookout Drive
Richardson, TX 75080

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3.92 |
|---|---|---|---|

**Charles R. Houssiere III**
1990 Post Oak Blvd, Ste 800
Houston, TX 77056

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.23 |
|---|---|---|---|

**Charles Robert Houssiere**
14215 Swallowfield Dr.
Houston, TX 77077

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,192.82 |
|---|---|---|---|

**Chase Auto Finance**
P. O. Box 9001801
Louisville, KY 40290

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Texas E&P Operating, Inc.** | | Case number *(if known)* | **17-34386-sgj-11** |
|---|---|---|---|---|
| | Name | | | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,568.00 |
|---|---|---|---|
| | **Chem-Spray South, Inc.**<br>P. O. Box 817<br>Gonzales, LA 70707 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|
| | **Chemical Weed Control**<br>P. O. Box 512<br>Brownfield, TX 79316 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,115,612.94 |
|---|---|---|---|
| | **Chestnut Well Service LLC**<br>2201 N. Central Expy.<br>Suite 240<br>Richardson, TX 75080 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Loan** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $697.00 |
|---|---|---|---|
| | **CIPA**<br>1001 K Street, 6th Floor<br>Sacramento, CA 95814 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $218,217.74 |
|---|---|---|---|
| | **Citation Oil & Gas Corp.**<br>P.O. Box 200206<br>Dallas, TX 75320 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Oilfield Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,656.71 |
|---|---|---|---|
| | **Cogent Communications Inc.**<br>P. O. Box 791087<br>Baltimore, MD 21279 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,954.45 |
|---|---|---|---|
| | **Compressor Systems, Inc.**<br>P. O. Box 841807<br>Dallas, TX 75284 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Texas E&P Operating, Inc. | Case number (if known) | 17-34386-sgj-11 |
|---|---|---|---|
| | Name | | |

---

**3.62** | Nonpriority creditor's name and mailing address
Connie Kathryn Duhon Harl
136 Minolta Rd. Lot B
Youngsville, LA 70592

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

$0.08

---

**3.63** | Nonpriority creditor's name and mailing address
Contego Soultions, LLC
2211 Commerce Street
Suite 100
Dallas, TX 75201

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$33,516.52

---

**3.64** | Nonpriority creditor's name and mailing address
Crochet Electric
16204 N. Gallaugher Rd.
Jennings, LA 70546

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$42,012.21

---

**3.65** | Nonpriority creditor's name and mailing address
Crossroads Services
P. O. Box 599
Centerville, TX 75833

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$56,837.61

---

**3.66** | Nonpriority creditor's name and mailing address
CSI Compressco Operating
P. O. Box 840082
Dallas, TX 75284

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$28,978.62

---

**3.67** | Nonpriority creditor's name and mailing address
CT Corporation
P. O. Box 4349
Carol Stream, IL 60197

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$1,840.24

---

**3.68** | Nonpriority creditor's name and mailing address
Cudd Pressure Control, Inc.
c/o Dore' Law Group, P.C.
17171 Park Row, Suite 160
Houston, TX 77084

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Law suit filed 01/06/215 in 193rd Judicial District, Dallas County, TX, DC-15-00140; Thru Tubing Solutions, Inc. and Cudd Pressure Control, Inc. v Chestnut Exploration and Production, Inc. et al.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | **Texas E&P Operating, Inc.** | Case number (if known) | **17-34386-sgj-11** |
|---|---|---|---|
| | Name | | |

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,500.00 |
|---|---|---|---|

**Cudd Pressurre Control Inc.**
P. O. Box 203379
Dallas, TX 75320

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,901.16 |
|---|---|---|---|

**D & S Lease Service, Inc.**
2042 Burroughville Rd.
Victoria, TX 77905

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28.86 |
|---|---|---|---|

**D S & T - NSL LLC**
641 W Prien Lake Rd.
Lake Charles, LA 70601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85.00 |
|---|---|---|---|

**Dallas Business Journal**
2515 McKinney Ave., Suite 100
Dallas, TX 75201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,485.98 |
|---|---|---|---|

**Dallas Petroleum Club**
2200 Ross Ave., Suite 4150E
Dallas, TX 75201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,632.48 |
|---|---|---|---|

**Davies Construction**
P. O. Box 16923
Lake Charles, LA 70616

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.97 |
|---|---|---|---|

**Dawn Ismerie Herrington**
1929 North Blvd.
Houston, TX 77098

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Texas E&P Operating, Inc.** | Case number *(if known)* | **17-34386-sgj-11** |
|---|---|---|---|
| | Name | | |

---

**3.76**  Nonpriority creditor's name and mailing address

**Deep South Crane & Riggin**
15324 Airline Highway
Baton Rouge, LA 70817

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$7,930.00

---

**3.77**  Nonpriority creditor's name and mailing address

**Deep South Oilfield & Industrial Supply, LLC**
1203 Gerstner Memorial Dr.
Lake Charles, LA 70601

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$5,372.15

---

**3.78**  Nonpriority creditor's name and mailing address

**Dialog Wireline Services**
3100 Maverick Drive
Kilgore, TX 75662

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$24,445.41

---

**3.79**  Nonpriority creditor's name and mailing address

**Dishman & Bennett Special**
P. O. Box 287
Houma, LA 70361

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt`**

Is the claim subject to offset? ■ No ☐ Yes

$8,195.82

---

**3.80**  Nonpriority creditor's name and mailing address

**DNOW L.P.**
P. O. Box 200822
Dallas, TX 75320

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$28,936.49

---

**3.81**  Nonpriority creditor's name and mailing address

**Dotcom Leasing LLC**
P. O. Box 33210
Tulsa, OK 74153

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$320.00

---

**3.82**  Nonpriority creditor's name and mailing address

**Drost & Brame -NSL LLC**
641 W. Prien Lake Rd.
Lake Charles, LA 70601

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$19.23

---

| Debtor | **Texas E&P Operating, Inc.** | Case number (if known) | **17-34386-sgj-11** |
|---|---|---|---|
| | Name | | |

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,500.00 |
|---|---|---|---|

**Dunn & Bradstreet**
**NetProspex, Inc.**
**300 Third Ave., 2nd Floor**
**Waltham, MA 02451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $750.00 |
|---|---|---|---|

**East Texas Energy Symposium**
**1301 S. Henderson Blvd.**
**Kilgore, TX 75662**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.20 |
|---|---|---|---|

**Edward M. McElroy &**
**Elizabeth McElroy Test Trust**
**1214 Sherrard St.**
**Burnet, TX 78611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,889.50 |
|---|---|---|---|

**Electronic Verif Systems**
**2500 Technology Dr.**
**Louisville, KY 40299**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,757.85 |
|---|---|---|---|

**eLynx Technologies LLC**
**Dept 243**
**P. O. Box 21228**
**Tulsa, OK 74121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,805.00 |
|---|---|---|---|

**Emily Sue Pinnell as Trustee**
**Mineral & Land Management Trust**
**2700 S. River Rd., Ste 100**
**Des Plaines, IL 60018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,841.45 |
|---|---|---|---|

