UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

Texas E&P Operating Inc.
Case No. 17-34386-sgj-11

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMER REGARDING DEBTOR'S SCHEDULES AND STATEMENTS**

General
The Schedules of Assets and Liabilities (collectively, the "_Schedules_") and the Statements of Financial Affairs (collectively, the "_Statements_" and, together with the Schedules, the "_Schedules and Statements_") filed by Texas E&P Operating Inc., debtor in possession (the "_Debtor_") in this Chapter 11 case (the "_Chapter 11 Case_") pending in the United States Bankruptcy Court for the Northern District of Texas (the "_Bankruptcy Court_") were prepared, pursuant to section 521 of Chapter 11 of title 11 of the United States Code (the "_Bankruptcy Code_") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "_Bankruptcy Rules_"), by management of the Debtor, with the assistance of the Debtor's counsel, and are unaudited. While the Debtor's management has made every reasonable effort to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances, based on information that was available to it at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and Statements, and inadvertent errors or omissions may have occurred. As the Schedules and Statements contain unaudited information, which is subject to further review, verification, and potential adjustment, there can be no assurance that these Schedules and Statements are complete. The Debtor reserve all rights to amend the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or otherwise assert offsets or defenses to any claim reflected in the Schedules and Statements as to amount, liability, or classification, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to these Chapter 11 Case, including, but not limited to, issues involving substantive consolidation, equitable subordination and/or causes of action arising under the provisions of Chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers.

The Schedules and Statements have been signed by Mark Plummer, President and CEO of the Debtor. In reviewing and signing the Schedules and Statements, Mr. Plummer necessarily relied upon the efforts, statements, and representations of the Debtor's other personnel and professionals. Mr. Plummer has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors, classification of such amounts, and their addresses. The Debtor's production, finance, and accounting systems were primarily designed and used to manage and track oil and gas production with a secondary focus on the creation of financial statements.

These Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding the Debtor's Schedules and Statements (the "_Global Notes_") are incorporated by reference in, and comprise an integral part of, the Schedules and Statements, and should be referred to and considered in connection with any review of the Schedules and Statements.

In the event that the Schedules and Statements differ from the Global Notes, the Global Notes shall control.

**Description of the Cases**
On November 29, 2017 (the "_Petition Date_"), the Debtor filed a voluntary petition for relief under the Bankruptcy Code in the Bankruptcy Court. The Debtor continues to operate its business and manage its properties as Debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The Debtor's fiscal year ends on December 31. All asset information, except where otherwise noted, is as of November 30, 2017. The liability information, except where otherwise noted, is as of the close of business on November 28, 2017. All bank cash balances are as of the Petition Date. All YTD 2017 revenue is reflected as of 2017.

### Basis of Presentation
These Schedules and Statements do not purport to represent financial statements prepared in accordance with GAAP nor are they intended to fully reconcile to the financial statements prepared by the Debtor. Information contained in the Schedules and Statements has been derived from the Debtor's books and records and historical financial statements. Debtor accounts for its oil and gas interests under the full cost method. As such, Debtor has presented its oil and gas interests as real property, net of dispositions, depletion and ceiling test impairments. The fair market value of real and personal property may vary materially from the value presented herein.

### Current Market Value and Net Book Value
In many instances, current market valuations are neither maintained by nor readily ascertainable by the Debtor. It would be prohibitively expensive and unduly burdensome to obtain current market valuations of the Debtor's property interests that are not maintained or readily ascertainable. Accordingly, unless otherwise indicated, the Schedules and Statements reflect either the net book values or the Debtor's estimate of values as of November 29, 2017, rather than current market values, of the Debtor's assets as of November 30, 2017 and may not reflect the net realizable value. For this reason, amounts ultimately realized will vary, potentially materially, from the value set forth in the Schedules. Additionally, the amount of certain assets and liabilities may be "undetermined," and, thus, ultimate assets and liabilities may differ materially from those stated in the Schedules and Statements.

### Amendment
Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtor reserves all rights to amend and/or supplement the Schedules and Statements from time to time as is necessary and appropriate.

