FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

| Case No: | 17-34386 | SGJ | Judge: STACEY G. JERNIGAN | Trustee Name: | ROBERT YAQUINTO, JR., TRUSTEE |
| Case Name: | TEXAS E&P OPERATING, INC. | | | Date Filed (f) or Converted (c): | 07/27/18 (c) |
| | | | | 341(a) Meeting Date: | 09/04/18 |
| For Period Ending: 07/28/22 | | | | Claims Bar Date: | 05/16/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Non Op Revenue Interests *EXACT VALUE UNKNOWN. VALUE FOR UST PURPOSES | 0.00 | 630,000.00 | | 617,381.12 | 12,618.88 |
| 2. Balance of DIP Frost Bank Revenue Acct -Chapter 11 | 0.00 | 50,785.38 | | 50,785.38 | FA |
| 3. Balance of DIP Frost Bank Operating Acct Chapter11 | 0.00 | 148,586.16 | | 148,586.16 | FA |
| 4. Sale of Gillis English Bayou Field, LA - Chapter11 | 0.00 | 50,000.00 | | 481,000.00 | FA |
| 5. Enetergy Louisiana, LLC Credit Refund | 0.00 | 1,737.80 | | 1,737.80 | FA |
| 6. Post-Petition Interest Deposits - Accts do not bear interest | 0.00 | 0.00 | | 0.00 | FA |
| 7. Adversary Settlement - Adv 18-3061 (u) | 0.00 | 89,038.45 | | 89,038.45 | FA |
| 8. INSURANCE REFUND FROM USI SOUTHWEST (u) REFUND | 0.00 | 4,618.00 | | 10,684.00 | FA |
| 9. Possible Avoidance Actions (u) * preference/avoidance claims value is estimated with settlement negotiations ongoing. value could be more but currently unknown. | 0.00 | 75,000.00 | | 66,000.00 | 9,000.00 |
| 10. TRANSFER IN FROM FORMER CH 7 TRUSTEE (u) | 0.00 | 656,522.27 | | 656,522.27 | FA |
| 11. RLI BOND INSURANCE REFUND (u) | 0.00 | 612,000.00 | | 612,000.00 | FA |
| 12. PROCEEDS FROM SALE OF WELL TUBING/RODS (u) | 0.00 | 29,825.04 | | 115,715.80 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $0.00     $2,348,113.10     $2,849,450.98     $21,618.88

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRIAL IN CBS COMPLETED AND AWAITING RULING.  TRIAL SETTING AGAINST MARK PLUMMER SET FOR DECEMBER, 2022.  KRAGE & JANVEY
TRIAL ABATED TO AUGUST 31, 2022..  ESTIMATED DATE OF CLOSING IS 05/31/2023.

Initial Projected Date of Final Report (TFR): 03/01/20     Current Projected Date of Final Report (TFR): 05/31/23

LFORM1     Ver: 22.06b

**FORM 1**
Case 17-34386-sgj7 Doc 445 Filed 07/28/22 Entered 07/28/22 13:36:46 Desc Main
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
Document Page 2 of 2
ASSET CASES
Page: 2

| | | |
|---|---|---|
| Case No: | 17-34386 SGJ Judge: STACEY G. JERNIGAN | Trustee Name: ROBERT YAQUINTO, JR., TRUSTEE |
| Case Name: | TEXAS E&P OPERATING, INC. | Date Filed (f) or Converted (c): 07/27/18 (c) |
| | | 341(a) Meeting Date: 09/04/18 |
| | | Claims Bar Date: 05/16/19 |