FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

| Case No: | 17-34386 | SGJ | Judge: STACEY G. JERNIGAN | Trustee Name: | ROBERT YAQUINTO, JR., TRUSTEE |
| --- | --- | --- | --- | --- | --- |
| Case Name: | TEXAS E&P OPERATING, INC. | | | Date Filed (f) or Converted (c): | 07/27/18 (c) |
| | | | | 341(a) Meeting Date: | 09/04/18 |
| For Period Ending: | 12/31/22 | (5th reporting period for this case) | | Claims Bar Date: | 05/16/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Non Op Revenue Interests | 0.00 | 775,000.00 | | 755,355.07 | 19,644.93 |
| *EXACT VALUE UNKNOWN.  VALUE FOR UST PURPOSES | | | | | |
| 2. Balance of DIP Frost Bank Revenue Acct -Chapter 11 | 0.00 | 50,785.38 | | 50,785.38 | FA |
| 3. Balance of DIP Frost Bank Operating Acct Chapter11 | 0.00 | 148,586.16 | | 148,586.16 | FA |
| 4. Sale of Gillis English Bayou Field, LA - Chapter11 | 0.00 | 50,000.00 | | 481,000.00 | FA |
| 5. Enetergy Louisiana, LLC Credit Refund | 0.00 | 1,737.80 | | 1,737.80 | FA |
| 6. Post-Petition Interest Deposits - | 0.00 | 0.00 | | 0.00 | FA |
| Accts do not bear interest | | | | | |
| 7. Adversary Settlement - Adv 18-3061 (u) | 0.00 | 89,038.45 | | 89,038.45 | FA |
| 8. INSURANCE REFUND FROM USI SOUTHWEST (u) | 0.00 | 4,618.00 | | 10,684.00 | FA |
| REFUND | | | | | |
| 9. Possible Avoidance Actions (u) | 0.00 | 75,000.00 | | 66,000.00 | 9,000.00 |
| * preference/avoidance claims value is estimated with settlement negotiations ongoing.  value could be more but currently unknown. | | | | | |
| 10. TRANSFER IN FROM FORMER CH 7 TRUSTEE (u) | 0.00 | 656,522.27 | | 656,522.27 | FA |
| 11. RLI BOND INSURANCE REFUND (u) | 0.00 | 612,000.00 | | 612,000.00 | FA |
| 12. PROCEEDS FROM SALE OF WELL TUBING/RODS (u) | 0.00 | 29,825.04 | | 145,877.05 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $0.00    $2,493,113.10    $3,017,586.18    $28,644.93

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRIAL IN CBS COMPLETED.  APPEAL FILED AND BRIFING ON SCHEDULE.  TRIAL SETTING AGAINST MARK PLUMMER RESET. MOTION FOR

LFORM1     Ver: 22.07f

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

| | | |
|---|---|---|
| Case No: | 17-34386   SGJ   Judge: STACEY G. JERNIGAN | Trustee Name: ROBERT YAQUINTO, JR., TRUSTEE |
| Case Name: | TEXAS E&P OPERATING, INC. | Date Filed (f) or Converted (c): 07/27/18 (c) |
| | | 341(a) Meeting Date: 09/04/18 |
| | | Claims Bar Date: 05/16/19 |

CONTEMPT PENDING. COUNSEL FOR PLUMMER FILED A MOTION TO WITHDRAW.  KRAGE & JANVEY NOT SET.  AMENDED COMPLAINT FILED.
MOTION TO DISMISS BY DEFENDANT FILED.  SCHEDULING ORDER TO BE AGREED.   ESTIMATED DATE OF CLOSING IS 12/31/2023.

Initial Projected Date of Final Report (TFR): 03/01/20      Current Projected Date of Final Report (TFR): 12/31/23