**Eminent Oil Tools**
**115 Beau Pre Road**
**Lafayette, LA 70508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Texas E&P Operating, Inc.** | Case number *(if known)* | **17-34386-sgj-11** |
|---|---|---|---|
| | Name | | |

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,500.00 |
|---|---|---|---|

**Empire Wireline LLC**
**400 Hobbs Rd., Suite 201**
**League City, TX 77573**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,500.00 |
|---|---|---|---|

**Empire Wireline LLC**
**400 Hobbs Rd., Suite 201**
**League City, TX 77573**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39,116.09 |
|---|---|---|---|

**Endurance Lift Solutions**
**P. O. Box 840473**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,859.07 |
|---|---|---|---|

**Endurance Lift Solutions, LLC**
**P. O. Box 843175**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $348,041.67 |
|---|---|---|---|

**Energy Drilling Company**
**413 Liberty Rd.**
**Natchez, MS 39120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Drilling Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,684.15 |
|---|---|---|---|

**Energy Fishing & Rental**
**P.O. Box 116587**
**Atlanta, GA 30368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,397.37 |
|---|---|---|---|

**Entergy Gulf States LA**
**P. O. Box 8103**
**Baton Rouge, LA 70891**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Texas E&P Operating, Inc.** | Case number (if known) | **17-34386-sgj-11** |
|--------|-------------------------------|------------------------|---------------------|
|        | Name |  |  |

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.45 |
|------|---|---|---|

**Ernest A Houssiere Jr.**
P. O. Box 2200
Boulder, CO 80306

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,204.80 |
|------|---|---|---|

**ESA Consulting**
2810 Bill Owens Pkwy., Ste 100
Longview, TX 75605

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.85 |
|------|---|---|---|

**ETOS Inc.**
P.O. Box 288
New London, TX 75682

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,907.33 |
|-------|---|---|---|

**Eunice Pump & Supply**
P. O. Box 1468
Eunice, NM 88231

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.62 |
|-------|---|---|---|

**Eve N. Garbarino Jr.**
693 Elbert Robinson Rd.
Welsh, LA 70591

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,615.60 |
|-------|---|---|---|

**Express Energy Services Operating LP**
P. O. Box 843971
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,650.65 |
|-------|---|---|---|

**Expro Americas Inc.**
Dept 2080
P. O. Box 122080
Dallas, TX 75312

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Texas E&P Operating, Inc.** | Case number (if known) | **17-34386-sgj-11** |
|---|---|---|---|
| | Name | | |

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,867.82 |
|---|---|---|---|

**Exreme Well Testing LLC**
33400 W FM 681
Edinburg, TX 78541

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.65 |
|---|---|---|---|

**Extreme Energy Services**
P. O. Box 1468
Broussard, LA 70518

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $770.00 |
|---|---|---|---|

**FESCO, Ltd**
4501 W. University
Edinburg, TX 78539

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,263.78 |
|---|---|---|---|

**Flatiron Capital**
P.O. Box 712195
Denver, CO 80271

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $111,756.72 |
|---|---|---|---|

**Flatrock Compression, Ltd.**
17350 SH 249, Ste 249
Houston, TX 77064

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Oilfield Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,925.00 |
|---|---|---|---|

**Fleming Oilfield Services**
5112 Carrabba Road
Bryan, TX 77808

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,192.81 |
|---|---|---|---|

**Flusche Supply of Quanah, Inc.**
P. O. Box 351
Electra, TX 76360

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Texas E&P Operating, Inc.** | Case number (if known) | **17-34386-sgj-11** |
|---|---|---|---|

Name

---

**3.111** Nonpriority creditor's name and mailing address
**Focus Field Services LLC**
P. O.  Box 56
White Oak, TX 75693

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$2,300.00

---

**3.112** Nonpriority creditor's name and mailing address
**Forms Professional, Inc.**
P. O. Box 64204
Lubbock, TX 79464

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$589.47

---

**3.113** Nonpriority creditor's name and mailing address
**FreedomFest**
P. O. Box 1153
Riverton, UT 84065

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$368.93

---

**3.114** Nonpriority creditor's name and mailing address
**FREEMAN**
P. O. Box 650036
Dallas, TX 75265

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$330.50

---

**3.115** Nonpriority creditor's name and mailing address
**Future Pipe Industries**
11811 Proctor Rd.
Houston, TX 77038

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$32,628.76

---

**3.116** Nonpriority creditor's name and mailing address
**Gardner Consultants Inc.**
5927 Fairfield Ave.
Shreveport, LA 71106

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$310.50

---

**3.117** Nonpriority creditor's name and mailing address
**Garz-Briz Oil Field Serv.**
**Gulf Coast Bank & Trust Co.**
P. O. Box 731152
Dallas, TX 75373

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$20,233.20

---

| Debtor | **Texas E&P Operating, Inc.** | Case number (if known) | **17-34386-sgj-11** |
|---|---|---|---|
| | Name | | |

**3.118** Nonpriority creditor's name and mailing address
**Genco Energy Services Inc.**
P. O. Box 720130
McAllen, TX 78504

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$10,987.32

---

**3.119** Nonpriority creditor's name and mailing address
**GEOMAP Company**
1100 Geomap Lane
Plano, TX 75074

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$232.74

---

**3.120** Nonpriority creditor's name and mailing address
**George C. Houssiere**
1170 E. Gallaugher Rd.
Jennings, LA 70546

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

$1.23

---

**3.121** Nonpriority creditor's name and mailing address
**George H Vangeffen**
2804 Lexington
Metairie, LA 70002

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

$0.28

---

**3.122** Nonpriority creditor's name and mailing address
**Geraldine B. Nickells**
562 Copper Rim
Spring Branch, TX 78070

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

$0.24

---

**3.123** Nonpriority creditor's name and mailing address
**Gulf Coast Coil Tubing**
P. O. Box 1710
Scott, LA 70583

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$53,907.03

---

**3.124** Nonpriority creditor's name and mailing address
**H C Drew Estate C**
**Wade Shaddock Jr. Trustee**
P. O. Box 2015
Lake Charles, LA 70602

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$676.50

---

| Debtor | **Texas E&P Operating, Inc.** | Case number (if known) | **17-34386-sgj-11** |
|---|---|---|---|
| | Name | | |

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,790.09 |
|---|---|---|---|

**Haarmeyer Electric Inc.**
310 East Ave. D
P. O. Box 478
Lovington, NM 88260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,009.90 |
|---|---|---|---|

**Hadley Energy Service LLC**
1113-A Ridge Rd.
Duson, LA 70529

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37.50 |
|---|---|---|---|

**Hardin Tubular Sales, Inc.**
P. O. Drawer 374
Victoria, TX 77902

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.99 |
|---|---|---|---|

**HB Joyner LLC**
10 S Brain Hollow Land No 80
Houston, TX 77027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,202.38 |
|---|---|---|---|

**HCK2 Partners**
3875 Ponte Ave
Suite 420
Addison, TX 75001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.66 |
|---|---|---|---|