### Causes of Action
Despite its reasonable efforts to identify all known assets, the Debtor may not have listed all of its causes of action or potential causes of action against third parties as assets in their Schedules and Statements, including, but not limited to, avoidance actions arising under Chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets. The Debtor reserves all of its rights with respect to any claims, causes of action, or avoidance actions they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of actions, or avoidance actions or in any way prejudice or impair the assertion of such claims.

### Recharacterization
The Debtor has made reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements. However, due to the complexity and size of the Debtor's business, the Debtor may have improperly characterized, classified, categorized, or designated certain items. The Debtor thus reserves all of its rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as necessary or appropriate as additional information becomes available.

### Claim Description
Any failure to designate a claim in the Schedules and Statements as "contingent," "unliquidated, or "disputed" does not constitute an admission by the Debtor that such claim or amount is not "contingent," "unliquidated," or "disputed." The Debtor reserves all of its rights to dispute, or to assert offsets or defenses to, any claim reflected on their Schedules or Statements on any grounds, including, but not limited to, amount, liability, priority, status, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed." Moreover, the Debtor reserve all of its rights to amend the Schedules and Statements as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

### Bankruptcy Court Orders
Pursuant to certain orders of the Bankruptcy Court entered in the Debtor's Chapter 11 Case, the Debtor was authorized (but not directed) to pay, among other things, certain prepetition claims of employees, taxing authorities, and certain other prepetition creditors. Accordingly, these liabilities may have been or may be satisfied in accordance with such orders and therefore generally are not listed in the Schedules and Statements.

**Valuation**
It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtor to obtain current market valuations of all of its assets. Accordingly, unless otherwise indicated, the Debtor has used estimated values as of November 29, 2017 in the Schedules and Statements. Exceptions to this include operating cash. Operating cash is presented at bank balances as of the Petition Date. Amounts ultimately realized may vary from estimated value (or whatever value was ascribed) and such variance may be material. Accordingly, the Debtor reserves all of its rights to amend or adjust the value of each asset set forth herein.

**Dates**
The information provided herein, except as otherwise noted, represents the asset data of the Debtor as of November 29, 2017.

**Contingent Assets**
The Debtor believes that it may possess certain claims and causes of action against various parties. Additionally, the Debtor may possess contingent claims in the form of various avoidance actions it could commence under the provisions of Chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws. The Debtor, despite reasonable efforts, may not have set forth all of their causes of action against third parties as assets in their Schedules and Statements. The Debtor reserves all of its rights with respect to any claims, causes of action, or avoidance actions they may have and nothing contained in these Global Notes or the Schedules and Statements shall be deemed a waiver of any such claims, avoidance actions, or causes of action or in any way prejudice or impair the assertion of such claims.

**Estimates**
To prepare and file the Schedules on or before December 14, 2017, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities.

**Fiscal Year**
The Debtor's fiscal year ends on December 31.

**Currency**
Unless otherwise indicated, all amounts are reflected in U.S. dollars.

**Totals**
All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements.

**Fill in this information to identify the case:**

Debtor name: Texas E&P Operating, Inc.

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known): 17-34386-sgj-11

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

1. **Gross revenue from business**

    ☐ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
    |---|---|---|
    | From the beginning of the fiscal year to filing date:<br>From 1/01/2017 to Filing Date | ■ Operating a business<br>☐ Other | $1,664,345.20 |
    | For prior year:<br>From 1/01/2016 to 12/31/2016 | ■ Operating a business<br>☐ Other | $3,991,082.74 |
    | For year before that:<br>From 1/01/2015 to 12/31/2015 | ■ Operating a business<br>☐ Other | $2,268,476.80 |

2. **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☐ None.

    | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
    |---|---|---|
    | From the beginning of the fiscal year to filing date:<br>From 1/01/2017 to Filing Date | Interest/Royalties | $24,938.77 |
    | For prior year:<br>From 1/01/2016 to 12/31/2016 | Interest/Royalties | $1,423.59 |
    | For year before that:<br>From 1/01/2015 to 12/31/2015 | Interest/Royalties | $805.20 |