**Helen B. Joyner**
c/o Raintree Place
10 South Briar Hollow Rd #80
Houston, TX 77027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,703.54 |
|---|---|---|---|

**Hemco, Inc.**
P. O. Box 3333
Kilgore, TX 75663

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Texas E&P Operating, Inc.** | | Case number (if known) | **17-34386-sgj-11** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17.27 |
|---|---|---|---|

**Henrrietta H. Evans**
P. O. Box 845
Jennings, LA 70546

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.99 |
|---|---|---|---|

**HJM LLC**
6804 Northwood Rd.
Dallas, TX 75225

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $483.12 |
|---|---|---|---|

**Holden Custom Products**
P. O. Box 671147
Dallas, TX 75267

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,862.02 |
|---|---|---|---|

**Hornet Services Company, LLC**
P. O. Box 1029
Jennings, LA 70546

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,050.50 |
|---|---|---|---|

**Hub City Industries, Inc.**
P. O. Box 62265
Lafayette, LA 70596

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,571.53 |
|---|---|---|---|

**Hydrostatic Pipe Service**
P. O. Box 2428
Hobbs, NM 88241

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $270.63 |
|---|---|---|---|

**IC APAIRY**
19653 US Hwy 77 N
Victoria, TX 77904

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Texas E&P Operating, Inc.** | Case number (if known) | **17-34386-sgj-11** |
|---|---|---|---|
| | Name | | |

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,069.57 |
|---|---|---|---|

**IHS Global Inc.**
P. O. Box 847193
Dallas, TX 75284

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $688.05 |
|---|---|---|---|

**Inject-Tech & Supply, LLC**
P. O. Box 335
Crowley, LA 70527

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $187,378.00 |
|---|---|---|---|

**Integrity Directional**
6701 Corporation Pkwy, Ste 150
Fort Worth, TX 76126

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Drilling Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $154,070.00 |
|---|---|---|---|

**Integrity Oilfield Services**
P.O. Box 2116
Houma, LA 70361

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Oilfield Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,757.00 |
|---|---|---|---|

**J&R Valley Oildfield Service**
P. O. Box 310
Mission, TX 78573

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,487.20 |
|---|---|---|---|

**J-W Power  Company**
P. O. Box 205856
Dallas, TX 75320

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,703.45 |
|---|---|---|---|

**J. W. Gotreaux**
1085 Kincade Ct.
Lake Charles, LA 70611

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Texas E&P Operating, Inc.** | | Case number (if known) | **17-34386-sgj-11** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.08 |
|---|---|---|---|

**Jackie Lyn Duhon**
P. O. Box 154
El Portal, CA 95318

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.28 |
|---|---|---|---|

**James H. Dupuis Sr.**
P. O. Box 80569
Lafayette, LA 70598

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.97 |
|---|---|---|---|

**James Patrick Herrington**
1929 North Blvd.
Houston, TX 77098

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.28 |
|---|---|---|---|

**Janice B Vangeffen**
P. O. Box 40663
Baton Rouge, LA 70835

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,844.33 |
|---|---|---|---|

**Jay Petroleum of LA LLC**
200 Flying W Dr.
Carencro, LA 70520

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $717.39 |
|---|---|---|---|

**JD Oilfield Supply LLC**
104 E. Utopia
Duson, LA 70529

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,750.00 |
|---|---|---|---|

**Jefferson Financial, Inc.**
Attn: Emily Coia, Conf Director
111 Veterans Memorial Blvd, Ste 1555
Metairie, LA 70005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Texas E&P Operating, Inc.** | Case number (if known) | **17-34386-sgj-11** |
|---|---|---|---|
| | Name | | |

---

**3.153** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,823.00**

**Jett Testers, Inc.**
P. O. Box 1367
Jennings, LA 70546

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade debt

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.154** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.06**

**Jo Vita Player**
1104 Highway 90 Est.
Milton, FL 32570

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Royalty Interest

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.155** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.72**

**Joan Koonce Quinn**
690 Bellview Dr.
Lake Charles, LA 70611

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Royalty Interest

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.156** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.28**

**Joan Prem Vangeffen**
501 Rue Street Peter #112
Metairie, LA 70005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Royalty Interest

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.157** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$48.09**

**JSML LLC**
1450 William St Lawton Bldg. 2nd
Lake Charles, LA 70601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade debt

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.158** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,669.00**

**JT Swabbing Services, Inc.**
P. O. Box 1327
Mission, TX 78573

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade debt

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.159** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2.84**

**Karen Dawn Warburton Pant**
308 Cherry St.
Lafayette, LA 70506

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Royalty Interest

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Texas E&P Operating, Inc.** | Case number (if known) | **17-34386-sgj-11** |
|---|---|---|---|
| | Name | | |

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2.82 |
|---|---|---|---|

**Karyl Joan Warburton Obanion**
139 Greenway
Lake Charles, LA 70605

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Royalty Interest__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2.82 |
|---|---|---|---|

**Kathleen Patricia W. Phill**
4324 E Holly Circle
Sulphur, LA 70665

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Royalty Interest__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $866.25 |
|---|---|---|---|

**Kel-Tech Inc.**
Dept. 3420
P. O. Box 3420
Dallas, TX 75312

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.08 |
|---|---|---|---|

**Kenneth Omalley**
11230 Seward Plaza
Apt 2317
Omaha, NE 68154

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Royalty Interest__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17.95 |
|---|---|---|---|

**Kentwood Springs**
P. O. Box 660579
Dallas, TX 75266

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $277,838.17 |
|---|---|---|---|

**Key Energy Service**
P. O. Box 201858
Dallas, TX 75320

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Well Service__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,962.30 |
|---|---|---|---|

**Knight Oil Tools LLC**
P. O. Box 52823
Lafayette, LA 70505

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Texas E&P Operating, Inc.** | Case number (if known) | **17-34386-sgj-11** |
|---|---|---|---|
| | Name | | |

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $111,287.34 |
|---|---|---|---|

**Kodiak Gas Services, LLC**
P. O. Box 732235
Dallas, TX 75373

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Oilfield Servivces__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $682,643.31 |
|---|---|---|---|

**Krage & Janvey, LLP**
2100 Ross Ave., Ste 2600
Dallas, TX 75201

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Legal Services__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,034.57 |
|---|---|---|---|

**L & S Hot Oil Service Inc.**
9050 Highway 70 S
Vernon, TX 76384

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,050.03 |
|---|---|---|---|

**L&B Oil and Gas Equipment, LLC**
P. O. Box 3054
Mission, TX 78573

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $386.00 |
|---|---|---|---|

**LABI**
3113 Valley Creek Dr.
P. O. Box 80258
Baton Rouge, LA 70898

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $690.00 |
|---|---|---|---|

**Lacassine Oilfield Serv.**
P. O. Box 102
Lacassine, LA 70650

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $919.00 |
|---|---|---|---|

**Lario Transports, Inc.**
P. O. Box 406
Vernon, TX 76385

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Texas E&P Operating, Inc.** | Case number (if known) | **17-34386-sgj-11** |
|---|---|---|---|
| | Name | | |