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

Debtor    Texas E&P Operating, Inc.                                          Case number *(if known)* 17-34386-sgj-11

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|---|
   | 3.1. | See Exhibit SoFA #3 Payments (90 Days) | | $247,623.87 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

   | | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|---|
   | 4.1. | Mark Plummer<br>410 Ridgeview Dr.<br>Richardson, TX 75080<br>President, CEO and Owner | 02/15/2017 | $17,656.00 | Transfer of Vehicle Title |
   | 4.2. | Mark Plummer<br>410 Ridgeview Dr.<br>Richardson, TX 75080 | See Exhibit SoFA #4 Payments (1 yr) | $459,393.86 | Payments to Prosperity Bank |
   | 4.3. | Mark Plummer<br>410 Ridgeview Dr.<br>Richardson, TX 75080 | See Exhibit SoFA #4 Expense Reimbursements | $6,617.71 | Expense Reimbursements |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

   | Creditor's name and address | Describe of the Property | Date | Value of property |
   |---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☐ None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   |---|---|---|---|

| Debtor | Texas E&P Operating, Inc. | | Case number (if known) | 17-34386-sgj-11 |

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Prosperity Bank<br>1330 S. Harvard Ave., Suite 1<br>Tulsa, OK 74112 | Swept available funds from account #XXX-5045<br>Last 4 digits of account number: ____ | | $5,259.91 |

## Part 3: Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

   | | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
   |---|---|---|---|---|
   | 7.1. | See Exhibit SoFA #7 Legal Actions | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☐ None

   | Custodian's name and Address | Describe the property | Value |
   |---|---|---|
   | Dialog Wireline Services, L.L.C.<br>c/o Shane McGuire<br>The McGuire Firm, PC<br>305 S. Broadway, Ste 504<br>Tyler, TX 75702 | Receivership appointed 12/21/2015; receiver seized monies due to debtor; and seized Dallas Cowboys season tickets. | $120,903.07 |
   | | **Case title**<br>Dialog Wireline Services, L.L.C. v Chest<br>**Case number**<br>DCCV15-216-3<br>**Date of order or assignment**<br>12/21/2015 | **Court name and address**<br>District Court of Anderson County TX<br>3rd Judicial District Court<br>500 N. Church St., Rm 18<br>Palestine, TX 75801 |
   | **Custodian's name and Address**<br>Petroleum Producing Services, LLC<br>c/o Giancarlo Nisimblat<br>Nisimblat & Basart, PLLC<br>P. O. Box 4154<br>Alice, TX 78333 | **Describe the property**<br>Receivership appointed 08/23/2017; receiver seized monies due to debtor; seized Dallas Cowboys individual tickets for 1 game. | **Value**<br>$204,158.00 |
   | | **Case title**<br>Petroleum Producing Services, LLC v Ches<br>**Case number**<br>15-06-54726-CV<br>**Date of order or assignment**<br>08/23/2017 | **Court name and address**<br>In the County Court at Law,<br>Jim Wells County, Texas<br>P. O. Box 1459<br>Alice, TX 78333 |

Debtor   Texas E&P Operating, Inc.                                           Case number (if known) 17-34386-sgj-11

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| Ram-Gear Manufacturing, Inc.<br>c/o Giancarlo Nisimblat<br>Nisimblat & Basart, PLLC<br>P. O. Box 4154<br>Alice, TX 78333 | Receivership appointed 08/23/2017; receiver seized monies due debtor; seized Dallas Cowboys individual tickets. | $73,720.00 |
| | Case title<br>Ram-Gear Manufacturing, Inc. v Chestnut<br>Case number<br>15-06-54756-CV<br>Date of order or assignment<br>08/23/2017 | Court name and address<br>In the County Court at Law<br>Jim Wells County, TX<br>P. O. Box 1459<br>Alice, TX 78333 |