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.20 |
|---|---|---|---|

**Laura Nelle McElroy Fruge**
**& Allen R. Fruge Testamentary Trust**
**1214 Sherrard St.**
**Burnet, TX 78611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Royalty Interest__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $403.67 |
|---|---|---|---|

**LEAF**
**P. O. Box 644006**
**Cincinnati, OH 45264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.29 |
|---|---|---|---|

**Leo Konce**
**P. O. Box 576**
**Iowa, LA 70647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Royalty Interest__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.72 |
|---|---|---|---|

**Leon Carrol Koonce**
**373 Bea Parker Rd.**
**Reeves, LA 70658**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Royalty Interest__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.08 |
|---|---|---|---|

**Linda Carole O'Malley Fontenot**
**106 La Bella Dr.**
**Lafayette, LA 70506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Royalty Interest__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $283,268.93 |
|---|---|---|---|

**Locke Lord LLP**
**P. O. Box 911541**
**Dallas, TX 75391**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Legal Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,987.88 |
|---|---|---|---|

**Louisiana Tank, Inc.**
**P. O. Box 1863**
**Lake Charles, LA 70602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Texas E&P Operating, Inc.** | Case number (if known) | **17-34386-sgj-11** |
|---|---|---|---|
| | Name | | |

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.46 |
|---|---|---|---|

**Lucy Sneed Duncan**
**11244 Pinehurst Dr.**
**Austin, TX 78747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Royalty Interest

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.29 |
|---|---|---|---|

**Mable Koonce Lee**
**2506 Champman Rd.**
**Lake Charles, LA 70611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Royalty Interest

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,085.80 |
|---|---|---|---|

**MAD Oilfield Service, LLC**
**P. O. Box 2095**
**Kilgore, TX 75663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.55 |
|---|---|---|---|

**Marie Vangeffen**
**c/o George Vangeffen Testamen Exec.**
**Metairie, LA 70002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Royalty Interest

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $102,000.00 |
|---|---|---|---|

**Mark Plummer**
**410 Ridgeview Dr.**
**Richardson, TX 75080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Loan

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.06 |
|---|---|---|---|

**Mary Ann C. Delahoussaye**
**5020 Pecan Acres Dr., Apt 5D**
**Lake Charles, LA 70605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Royalty Interest

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $192.37 |
|---|---|---|---|

**Mayo Realty Co Inc.**
**3137 Debra Ln**
**Westlake, LA 70699**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| Debtor | **Texas E&P Operating, Inc.** | Case number *(if known)* | **17-34386-sgj-11** |
|--------|-------------------------------|--------------------------|---------------------|
|        | Name |  |  |

---

**3.188** Nonpriority creditor's name and mailing address

**Mercer Well Service/TSWS**
P. O. Box 201642
Dallas, TX 75320

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$5,883.41

---

**3.189** Nonpriority creditor's name and mailing address

**Mesa Southern Well Serv.**
Dept. 117
P. O. Box 4458
Houston, TX 77210

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$44,740.73

---

**3.190** Nonpriority creditor's name and mailing address

**Micar Transportation, Inc.**
1002 Richard Cir.
Palestine, TX 75803

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$20,230.10

---

**3.191** Nonpriority creditor's name and mailing address

**Michael James Kellam**
P. O. Box 1669
Estes Park, CO 80517

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Interest__

Is the claim subject to offset? ■ No ☐ Yes

$2.62

---

**3.192** Nonpriority creditor's name and mailing address

**Michael OMalley**
P. O. Box 1582
Windermere, FL 34786

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Interest__

Is the claim subject to offset? ■ No ☐ Yes

$0.08

---

**3.193** Nonpriority creditor's name and mailing address

**Michell Industries**
15555 IH-10 E
Baytown, TX 77523-3000

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$21,074.00

---

**3.194** Nonpriority creditor's name and mailing address

**Midway Energy Services**
P. O. Box 245
Elwood, TX 75852

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Rental Equipment__

Is the claim subject to offset? ■ No ☐ Yes

$170,852.89

---

| Debtor | **Texas E&P Operating, Inc.** | Case number (if known) | **17-34386-sgj-11** |
|---|---|---|---|
| | Name | | |

---

**3.195**    Nonpriority creditor's name and mailing address

**Mission Vacuum & Pump
Truck Service**
**P. O. Box 1935**
**Mission, TX 78573**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$60,355.00

---

**3.196**    Nonpriority creditor's name and mailing address

**MKS Services LLC**
**6389 US Hwy 79 S**
**Palestine, TX 75801**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$33,844.50

---

**3.197**    Nonpriority creditor's name and mailing address

**Moncia Well Service, Inc.**
**c/o Key Energy Services**
**P. O. Box 53408**
**Lafayette, LA 70505**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$15,689.66

---

**3.198**    Nonpriority creditor's name and mailing address

**Moss Adams**
**8750 N. Central Expy, Ste 300**
**Dallas, TX 75231**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Accounting Services__

Is the claim subject to offset? ■ No ☐ Yes

$120,060.00

---

**3.199**    Nonpriority creditor's name and mailing address

**NALCO Champion**
**P. O. Box 730005**
**Dallas, TX 75373**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$26,352.81

---

**3.200**    Nonpriority creditor's name and mailing address

**National Oilwell DHT, LP**
**P. O. Box 201224**
**Dallas, TX 75320**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$37,238.00

---

**3.201**    Nonpriority creditor's name and mailing address

**Netherland, Sewell & Asso**
**2100 Ross Ave.**
**Suite 2200**
**Dallas, TX 75201**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$30,279.33

---

| Debtor | **Texas E&P Operating, Inc.** | Case number (if known) | **17-34386-sgj-11** |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,693.50 |

**New Tech Global Env. LLC**
P. O. Box 4976
msc 200
Houston, TX 77210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $190,857.58 |

**New Tech Global Ventures**
P.O. Box 4724
Houston, TX 77210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Engineering Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66,593.32 |

**Odessa Pumps**
1108 Albrad Ln., Ste B
Pharr, TX 78577

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Oilfield Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $158,760.34 |

**Offshore Oilfield Services**
2828 West Gloria Switch Rd.
Carencro, LA 70520

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Oilfield Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,733.04 |

**Oil Patch Pipe & Supply**
P. O. Box 1923
Kilgore, TX 75663

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,422.72 |

**Oilfield Packer Service**
P. O. Box 1325
Eunice, NM 88231

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.96 |

**Olympia Minerals LLC**
Attn: J. Michael Lewis
3811 Turtle Creek Blvd.
#1800
Dallas, TX 75219

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Royalty Interest__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Texas E&P Operating, Inc.** | Case number (if known) | **17-34386-sgj-11** |
|---|---|---|---|
| | Name | | |

---

**3.209** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $728.01

**Omega Oilfield Services**
P. O. Box 1793
Kilgore, TX 75663

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.210** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $603.35