## Part 4: Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

   ■ None

   | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   |---|---|---|---|

## Part 5: Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

    ■ None

    | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
    |---|---|---|---|

## Part 6: Certain Payments or Transfers

11. Payments related to bankruptcy
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

    | | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
    |---|---|---|---|---|
    | 11.1. | Richard Goldenberg<br>18 Audubon Place<br>New Orleans, LA 70118 | | | $30,000.00 |
    | | Email or website address | | | |
    | | Who made the payment, if not debtor? | | | |

Debtor   Texas E&P Operating, Inc.                                                    Case number (if known)  17-34386-sgj-11

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | McGuire, Craddock & Strother, P.C. 2501 N. Harwood, Suite 1800 Dallas, TX 75201 | For payment to Capital Services for lien searches in TX, LA & NM | 10/06/2017 | $7,244.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? Texas E&P Funding, Inc. | | | |
| 11.3. | McGuire, Craddock & Strother, P.C. 2501 N. Harwood, Suite 1800 Dallas, TX 75201 | Retainer $100,000 and filing fee $1,717 | 11/28/2017 | $101,717.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? Texas E&P Funding, Inc. | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

    | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
    |---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

    | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
    |---|---|---|---|

**Part 7:   Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

    | Address | | Dates of occupancy From-To |
    |---|---|---|

**Part 8:   Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

Debtor  Texas E&P Operating, Inc.                                     Case number (if known) 17-34386-sgj-11

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

16. Does the debtor collect and retain personally identifiable information of customers?

☐ No.
■ Yes. State the nature of the information collected and retained.

**Royalty - Working Interest Payments: name, address, phone, email, and SSN/EIN**

Does the debtor have a privacy policy about that information?
■ No
☐ Yes

17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

  ☐ No Go to Part 10.
  ■ Yes. Fill in below:
  
  Name of plan                                      Employer identification number of the plan
  **Chestnutt Exploration 401(K) Plan**             EIN: **75-2558350**
  
  Has the plan been terminated?
  ■ No
  ☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Bank of Texas<br>P. O. Box 29775<br>Dallas, TX 75229 | XXXX-9567 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | 06/30/2017 | $3,544.73 |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor    Texas E&P Operating, Inc.                                    Case number *(if known)* 17-34386-sgj-11

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |

### Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

### Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☐ No.
■ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| Railroad Commission of Texas v. Chestnut Exploration and Production, Inc. Oil and Gas Docket Nos. 04-299463; | Railroad Commission of Texas 1701 N. Congress Ave. Austin, TX 78711 | Case Nos. cont. 6E-099578; 04-0300744 Nature: Enforcement actions for statewide rule violations | ☐ Pending ☐ On appeal ■ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

| Debtor | Texas E&P Operating, Inc. | Case number (if known) | 17-34386-sgj-11 |
|---|---|---|---|

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

### Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | Dates business existed |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | Braden Tingle<br>2037 Michelle Creek Dr.<br>Little Elm, TX 75068 | 05/20/2013 to<br>04/01/2016 |
| 26a.2. | Sharon Swaney<br>1701 Royal Lane #6208<br>Dallas, TX 75229 | 04/04/2016 to<br>06/15/2016 |
| 26a.3. | Kelsey Taylor<br>2320 Canton St., Apt. 1131<br>Dallas, TX 75201 | 04/01/2015 to<br>Present |
| 26a.4. | Hazel Hu<br>732 Melrose Dr.<br>Richardson, TX 75080 | 06/13/2016 to<br>07/31/2017 |
| 26a.5. | Yunfei Shan<br>2425 Greenwich Dr.<br>Carrollton, TX 75006 | 06/30/2017 to<br>Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.1. | Moss Adams<br>8750 N. Central Expy., Suite 300<br>Dallas, TX 75231 | 2005 to Present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

Debtor   Texas E&P Operating, Inc.                                                Case number (if known) 17-34386-sgj-11

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Texas E&P Operating, Inc.<br>2201 N. Central Expy., Suite 240<br>Richardson, TX 75080 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