**On The Mark Energy Svcs**
6712 S Eunice Hwy
Hobbs, NM 88240

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.211** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,427.58

**P & A Supply, Inc.**
P. O. Box 4814
Victoria, TX 77903

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.212** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,611.21

**Paradigm Realty Advisors**
4500 S. Garnett
Suite 600
Tulsa, OK 74146

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.213** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,735.70

**Patco Completion Services**
P. O. Box 1229
Houma, LA 70361

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.214** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,120.00

**Patco Wireline Services**
P. O. Box 4177
Houma, LA 70361

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.215** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.23

**Patricia Veal Schepens**
1103 Salt Creek Dr.
Ponte Vedra Beach, FL 32082

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Texas E&P Operating, Inc.** | Case number *(if known)* | **17-34386-sgj-11** |
|---|---|---|---|
| | Name | | |

---

**3.216** Nonpriority creditor's name and mailing address

**Pelican Oil Tools**
P. O. Box 2673
Sulphur, LA 70664

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$7,722.85

---

**3.217** Nonpriority creditor's name and mailing address

**Permian Enterprises, Ltd.**
2121 W. Murphy
Odessa, TX 79763

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$6,292.57

---

**3.218** Nonpriority creditor's name and mailing address

**Petroleum Listing Services**
P. O. Box 4987
Houston, TX 77210

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$2,073.37

---

**3.219** Nonpriority creditor's name and mailing address

**Petroleum Producing Services, LLC**
c/o Giancarlo Nisimblat, Receiver
Nisimblat & Basart, P.L.L.C.
301 East Third Street
Alice, TX 78333

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Receiver (Notice Only)**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.220** Nonpriority creditor's name and mailing address

**Phoenix Copy Services**
3250 Towerwood Dr.
Farmers Branch, TX 75234

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$2,960.68

---

**3.221** Nonpriority creditor's name and mailing address

**Pinnergy Ltd.**
111 Congress Ave.
Austin, TX 78701

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$31,020.04

---

**3.222** Nonpriority creditor's name and mailing address

**Pitney Bowes**
Purchase Power
P. O. Box 371874
Pittsburgh, PA 15250

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$8,479.61

---

| Debtor | **Texas E&P Operating, Inc.** | Case number (if known) | **17-34386-sgj-11** |
|---|---|---|---|
| | Name | | |

---

**3.223**

**Nonpriority creditor's name and mailing address**

**Pitney Bowes Global**
**Financial Services LLC**
P. O. Box 371887
Pittsburgh, PA 15250

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$276.04**

---

**3.224**

**Nonpriority creditor's name and mailing address**

**Premium Oilfield Services**
P. O. Box 203763
Dallas, TX 75320

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$17,753.62**

---

**3.225**

**Nonpriority creditor's name and mailing address**

**Pride Pump and Supply**
P. O. Box 2003
Kilgore, TX 75663

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$1,216.89**

---

**3.226**

**Nonpriority creditor's name and mailing address**

**Principal Life**
**SBD Grand Island**
P. O. Box 10372
Des Moines, IA 50306

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$3,496.19**

---

**3.227**

**Nonpriority creditor's name and mailing address**

**Pro-Kem, Inc.**
P. O. Box 1506
Lovington, NM 88260

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$973.30**

---

**3.228**

**Nonpriority creditor's name and mailing address**

**Pro-Test, Inc.**
454 FM 1252 East
Kilgore, TX 75662

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$560.00**

---

**3.229**

**Nonpriority creditor's name and mailing address**

**Production Hookup**
P. O. Box 60935
Lafayette, LA 70596

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$2,227.54**

---

| Debtor | **Texas E&P Operating, Inc.** | | Case number (if known) | **17-34386-sgj-11** |
|--------|-------------------------------|--|------------------------|----------------------|
| | Name | | | |

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,855.06 |
|-------|--|--|--|

**Production Services**
P. O. Box 61207
Lafayette, LA 70596

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $114,034.50 |
|-------|--|--|--|

**QC Energy Resources, Inc.**
62660 Collections Center Dr.
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Water Hauling

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,588.56 |
|-------|--|--|--|

**Quinn Pumps**
P. O. Box 224667
Dallas, TX 75222

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,040.00 |
|-------|--|--|--|

**R.P.S. Cementing Co., LLC**
P. O. Box 176
Livonia, LA 70755

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $850.00 |
|-------|--|--|--|

**R360 Environmental Solut.**
3 Waterway Square Pl.
Suite 110
The Woodlands, TX 77380

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,282.37 |
|-------|--|--|--|

**RAM Woodbine Electric Co.**
P. O. Box 1925
Kilgore, TX 75663

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|--|--|--|

**Ram-Gear Manufacturing, Inc.**
c/o Giancarlo Nisimblat, Receiver
Nisimblat & Basart, P.L.L.C.
301 East Third St
Alice, TX 78333

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Receiver (Notice Only)

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Texas E&P Operating, Inc.** | Case number (if known) | **17-34386-sgj-11** |
|---|---|---|---|
|  | Name |  |  |

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,284.45 |
|---|---|---|---|

**Raymond's Welding &
Machine Shop, Inc.**
P. O. Box 148
Kamay, TX 76369

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37.88 |
|---|---|---|---|

**Ready Fresh**
P. O. Box 856680
Louisville, KY 40285

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $759.93 |
|---|---|---|---|

**Redwood Oil & Gas LLC**
307 Q. Woodlawn
Kilgore, TX 75662

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,599.30 |
|---|---|---|---|

**Regard Resources Co. Inc.**
555 Aero Dr.
Shreveport, LA 71107

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,365.00 |
|---|---|---|---|

**Regio Express Inc.**
822 Del Oro Lane
Pharr, TX 78577

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.92 |
|---|---|---|---|

**Rene H Tuthill Trust**
c/o J. Lee Sylvester Trustee
6211 East 74th
Tulsa, OK 74136

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Interest__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61,705.39 |
|---|---|---|---|

**Resource Rental Tools LLC**
P. O. Box 10047
New Iberia, LA 70562

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Texas E&P Operating, Inc.** | | Case number (if known) | **17-34386-sgj-11** |
|---|---|---|---|---|
| | Name | | | |

---

**3.244** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$948.00**

Richard J. Kossier
c/o Mark Hendrix, Attorney
2100 Ross Ave., Suite 2600
Dallas, TX 75201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.245** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,866.68**

Ricks Transportation SVCS
3436 West Pinhook Rd.
Lafayette, LA 70508

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.246** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,865.32**

Rio Oilfield Supplies, Inc.
P. O. Box 310
Mission, TX 78573

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.247** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.12**

Rita Mae Broussard Racca
1425 Elton Rd.
Jennings, LA 70546

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.248** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7.84**

Robert E. Houssiere Estate
Mereilyn C H Amsier Ind. Exec.
1000 Carousel Dr.
Bedford, TX 76021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.249** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.08**

Robert G Duhon Jr. &
Elisabeth L Duhon Trust
P. O. Box 3155
Spring, TX 77383

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.250** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.72**