Name and address

| 26d.1. | Prosperity Bank<br>c/o John Hodge & R. Joseph Naus, Esqs.<br>Wiener, Weiss & Madison, P.C.<br>P. O. Box 21990<br>Shreveport, LA 71120 |
|---|---|
| 26d.2. | Proposed Lenders:<br>See Exhibit SoFA EX #26d.2 - Lenders |
| 26d.3. | Judgment Creditors:<br>(See Schedule D for Judgment Creditors) |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mark Plummer | 410 Ridgeview Dr.<br>Richardson, TX 75080 | President, CEO and Owner | 100 |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

Debtor   Texas E&P Operating, Inc.                                   Case number (if known) 17-34386-sgj-11

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | Mark Plummer<br>410 Ridgeview Dr.<br>Richardson, TX 75080 | $270,000.00 | 11/30/2016 to 11/29/2017 | Salary |
| | Relationship to debtor<br>President, CEO and Owner | | | |

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

Name of the parent corporation                                    Employer Identification number of the parent corporation

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

Name of the parent corporation                                    Employer Identification number of the parent corporation

## Part 14: Signature and Declaration

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    December 14, 2017

/s/ Mark A. Plummer                                         Mark A. Plummer
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor    President

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

|   | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | creditor name | | address | | dates of payment | | | total amount |
| 2 | CBS Radio Stations | P.O. Box 730224 | | | 9/22/2017 | | | 7,000.00 |
| 3 | | Dallas, TX 75373 | | | 9/29/2017 | | | 7,000.00 |
| 4 | | | | | 10/2/2017 | | | 7,000.00 |
| 5 | | | | | 10/13/2017 | | | 7,000.00 |
| 6 | | | | | 11/20/2017 | | | 3,500.00 |
| 7 | | | | | 11/16/2017 | | | 1,750.00 |
| 8 | | | | | 11/27/2017 | | | 7,000.00 |
| 9 | | | | | | | | 40,250.00 |
| 10 | | | | | | | | |
| 11 | Contego Solutions, L.L.C. | 2211 Commerce Street, Ste 100 | | | 10/18/2017 | | | 8,062.33 |
| 12 | | Dallas, TX 75201 | | | 11/30/2017 | | | 2,498.81 |
| 13 | | | | | 11/30/2017 | | | 2,885.82 |
| 14 | | | | | | | | 13,446.96 |
| 15 | | | | | | | | |
| 16 | Jett Testers | 703 Alice Street | | | 10/20/2017 | | | 3,100.00 |
| 17 | | Jennings, LA 70546 | | | 10/27/2017 | | | 3,100.00 |
| 18 | | | | | 11/13/2017 | | | 3,100.00 |
| 19 | | | | | 11/22/2017 | | | 3,100.00 |
| 20 | | | | | | | | 12,400.00 |
| 21 | | | | | | | | |
| 22 | Krage & Janvey | 2100 Ross Avenue, Suite 2600 | | | 9/26/2017 | | | 20,000.00 |
| 23 | | Dallas, TX 75201 | | | 11/6/2017 | | | 10,000.00 |
| 24 | | | | | 11/8/2017 | | | 10,000.00 |
| 25 | | | | | | | | 40,000.00 |
| 26 | | | | | | | | |
| 27 | L&B Oil and Gas | P.O. Box 3054 | | | 9/27/2017 | | | 4,226.00 |
| 28 | | Mission, TX 78573 | | | 11/3/2017 | | | 4,566.00 |
| 29 | | | | | | | | 8,792.00 |
| 30 | | | | | | | | |
| 31 | | | | | | | | |
| 32 | McQ Media Inc. | 1501 South Loop 288 | | | 9/25/2017 | | | 4,000.00 |
| 33 | | Suite 104 - PMB 312 | | | 10/3/2017 | | | 5,000.00 |
| 34 | | Denton, TX 76205 | | | 11/13/2017 | | | 2,000.00 |
| 35 | | | | | 11/27/2017 | | | 5,000.00 |
| 36 | | | | | | | | 16,000.00 |
| 37 | | | | | | | | |
| 38 | | | | | | | | |
| 39 | Odessa Pumps | 1108 Albrad St, Suite B | | | 10/30/2017 | | | 784.81 |
| 40 | | Pharr, TX 78577 | | | 11/6/2017 | | | 609.45 |
| 41 | | | | | 11/13/2017 | | | 6,491.75 |
| 42 | | | | | | | | 7,886.01 |
| 43 | | | | | | | | |
| 44 | Reliant | PO BOX 3765 | | | 10/30/2017 | | | 17,010.60 |
| 45 | | Houston, TX 77253 | | | 11/6/2017 | | | 13,655.30 |
| 46 | | | | | | | | 30,665.9 |
| 47 | | | | | | | | |
| 48 | Railroad Commission of Texas | 1701 N Congress Ave | | | 12/1/2017 | | | 78,183.00 |
| 49 | | Austin, TX 78711 | | | | | | 78,183.0 |