Russell Wayne Koonce
1912 Ike St.
Lake Charles, LA 70605

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Royalty Interest**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Texas E&P Operating, Inc.** | | Case number (if known) | **17-34386-sgj-11** |
| | Name | | | |

---

**3.251** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,121.90**
--- | --- | --- | ---

**Sales Genie.Com**
P. O. Box 957742
Saint Louis, MO 63195

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.252** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10.45**

**Sandra Houssiere Patin**
P. O. Box 967
Jennings, LA 70546

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Royalty Interest__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.253** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,000.00**

**Scorpion Design Inc.**
P. O. Box 123498
Dallas, TX 75312

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.254** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$32.00**

**Secap Finance**
2225 American Dr.
Neenah, WI 54956

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.255** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$439.66**

**Shell**
P. O. Box 9001011
Louisville, KY 40290

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.256** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,640.00**

**Smarsh**
P. O. Box 505265
Saint Louis, MO 63150

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.257** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$24,872.31**

**Sonora West Minerals LLC**
2100 Lakeside
Suite 425
Richardson, TX 75082

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Texas E&P Operating, Inc.** | Case number (if known) | **17-34386-sgj-11** |
|---|---|---|---|
| | Name | | |

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $99.01 |
|---|---|---|---|

**South Western Electric
Power Company**
P. O. Box 24422
Canton, OH 44701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **0304**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $96.88 |
|---|---|---|---|

**Southwestern Electric
Power Company**
P. O. Box 24422
Canton, OH 44701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **W161**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,943.65 |
|---|---|---|---|

**Stallion Oilfield Svcs**
P. O. Box 842364
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,230.00 |
|---|---|---|---|

**Standford Truck Line**
P. O. Box 36
Iota, LA 70543

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

**Star Oilfield Services**
1861 Split Mountain
New Braunfels, TX 78133

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66,347.71 |
|---|---|---|---|

**Stellar Oilfield Rentals**
P. O. Box 22328
Houston, TX 77227

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.28 |
|---|---|---|---|

**Steve J. Dupuis Sr.**
P. O. Box 4425
Lafayette, LA 70502

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Texas E&P Operating, Inc.** | | | Case number (if known) | **17-34386-sgj-11** |
|---|---|---|---|---|---|
| | Name | | | | |

---

**3.265** | Nonpriority creditor's name and mailing address
STRC Oilfield Tech, LLC
327 N. Denton St.
Suite 100
Weatherford, TX 76086

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$19,742.09

---

**3.266** | Nonpriority creditor's name and mailing address
Superior Roustabout Const.
P. O. Box 278
Elkhart, TX 75839

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$11,703.00

---

**3.267** | Nonpriority creditor's name and mailing address
Supreme Service & Special
204 Industrial Ave. C
Houma, LA 70363

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$4,933.50

---

**3.268** | Nonpriority creditor's name and mailing address
SwabCo Inc.
P. O. Box 669
Levelland, TX 79336

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$20,474.92

---

**3.269** | Nonpriority creditor's name and mailing address
Tadlock Pipe & Rentals, Inc.
P. O. Box 16990
Lake Charles, LA 70616

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$15,915.32

---

**3.270** | Nonpriority creditor's name and mailing address
Team Oil Tools LP
P. O. Box 204532
Dallas, TX 75320

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$8,540.00

---

**3.271** | Nonpriority creditor's name and mailing address
Tervita Corp.
P. O. Box 840730
Dallas, TX 75284

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$405.40

---

| Debtor | **Texas E&P Operating, Inc.** | Case number (if known) | **17-34386-sgj-11** |
|---|---|---|---|
| | Name | | |

---

| 3.272 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$550.00** |

**Texas Alliance of Energy**
900 8th St
Suite 400
Wichita Falls, TX 76301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,160.84** |

**Texas Downhole Tools LLC**
164 Leeper Lane
Victoria, TX 77904

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,410.00** |

**Texas Gepopgoc Services**
P. O. Box 632
Giddings, TX 78942

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,860.56** |

**Texas Indp. Exploration Ltd.**
c/o Compass Bank
P. O. Box 674279
Dallas, TX 75267

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,940.38** |

**The J. W. Green Contractor**
201 Hwy 323 East
P. O. Box 400
Overton, TX 75684

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37,316.01** |

**Thomas Petroleum LLC**
P. O. Box 677289
Dallas, TX 75320

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Thru Tubing Solutions, Inc.**
c/o Dore' Law Group, P.C.
17171 Park Row, Ste 160
Houston, TX 77084

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Law suit filed 01/06/215 in 193rd Judicial District, Dallas County, TX, DC-15-00140; Thru Tubing Solutions, Inc. and Cudd Pressure Control, Inc. v Chestnut Exploration and Production, Inc. et al.**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Texas E&P Operating, Inc.** | Case number (if known) | **17-34386-sgj-11** |
|---|---|---|---|
| | Name | | |

---

**3.279** Nonpriority creditor's name and mailing address
**Total Pump & Supply LLC**
P. O. Box 548
Carencro, LA 70520

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$11,617.18

---

**3.280** Nonpriority creditor's name and mailing address
**Trident Steel Corporation**
12825 Flushing Meadows Dr.
Suite 110
Saint Louis, MO 63131

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Casing /Tubing**

Is the claim subject to offset? ■ No ☐ Yes

$185,964.93

---

**3.281** Nonpriority creditor's name and mailing address
**Triple "H" Engine Service**
P. O. Box 565
Lovington, NM 88260

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$1,487.27

---

**3.282** Nonpriority creditor's name and mailing address
**Triple J Oilfield Service**
P. O. Box 1665
Mission, TX 78573

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$27,490.00

---

**3.283** Nonpriority creditor's name and mailing address
**Triumph**
Dept 939
P. O. Box 4346
Houston, TX 77210

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$22,136.20

---

**3.284** Nonpriority creditor's name and mailing address
**Tube Tech Services**
P. O. Box 68
Scott, LA 70583

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$34,492.54

---

**3.285** Nonpriority creditor's name and mailing address
**Tubing Testers**
P. O. Box 655
Archer City, TX 76351

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$4,328.52

---

| Debtor | **Texas E&P Operating, Inc.** | Case number *(if known)* | **17-34386-sgj-11** |
|---|---|---|---|
| | Name | | |

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3.92 |
|---|---|---|---|

**Tuthill Properties LLC**
c/o Neil C Tuthill III
718 Heart D Farm Rd.
Youngsville, LA 70592

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,069.22 |
|---|---|---|---|

**Tyler Well Service Co.**
P. O. Box 504
Hobbs, NM 88241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,225.00 |
|---|---|---|---|

**U. S. Department of Homeland Security**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $871.19 |
|---|---|---|---|

**Unique Color Imaging, Inc.**
8720 Empress Row
Dallas, TX 75247

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,702.38 |
|---|---|---|---|

**Vanilla Soft**
5600 Tennyson Pkwy
Suite 365
Plano, TX 75024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $428.65 |
|---|---|---|---|