**SoFA Exhibit #3 Payments (90 days) - Page 1 of 1**

|    | A          | B                            | C            |
|----|------------|------------------------------|--------------|
| 1  | Date       | Description                  | Amount       |
| 2  | 9/18/2017  | Pay First Check F            | (5,259.91)   |
| 3  | 6/27/2017  | Pay First Check F            | (7,976.86)   |
| 4  | 5/30/2017  | Pay First Check F            | (19,284.88)  |
| 5  | 5/25/2017  | Pay First Check F            | (36,957.45)  |
| 6  | 5/10/2017  | Force Pay Debit 2011630290   | (509.21)     |
| 7  | 4/26/2017  | Pay First Check F            | (24,006.43)  |
| 8  | 4/25/2017  | Pay First Check F            | (48,075.97)  |
| 9  | 3/29/2017  | Pay First Check F            | (24,971.49)  |
| 10 | 3/28/2017  | Pay First Check F            | (32,758.75)  |
| 11 | 3/23/2017  | Pay First Check F            | (69,180.64)  |
| 12 | 2/27/2017  | Force Pay Debit              | (33,007.37)  |
| 13 | 2/24/2017  | Force Pay Debit              | (42,874.68)  |
| 14 | 2/6/2017   | Transfer Withdrawal F        | (84,010.22)  |
| 15 | 2/3/2017   | Force Pay Debit 2088836550   | (1,000.00)   |
| 16 | 1/30/2017  | Force Pay Debit              | (3,520.00)   |
| 17 | 1/4/2017   | Transfer Withdrawal F        | (15,000.00)  |
| 18 | 12/6/2016  | Pay First Check F            | (5,000.00)   |
| 19 | 11/30/2016 | Transfer Withdrawal F        | (6,000.00)   |
| 20 |            | Total                        | (459,393.86) |
| 21 |            |                              |              |

**SoFA Exhibit #4 Payments (1yr) - Page 1 of 2**

Texas E&P Operating, Inc.

Invoices Paid

By Check Date from 11/29/2016 to 11/29/2017                    Date: 12/13/2017

For Selected Vendors

| Number | | Invoice Date | Original Amt | Due Date | Disc Amt | Disc Date | Net Due | Check Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| MARKPLUM | Mark Plummer | | | | | | | | | |
| 011817 | | 1/18/2017 | 750.00 | 1/18/2017 | 0.00 | 1/18/2017 | 0.00 | 10169 | 1/18/2017 | 750.00 |
| 012717 | | 1/27/2017 | 833.71 | 1/27/2017 | 0.00 | 1/27/2017 | 0.00 | 10177 | 1/27/2017 | 833.71 |
| 042617 | | 4/26/2017 | 5,034.00 | 4/26/2017 | 0.00 | 4/26/2017 | 0.00 | 532 | 4/26/2017 | 5,034.00 |
| Vendor Totals: | | | 6,617.71 | | 0.00 | | 0.00 | | | 6,617.71 |
| Report Totals: | | | 6,617.71 | | 0.00 | | 0.00 | | | 6,617.71 |

Copyright Avatar Systems Inc.                                              Page No 1
1-800-490-0055  www.avatarsystems.net