**Victoria Electric Corp.**
P. O. Box 2178
Victoria, TX 77902

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,187.32 |
|---|---|---|---|

**Victory Energy Services**
P. O. Box 1148
Eunice, NM 88231

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Texas E&P Operating, Inc.** | Case number (if known) | **17-34386-sgj-11** |
|---|---|---|---|
| | Name | | |

---

**3.293**

**Nonpriority creditor's name and mailing address**

**Vintage Services**
**174 W. Pursiane**
**Kilgore, TX 75662**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

$6,287.56

---

**3.294**

**Nonpriority creditor's name and mailing address**

**W L & M A Cain Family Ltd.**
**c/o Mary Agnes Cain**
**5914 Overdowns Dr.**
**Dallas, TX 75230**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Royalty Interest__

Is the claim subject to offset? ■ No  ☐ Yes

$0.64

---

**3.295**

**Nonpriority creditor's name and mailing address**

**Waste Management of Lake Charles**
**P. O. Box 9001054**
**Louisville, KY 40290**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

$440.17

---

**3.296**

**Nonpriority creditor's name and mailing address**

**WB Supply Company**
**P. O. Box 972856**
**Dallas, TX 75397**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

$40.49

---

**3.297**

**Nonpriority creditor's name and mailing address**

**Weatherford  Artificial Lift**
**Systems, Inc.**
**P. O. Box 301003**
**Dallas, TX 75303**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

$57,648.86

---

**3.298**

**Nonpriority creditor's name and mailing address**

**Weatherford Branch Plant**
**120 Fred Rd.**
**Lake Charles, LA 70615**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Oilfield Services__

Is the claim subject to offset? ■ No  ☐ Yes

$109,318.58

---

**3.299**

**Nonpriority creditor's name and mailing address**

**Weatherford US, LP**
**P. O. Box 200019**
**Houston, TX 77216**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Oilfield Services__

Is the claim subject to offset? ■ No  ☐ Yes

$89,137.06

---

| Debtor | Texas E&P Operating, Inc. | | |
|---|---|---|---|
| | Name | Case number (if known) | **17-34386-sgj-11** |

---

**3.300**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,689.73 |
|---|---|---|
| **Welibore Fishing & Rental**<br>c/o Gardere Wynne Sewell LLP<br>201 Main Street, Suite 2500<br>Fort Worth, TX 76102 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.301**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,687.42 |
|---|---|---|
| **Wex Bank**<br>P. O. Box 6293<br>Carol Stream, IL 60197 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.302**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,192.00 |
|---|---|---|
| **White Services**<br>P. O. Box 268<br>Smiley, TX 78159 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.303**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.81 |
|---|---|---|
| **William H. Evans**<br>4116 W Jevon Ln<br>Lake Charles, LA 70605 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Royalty Interest__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.304**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $661.20 |
|---|---|---|
| **Xpress Oilfield Services**<br>P. O. Box 5040<br>Longview, TX 75608 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.305**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,855.50 |
|---|---|---|
| **Ygriega Energy**<br>DBA Y-Oil Field Services<br>P. O. Box 250<br>La Blanca, TX 78558 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.306**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,961.30 |
|---|---|---|
| **Zedi US Inc.**<br>P. O. Box 51475<br>Lafayette, LA 70505 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

---

| Debtor | **Texas E&P Operating, Inc.** | Case number (if known) | **17-34386-sgj-11** |
| | Name | | |

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Dialog Wireline Services, LLC**<br>c/o Shane McGuire, Esq.<br>The McGuire Firm, PC<br>102 N. College Ave., Ste 1030<br>Tyler, TX 75702 | Line **3.78**<br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Internal Revenue Service**<br>c/o Leo Carey, Esq.<br>1100 Commerce<br>MC5027 DAL<br>Dallas, TX 75242 | Line **2.3**<br>☐ Not listed. Explain ____ | __ |
| 4.3 | **Kodiak Gas Services, LLC**<br>c/o John Thomas Oldham, Esq.<br>Okin & Adams, LLP<br>1113 Vine St., Suite 201<br>Houston, TX 77002 | Line **3.167**<br>☐ Not listed. Explain ____ | __ |
| 4.4 | **MKS Services, LLC**<br>c/o Martin R. Bennett, Esq.<br>Kugle, Skelton & Bennett, P. C.<br>130 E. Carsicana, Ste 302<br>Athens, TX 75751 | Line **3.196**<br>☐ Not listed. Explain ____ | __ |

| **Part 4:** | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 371,895.66 |
| 5b. Total claims from Part 2 | 5b. + | $ 7,753,177.06 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 8,125,072.72 |

| Fill in this information to identify the case: |
| --- |

Debtor name   **Texas E&P Operating, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)   **17-34386-sgj-11**

☐ Check if this is an amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases
**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

**1.    Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal       Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