**SoFA Exhibit #4 Payments (1yr) - Page 2 of 2**

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Status Code | Original Petition Date | Per Capitol Services | Current Status | Company | Named Party | Cause No. | Jurisdiction | Court |
| 2 | Suit | 3/29/2017 | Suit | Pending | SJ Oilfield Services, LLC | Chestnut Exploration and Production, Inc. | 12996 | Anderson County | CCL |
| 3 | Suit | 7/5/2017 | | | BlueLine Rental, LLC | Texas E&P Operating, Inc. f/k/a Chestnut Exploration and Production, Inc. d/b/a Chestnut Exploration & Production, Inc. f/k/a Chestnut Petroleum, Inc. and Mark Plummer a/k/a Mark Allan Plummer a/k/a Mark Allen Plummer | 2017-004034-1 | Tarrant County | CCL1 |
| 4 | Suit | 7/18/2017 | | | BSC Rod Lift Solutions, LLC | Texas E&P Operating, Inc. and Mark Plummer, Guarantor, Jointly and Severally Liable | DC-17-08564 | Dallas County | 298 DC |
| 5 | Suit | 7/13/2017 | | | Chestnut Production Fund IV, LP and Stephen Robinson | Texas E&P Operating, Inc., Texas E&P Funding, Inc., Texas E&P Partners, Inc., and Mark Plummer | DC-17-08359 | Dallas County | 101st DC |
| 6 | Suit | 3/28/2017 | | | CSI Compressco LP | Texas E&P Operating, Inc. d/b/a Chestnut Exploration and Production, Inc. | | Jackson County | |
| 7 | Suit | 2/14/2017 | | | Flatrock Compression, Ltd. | Chestnut Exploration and Production, Inc. | CC-17-00812-B | Dallas County | CCL2 |
| 8 | Suit | 6/13/2017 | Suit | Pending | Globe Energy Services, LLC | Chestnut Exploration, Inc. | 2017-CV-0185-A | Willacy County | 197th DC |
| 9 | Settlement | 6/23/2017 | | Settled | Michael Alan Olson d/b/a IC Apiary | Texas E&P Operating, Inc. d/b/a Chestnut Exploration & Production, Inc. | CIV1-18353 | Victoria County | CCL1 |
| 10 | Suit | 1/26/2017 | | | National Oilwell DHT LP | Texas E&P Operating, Inc. d/b/a Chestnut Exploration & Production, Inc. | 1088571 | Harris County | CCL4 |
| 11 | Suit | 2/17/2017 | Suit | Pending | Patco Completion Services, Inc. | Texas E&P Operating, Inc. | 2017-674 E | Calcasieu Parish | 14th DC |
| 12 | Suit | 1/6/2017 | | | Tadlock Pipe & Rentals, Inc. | Texas E&P Operating, Inc. | DC-17-00185 | Dallas County | 193rd DC |
| 13 | Suit | 4/26/2017 | | | Thomas Services LA, LLC | Texas E&P Operating, Inc. | 2017-002596-2 | Tarrant County | CCL2 |
| 14 | | | | | | | | | |

**SoFA Exhibit #7 Legal Actions - Page 1 of 1**

|   | A | B |
|---|---|---|
| 1 | Name | Address |
| 2 | Maison Placements Canada, Inc. | 130 Adelaid St West Ste 2116, Toronto, Canada MSH 3PS |
| 3 | Richard Goldenberg | 18 Audobon Place, New Orleans, LA  70118 |
| 4 | Force 10 Partners | 20341 SW Birch Ste 220, Newport Beach, CA  92660 |
| 5 | Arena Investors L.P. | 405 Lexington Ave 59th Floor, New York, New York  10174 |
| 6 | Arent Fox L.L.P. | 1675 Broadway, New York, New York  10019 |
| 7 | Casimir Capital L.P. | 15 Valley Dr, Greenwich, CT  06831 |
| 8 | VFI Corporate Finance | 6340 South 3000 East 4th Floor, Salt Lake City, UT  84121 |

**SoFA Exhibit #26d.2 Proposed Lenders - Page 1 of 1**