2.1.    State what the contract or lease is for and the nature of the debtor's interest

       State the term remaining

       List the contract number of any government contract

**See Schedule G Exhibit - List of Contracts/Leases**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

| | A | B | C | D |
|---|---|---|---|---|
| 1 | Name of Company | Contract/Lease Purpose | Term/Amount Rem | Mailing Address |
| 2 | Transwestern | Office Space | 1/31/2019 | 5001 Spring Valley Rd, Ste 400W, Dallas, TX  75244 |
| 3 | Texican | Oil Purchase | Month to Month | 500 Dallas St. Ste 1150, Houston, TX 77002 |
| 4 | CIMA | Gas Purchase | Month to Month | 100 Waugh Dr Ste 500, Houston, TX  77007 |
| 5 | Kinder Morgan | Gas Purchase | Month to Month | 1001 Louisiana Ste 1000, Houston, TX  77002 |
| 6 | Enbridge G&P L.P. | Gas Purchase | Month to Month | 1100 Louisiana Ste 330, Houston, TX  77002 |
| 7 | Signal Hill Petroleum | Royalty Contract | Month to Month | 2901 Orange Ave, Long Beach, CA  90806 |
| 8 | Sunoco Logistics | Oil Purchase | Month to Month | One Fluor Daniel Drive, Building A, Level 3, Sugar Land, TX  7747 |
| 9 | East Texas Salt Water Disposal Company | Salt Water Disposal | Month to Month | 1209 Industrial Blvd., Kilgore, TX  75662 |
| 10 | CBS Radio | Marketing | 12/31/2017 | 4131 N. Central Expy Ste 500, Dallas, TX  75204 |
| 11 | Contego Solutions, L.L.C. | IT Services | Month to Month | 2211 Commerce St Ste 100, Dallas, TX  75201 |
| 12 | Archrock | Compression | Month to Month | 8193 Lone Tree Rd, Victoria, TX  77905 |
| 13 | TOCE Energy, L.L.C. | Salt Water Disposal | Month to Month | 969 Coolidge St, Lafayette, LA 70503 |
| 14 | Woodbrook Inc. | Surface Land Lease | 12/31/2020 | PO Box 3150, Lake Charles, LA 70602 |
| 15 | AT&T | Telecommunications | Month to Month | P. O. Box 537104, Atlanta, GA 30353 |
| 16 | AT&T | Telecommunications | Month to Month | P. O. Box 537104, Atlanta, GA 30353 |
| 17 | AT&T | Telecommunications | Month to Month | P. O. Box 537104, Atlanta, GA 30353 |
| 18 | Birch Communications | Internet/Telecommunications | | PO Box 105066, Atlanta, GA 330348 |
| 19 | Time Warner | Cable | Month to Month | PO Box 60074, City of Industry, CA 90716 |
| 20 | Traveler's Insurance | Insurance | 4/1/2018 | PO Box 660317, Dallas, TX 75266 |
| 21 | BlueCross BlueShield | Insurance | 11/30/2018 | PO Box 731428, Dallas, TX 75373 |
| 22 | Phoenix Copy Service | Office Copier | Month to Month | 3250 Towerwood Drive, Farmers Branch, TX 75234 |
| 23 | Leaf | Office Copier | Month to Month | P. O. Box 644006, Cincinnati, OH 45264 |
| 24 | Pitney Bowes | Office Postage | Month to Month | P.O. Box  371874, Pittsburgh, PA 15250 |
| 25 | Entergy Gulf States | Electricity | Month to Month | PO Box 8103, Baton Rouge, LA 70891 |
| 26 | Reliant | Electricity | Month to Month | PO Box 650475, Dallas, TX 75265 |
| 27 | Southwestern Electric | Electricity | Month to Month | P O Box 24422, Canton, OH 44701 |
| 28 | Southwestern Electric | Electricity | Month to Month | P O Box 24422, Canton, OH 44701 |
| 29 | Victoria Electric Coop | Electricity | Month to Month | P.O. Box 2178, Victoria, TX 77902 |
| 30 | Xcel Energy | Electricity | Month to Month | P. O. Box 9477, Minneapolis, MN 55484 |
| 31 | Ally *2254 | Vehicle Finance | $      25,830.31 | P. O. Box 9001952, Louisville, KY 40290 |
| 32 | Ally *9002 | Vehicle Finance | $      26,292.28 | P. O. Box 9001952, Louisville, KY 40290 |
| 33 | Chase Auto Finance *4704 | Vehicle Finance | $      12,042.42 | PO Box 9001801, Louisville, KY 40290 |
| 34 | Chase Auto Finance *1009 | Vehicle Finance | $        9,994.22 | PO Box 9001801, Louisville, KY 40290 |
| 35 | Mercury Communications | Telecommunications | | 3333 Earhart Drive Suite 250, Carrollton, TX 7500 |
| 36 | Verious | Operating Agreements | | |
| 37 | Texas E&P Funding | Agreement to transfer 50% working interest in two to drilled wells in Anderson County | | |
| 38 | | | | |

**Schedule G EX - Contract and Lease List  - Page 1 of 1**

**Fill in this information to identify the case:**

Debtor name __Texas E&P Operating, Inc.__

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) __17-34386-sgj-11__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1: Codebtor* — *Column 2: Creditor*

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Mark Plummer | 410 Ridgeview Dr. Richardson, TX 75080 | Endurance Lift Solutions, LLC | ☐ D ____ ☑ E/F ____ ☐ G ____ |
| 2.2 | Chestnut Land and Minerals, LLC | 2201 N. Central Expy., Suite 240 Richardson, TX 75080 | Prosperity Bank | ☑ D __2.23__ ☐ E/F ____ ☐ G ____ |
| 2.3 | Chestnut Lease Fund 1, LP | 2201 North Central Expy. Suite 240 Richardson, TX 75080 | Gulf Coast Tubulars, Inc. | ☑ D __2.13__ ☐ E/F ____ ☐ G ____ |
| 2.4 | Chestnut Production Fund II, LP | 2201 N. Central Expy., Suite 240 Richardson, TX 75080 | Summit ESP, LLC | ☑ D __2.31__ ☐ E/F ____ ☐ G ____ |
| 2.5 | Chestnut Production Fund II, LP | 2201 N. Central Expy., Suite 240 Richardson, TX 75080 | TEC Well Service, LLC | ☑ D __2.33__ ☐ E/F ____ ☐ G ____ |

| Debtor | **Texas E&P Operating, Inc.** | | Case number *(if known)* | **17-34386-sgj-11** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                          *Column 2:* **Creditor**

| 2.6 | Chestnut Rig, Inc. | 2201 N. Central Expy., Suite 240 Richardson, TX 75080 | Prosperity Bank | ■ D 2.23 ☐ E/F ____ ☐ G ____ |
|---|---|---|---|---|
| 2.7 | Mark Plummer | 410 Ridgeview Dr. Richardson, TX 75080 | Prosperity Bank | ■ D 2.23 ☐ E/F ____ ☐ G ____ |
| 2.8 | Mark Plummer | 410 Ridgeview Dr. Richardson, TX 75080 | Archrock Services, L.P. | ☐ D ____ ■ E/F ____ ☐ G ____ |
| 2.9 | Mark Plummer | 410 Ridgeview Dr. Richardson, TX 75080 | Blueline Rental, LLC | ☐ D ____ ■ E/F ____ ☐ G ____ |
| 2.10 | Mark Plummer | 410 Ridgeview Dr. Richardson, TX 75080 | Endurance Lift Solutions, LLC | ☐ D ____ ■ E/F 3.93 ☐ G ____ |
| 2.11 | Mark Plummer | 410 Ridgeview Dr. Richardson, TX 75080 | Archrock Services, L.P. | ☐ D ____ ■ E/F 3.20 ☐ G ____ |
| 2.12 | Plummer Exploration, Inc. | 2201 N. Central Expy., Suite 240 TX 75800 | Prosperity Bank | ■ D 2.23 ☐ E/F ____ ☐ G ____ |
| 2.13 | Texas E&P Funding, Inc. | 2201 North Central Expy. Suite 240 Richardson, TX 75080 | Gulf Coast Tubulars, Inc. | ■ D 2.13 ☐ E/F ____ ☐ G ____ |

| Debtor | **Texas E&P Operating, Inc.** | | Case number *(if known)* | **17-34386-sgj-11** |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                           *Column 2:* **Creditor**

2.14 **Texas E&P**          2201 N. Central Expy., Suite 240          **Prosperity Bank**          ■ D  __2.23__
     **Funding, Inc.**      Richardson, TX 75080                                                  ☐ E/F _____
                                                                                                  ☐ G _____

2.15 **Texas E&P Well**     2201 N. Central Expy., Suite 240          **Prosperity Bank**          ■ D  __2.23__
     **Service, LLC**       Richardson, TX 75080                                                  ☐ E/F _____
                                                                                                  ☐ G _____

**Fill in this information to identify the case:**

Debtor name    **Texas E&P Operating, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **17-34386-sgj-11**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 14, 2017**        X /s/ Mark A. Plummer
                                            Signature of individual signing on behalf of debtor

                                            **Mark A. Plummer**
                                            Printed name

                                            **President**
                                            Position or relationship to debtor

Official Form 202                **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy