Robert Yaquinto, Jr.
State Bar No. 22115750
SHERMAN & YAQUINTO, L.L.P.
509 N. Montclair Avenue
Dallas, Texas 75208-5498
(214) 942-5502   (214) 946-7601
ATTORNEY CHAPTER 7 TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| TEXAS E&P OPERATING, INC., | § | CHAPTER 7 |
| | § | |
| *Debtor* | § | CASE NO. 17-34386-SGJ-7 |
| | § | |

**MOTION TO COMPROMISE CONTROVERSY UNDER RULE 9019 BETWEEN THE TRUSTEE AND DEFENDANT KRAGE & JANVEY LLP**

NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 1100 COMMERCE STREET, ROOM 1254, BEFORE CLOSE OF BUSINESS ON OCTOBER 30, 2024, WHICH IS AT LEAST 21 DAYS FROM THE DATE OF SERVICE HEREOF.

ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON COUNSEL FOR EACH MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED, A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.

IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.

TO THE HONORABLE STACY G. JERNIGAN,
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Robert Yaquinto, Jr., the chapter 7 trustee (the "Trustee") for the

bankruptcy estate (the "Estate") of Texas E&P Operating, Inc. (the "Debtor") and files this

*Trustee's Motion to Compromise Controversy under Rule 9019 between the Trustee and Defendant Krage & Janvey* (the "Motion"), and respectfully states as follows in support thereof

## BACKGROUND

1. Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (11 U.S.C. §§ 101, *et seq.*, "Bankruptcy Code") on November 29, 2017, in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division (the "Bankruptcy Court").

2. On January 19, 2018, Jason R. Searcy was appointed as Chapter 11 Trustee for the Debtor. Thereafter, on July 27, 2018, Debtor's Chapter 11 bankruptcy case was converted to a Chapter 7 bankruptcy case and Mr. Searcy was appointed as Chapter 7 Trustee.

3. On July 27, 2018, the Bankruptcy was converted to a Chapter 7.

4. On January 23, 2019, Robert Yaquinto, Jr. was appointed as successor Trustee following the unexpected death of Jason R. Searcy.

5. On November 27, 2019, the Trustee initiated Adversary Proceeding No. 19-03321 (the "Lawsuit") against defendant Krage & Janvey, L.L.P. ("K&J") seeking to avoid and recover certain payments to K&J as preferential or fraudulent transfers under the Bankruptcy Code and applicable state fraudulent transfer law. The Trustee later amended his claims against K&J to include additional Texas state law claims for, *inter alia*, knowing participation in breach of fiduciary duty.

6. K&J filed timely responses and answers to the Lawsuit denying all of the Trustee's claims and asserting certain affirmative defenses to such claims.

7. On August 14, 2024, the Bankruptcy Court ordered the Parties to mediation.

8. On September 23, 2024, K&J and the Trustee mediated with Chris Nolland and reached a mutual agreement to resolve their disputes and avoid the uncertainty, costs, and expense of further litigation, to settle all claims in the Lawsuit and to release any and all claims between K&J and the Trustee as provided in the Settlement Agreement and Release, dated effective as of September 23, 2024, a copy of which is attached hereto as Exhibit A (the "<u>Settlement Agreement</u>").

9. The agreed terms of the settlement are set forth in the Settlement Agreement.

10. The material terms and provisions of the Settlement Agreement are as follows:

    a. K&J shall pay or cause to be paid $400,000 to the Trustee.

    b. K&J and the Trustee (for himself, the Debtor, and any successor trustee or representative of the Debtor's estate) shall release each other and officers, directors, partners, employees, principals, agents, representatives, affiliates, subsidiaries, insurers, attorneys, successors, and assigns, of and from any and all claims, causes of action, demands, lawsuits, actions, damages, injuries, liabilities, expenses, and costs, of every kind and description, known or unknown, asserted or unasserted, which could have been brought in the Lawsuit or which relate, in any way, to Debtor, Debtor's related, affiliated, or subsidiary persons or entities, or Mark Plummer (individually or in any other capacity), other than for breaches of the Agreement.

    c. Trustee shall take whatever actions are necessary to ensure the Lawsuit and all claims brought therein are dismissed in their entirety, with prejudice and without costs or fees.

## <u>SETTLEMENT STANDARDS</u>

11. Federal Rule of Bankruptcy Procedure 9019(a) provides, in pertinent part, that "on motion by the trustee and after notice and a hearing, the court may approve a compromise and settlement."

12. Bankruptcy Rule 9019 empowers a bankruptcy court to approve compromises and settlements if they are "fair and equitable and in the best interest of the estate." *Official Comm. of Unsecured Creditors v. Cajun Elec. Power Coop., Inc. (In re Cajun Elec. Power Coop., Inc.)*, 119

F.3d 349, 355 (5th Cir. 1997); *Connecticut Gen. Life Ins. Co. v. United Cos. Fin. Corp.* (*In re Foster Mortgage Corp.*), 68 F.3d 914, 917 (5th Cir. 1995).

13.     The Fifth Circuit has adopted a three-part test for assessing the fairness and reasonableness of a proposed settlement:

> [W]e apply the three-part test set out in *Jackson Brewing* with a focus on comparing the terms of the compromise with the likely rewards of litigation. A bankruptcy court must evaluate: (1) the probability of success in litigating the claim subject to settlement, with due consideration for uncertainty in fact and law; (2) the complexity and likely duration of litigation and any attendant expense, inconvenience, and delay, and (3) all other factors bearing on the wisdom of the compromise. The "other" factors—the so-called *Foster Mortgage* factors—include: (i) the best interest of the creditors, with proper deference to their reasonable views; and (ii) the extent to which the settlement is truly the product of arms-length bargaining, and not of fraud or collusion.

*See Off. Comm. of Unsecured Creditors v. Moeller* (*In re Age Refin., Inc.*), 801 F.3d 530, 540 (5th Cir. 2015) (internal quotation marks omitted) (citing *Rivercity v. Herpel* (*In re Jackson Brewing Co.*), 624 F.2d 599, 602–03 (5th Cir. 1980); *Cajun Elec.*, 119 F.3d at 356; *Foster Mortg.*, 68 F.3d 914 at 917–18).

14.     Approval of a proposed compromise is left to the sound discretion of the reviewing court. *See, e.g., In re Hibbard Brown & Co., Inc.*, 217 B.R. 41, 45-46 (Bankr. S.D. N.Y. 1998) (noting that courts should exercise their discretion in light of the general public policy favoring settlements). Generally, when evaluating a settlement, the bankruptcy court is not to decide the issues in dispute. *Watts v. Williams*, 154 B.R. 56, 59 (S.D. Tex. 1993). The court "is not to decide the numerous questions of law and fact raised" by the compromise but is "to canvass the issues and see whether the settlement falls below the lowest point in the range of reasonableness." *ARS Brook, LLC v. Jalbert (In re ServiSense.com, Inc.)*, 382 F.3d 68, 72 (1st Cir. 2004).

15.     A settlement's proponents bear the burden of establishing the fairness of a compromise; however, the court does not conduct a mini trial or evidentiary hearing to adjudicate

the issues being settled. *Cajun Elec.*, 119 F.3d at 355. "The burden is not high." *In re Allied Props., LLC*, No. 06-33754, 2007 Bankr. LEXIS 2174 at *11, 2007 WL 1849017 at *15 (Bankr. S.D. Tex. June 25, 2007). Courts generally rely heavily on the Trustee or Debtor and defer to its judgment, provided there is a "legitimate business justification" for the settlement. *Myers v. Martin (In re Martin)*, 91 F.3d 389, 395 (3rd Cir. 1996). "As long as [the decision to settle] appears to enhance a debtor's estate, court approval . . . should only be withheld if the debtor's judgment is clearly erroneous, too speculative, or contrary to the provisions of the Bankruptcy Code." *Richmond Leasing Co. v. Capital Bank, N.A.*, 762 F.2d 1303, 1309 (5th Cir. 1985).

16.    The Trustee submits that the proposed compromise falls well within the range of reasonableness and meets the standards of *Jackson Brewing* and other Fifth Circuit precedent. "Controlling authority weighs in favor of the approval of the compromise and settlement in light of the practical reality that compromises are . . . oftentimes desirable and wise methods of bringing to a close proceedings [that are] otherwise lengthy, complicated and costly." *Jackson Brewing*, 624 F.2d at 602 (quoting *Case v. Los Angeles Lumber Prods. Co.*, 308 U.S. 106, 130 (1939)).

## APPLICATION OF RELEVANT FACTORS TO SETTLEMENT AGREEMENT

17.    <u>Probabilities of Success in Litigating</u>.  The Trustee has carefully evaluated his claims and K&J's defenses in the Lawsuit.  The Trustee believes his preferential transfer, fraudulent transfer, and knowing participation claims are meritorious.  K&J has vigorously defended the claims and has indicated that, without a settlement, it will continue to do so.  While both the Trustee and K&J believe they would ultimately prevail at trial and upon any appeal of any judgment entered by the Bankruptcy Court, the Trustee and K&J agree that the uncertainties of fact and law impact the probability of success for each of them.  The Trustee has concluded that

the proposed settlement properly recognizes the present risks attendant to litigating each claim in the Lawsuit. This factor favors settlement.

18.     <u>Complexity, Expense, Inconvenience, and Delay from Litigation</u>. Litigating the Lawsuit has already involved substantial expense, inconvenience, and delays that the Estate does not have sufficient assets to bear presently. The Estate is presently administratively insolvent. Continuing to litigate would only result in even greater cost and would take many more months in the Trustee's estimation. The Estate and K&J have vigorously litigated the Lawsuit for years, with numerous pre-trial motions. There is little doubt that trend would continue if the settlement is not approved. Even if the Trustee prevails in the lawsuit, the Trustee suspects that K&J would appeal any judgment. The Trustee has concluded that it is unlikely that any ultimate recovery received would exceed the litigation costs to obtain it. Further, the Trustee has reason to believe that it would be difficult to collect any significant judgment from K&J. The Trustee initially believed that K&J's professional liability insurance policy would cover any damages awarded to the Estate. However, over the course of the litigation. K&J's professional liability carrier has denied liability or coverage for the claims brought by the Trustee. Consequently, in exercising his judgment the Trustee has considered the uncertainties and difficulties of collecting in full any judgment that might be entered in favor of the Trustee should he prevail in the Lawsuit in whole or in part. In sum, prosecuting the Lawsuit would involve high costs, much inconvenience, likely delay, and little prospect of collecting any significant returns in excess of the settlement amount. This factor favors settlement.

19.     <u>Paramount Interest of the Creditors with Deference</u>. No creditors have expressed a view on the settlement at this point in time. The settlement is in the best interest of the Estate's creditors. As outlined above, the Estate is administratively insolvent. Continuing the Lawsuit

would involve incurring additional costs which the Trustee estimates would exceed any potential recovery and decrease the assets available for distribution. Settling would bring funds immediately into the Estate, a portion of which the Trustee believes will be available to distribute to creditors. For all these reasons, the settlement maximizes the Estate's value, is in the creditors' best interests, and properly defers to their reasonable preferences. This factor favors settlement.

20. <u>Arm's-Length Bargaining</u>. The Estate has reached the settlement after several rounds of discussion with K&J and after mediation with K&J and its insurer conducted by a well respected, experienced and neutral mediator. There is no conflict of interest held by any representative of K&J and the Trustee. No insiders of the Debtor or the Estate, including Mark Plummer or any of his affiliates, were involved in the settlement. The settlement is the product of an arms-length bargaining process, and no fraud or collusion exists. This factor favors settlement.

## <u>CONCLUSION</u>

Movant wishes to finally and fully settle and discharge all claims against K&J possessed by the Debtor, the Trustee, or the Estate on the terms set out above and in the Settlement Agreement. The Settlement Agreement reached is in the best interests of the Estate and was reached through arms'-length negotiation. Accordingly, Movant believes this Court should approve the Motion.

WHEREFORE, the Trustee requests that the Court enter an Order (i) approving this Motion; (ii) authorizing the Trustee and K&J to enter into the Settlement Agreement attached hereto as Exhibit A; and (iii) granting the Trustee such other and further relief to which he is justly entitled.

Dated this 9th day of October, 2024.

Respectfully submitted,

/s/ Robert Yaquinto, Jr
Robert Yaquinto, Jr.
State Bar No. 22115750
Sherman & Yaquinto, L.L.P.
509 N Montclair Ave. Dallas, TX, 75208-5450
Tel 214-942-5502
Fax: 214/946-7601
ATTORNEY FOR TRUSTEE


CERTIFICATE OF SERVICE

I hereby certify that on the 9th of October, 2024, a true and correct copy of the foregoing document was electronically filed and served on all parties receiving filings by the Court's electronic service system and on the attached list electronically or by regular U.S. Mail, postage prepaid.


/s/ Robert Yaquinto, Jr.
Robert Yaquinto, Jr.


**DUE TO THE SIZE OF THE EXHIBIT AND SERVICE LIST, A COPY OF EACH HAS BEEN PROVIDED TO THE COURT, THE U.S. TRUSTEE and ANY PARTY RECEIVING FILINGS BY ECF.  ANY PARTY WHO MAY WANT A COPY OF THE EXHIBIT OR SERVICE LIST, MAY MAKE A REQUEST IN WRITING  TO:  ROBERT YAQUINTO, JR.,  SHERMAN & YAQUINTO, L.L.P., 509 N. MONTCLAIR AVENUE, DALLAS, TEXAS 75208.**

EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| TEXAS E & P OPERATING, INC., | § | |
| | § | |
| *Debtor* | § | **CHAPTER 7** |
| | § | |
| | § | CASE NO. 17-34386-SGJ-7 |
| ROBERT YAQUINTO, JR., TRUSTEE, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | ADVERSARY NO. 19-03231-SGJ |
| V | § | |
| | § | |
| KRAGE & JANVEY, L.L.P., | § | |
| | § | |
| *Defendant.* | § | |

## SETTLEMENT AGREEMENT AND RELEASE

This Settlement Agreement and Release (the "**Agreement**") is entered into and effective as of September 23, 2024 (the "**Effective Date**") by and between Krage & Janvey, L.L.P. ("**K&J**" or "**Defendant**") and Robert Yaquinto, Jr. ("Trustee" or "Plaintiff"), as the Chapter 7 Trustee of Texas E&P Operating, Inc. ("**Debtor**")for the purpose of settling and releasing all claims, causes of action, controversies, demands, lawsuits, and disputes between them, including all claims which were or could have been brought related to the captioned Adversary Proceeding.

The Trustee and K&J may be referred to, collectively, as the "**Parties**" and, individually, as a "**Party**."

## RECITALS

A.     Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (11 U.S.C. §§101, *et seq.*, "**Bankruptcy Code**") on November 29, 2017, in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division (the "**Bankruptcy Court**"). [Bankr. Dkt. 1].

B.     On January 19, 2018, Jason R. Searcy was appointed as Chapter 11 Trustee for the Debtor. [Bankr. Dkt. 90]. Thereafter, on July 27, 2018, Debtor's Chapter 11 banruptcy case was converted to a Chapter 7 bankruptcy case and Mr. Searcy was appointed as Chapter 7 Trustee.

C.     On January 23, 2019, Robert Yaquinto, Jr. was appointed as successor Chapter 7 Trustee following the unexpected death of Jason R. Searcy.

D.     On November 27, 2019, the Trustee commenced the captioned Adversary Proceeding (the

"**Lawsuit**") seeking to avoid and recover certain payments to K&J as fraudulent transfers under the Bankruptcy Code and applicable state fraudulent transfer law. The Trustee later amended his claims against K&J to include additional Texas state law claims for, *inter alia*, knowing participation in breach of fiduciary duty.

E.      K&J filed timely responses and answers to the Lawsuit denying all of the Trustee's claims and asserting certain affirmative defenses to such claims.

F.      On August 14, 2024, the Bankruptcy Court ordered the Parties to mediation [Adv. Dkt. No. 92].

G.      On September 23, 2024, the Parties mediated with Chris Nolland ("**Mediator**") and reached a mutual agreement to resolve the Parties' disputes and avoid the uncertainty, costs, and expense of further litigation, to settle all claims in the Lawsuit and to release any and all claims between the Parties as provided in this Agreement and the mediation settlement agreement executed at the mediation.

H.      The Parties desire to enter into this Agreement to further memorialize their settlement agreement.

## AGREEMENT

1.      **Payment Terms**. In full and complete final settlement and discharge of all asserted or unasserted claims against K&J of the Trustee or Debtor, K&J shall pay or cause to be paid the sum of Four Hundred Thousand Dollars ($400,000.00) (the "**Settlement Amount**") to the Trustee. The Settlement Payment shall be paid within five (5) business days after the Bankruptcy Court Order approving the Agreement becomes final and non-appealable or within five (5) business days of a final appellate order affirming the Bankruptcy Court's approval of the Parties' settlement and the terms of this Agreement.

2.      **Release**. In consideration of the payment of the Settlement Amount, and upon satisfaction of the other terms and conditions set forth in this Agreement, the Parties hereby forever release and discharge each other, along with the each Parties' respective officers, directors, partners, employees, principals, agents, representatives, affiliates, subsidiaries, insurers, attorneys, successors (including any successor trustee for Debtor that might be appointed under the Bankruptcy Code), and assigns (collectively, the "**Released Parties**"), of and from any and all claims, causes of action, demands, lawsuits, actions, damages, injuries, liabilities, expenses, and costs (including attorneys' fees), of every kind and description (including loss of property), known or unknown, asserted or unasserted, which could have been brought in the Lawsuit or which relate, in any way, to Debtor, Debtor's related, affiliated, or subsidiary persons or entities, or Mark Plummer (individually or in any other capacity) (collectively, Mark Plummer, Debtor and all related, affiliated, or subsidiary persons or entities shall be referred to as the "**Plummer Entities**") (the "**Released Claims**"). For the avoidance of doubt, the foregoing Released Claims shall include any claims related to or arising from K&J's representation of any of the Plummer Entities. The Parties agree that Released Claims shall exclude any claim seeking to enforce any terms, obligations, or rights under this Agreement.

3.      **Dismissal of Claims**. Upon payment of the Settlement Amount, the Lawsuit shall be

dismissed with prejudice. All parties shall bear their own costs and attorneys' fees in the Lawsuit and Debtor's bankruptcy case.

4. **This Agreement is Subject to Bankruptcy Court Approval.** The effectiveness of this Agreement and the Parties' rights and obligations hereunder are conditioned in all respects on the approval of this Agreement (including the mutual releases contained herein) by the Bankruptcy Court. The Parties agree to use reasonable efforts to have this Agreement expeditiously approved by the Bankruptcy Court by cooperating in the preparation and prosecution of a mutually agreeable motion and proposed order. If any part of this Agreement is not approved by the Bankruptcy Court for any reason, this Agreement (including the mutual releases contained herein) will be immediately null and void as of the Effective Date and of no further force and effect.

5. **Representations and Warranties.** Subject in all respects to the Bankruptcy Court's approval required by Section 4 hereof, each Party represents and warrants to the other Party that such Party is fully authorized to enter into and perform the terms of this Agreement and that, as of the Effective Date, this Agreement will be fully binding upon each Party in accordance with its terms.

6. **No Admission of Liability by K&J.** The Parties acknowledge that there is a *bona fide* dispute with respect to the claims and defenses asserted in the Lawsuit. Nothing in this Agreement constitutes or shall be deemed to constitute or imply an admission of liability, fault, wrongdoing, or any other fact, event, or circumstance by K&J, and the execution of this Agreement does not constitute an admission of liability, fault, or wrongdoing on the part of K&J.

7. **Advice of Counsel.** Each of the Parties represents that such Party has:

(a) Been adequately represented by independent legal counsel of its own choice, throughout all the negotiations that preceded the execution of this Agreement;

(b) Executed this Agreement upon the advice of such counsel;

(c) Read this Agreement, and understands and assents to all the terms and conditions contained herein without any reservations; and

(d) Had the opportunity to have this Agreement and all the terms and conditions contained herein explained by independent counsel, who has answered any and all questions asked of such counsel, or which could have been asked of such counsel, including, but not limited to, with regard to the meaning and effect of any of the provisions of this Agreement.

8. **Release of Mediator.** Although the Mediator may have facilitated the Parties reaching this Agreement and his staff may have facilitated the preparation of this Agreement as a courtesy to the Parties and their counsel, the Parties and their counsel have thoroughly and independently reviewed this Agreement and have, where necessary, modified it to conform to their agreements and understandings. All signatories to this Agreement hereby release the Mediator from any and all liability arising in connection with the drafting of this Agreement. Without limiting the foregoing, all Parties and their counsel agree and acknowledge that the mediator has not provided legal advice to any Party and has not acted as counsel for any Party.

9.      **Entire Agreement**. This Agreement contains the entire agreement and understanding concerning the subject matter of this Agreement, and supersedes and replaces all prior negotiations and agreements, written or oral and executed or unexecuted, concerning such subject matter (including the Settlement Agreement and Term Sheet executed at the mediation). Each of the Parties acknowledges that no other Party, nor any agent of or attorney for any such Party, has made any promise, representation or warranty, express or implied, written or oral, not otherwise contained in this Agreement to induce any Party to execute this Agreement. The Parties further acknowledge that they are not executing this Agreement in reliance on any promise, representation or warranty not contained in this Agreement, and that any such reliance would be unreasonable. This Agreement will not be waived or modified except by an agreement in writing signed by each Party or duly authorized representative of each Party.

10.     **No Party Deemed Drafter**. The Parties acknowledge that the terms of this Agreement are contractual and are the result of arms-length negotiations between the Parties and their chosen counsel. Each Party and its counsel cooperated in the drafting and preparation of this Agreement. In any construction to be made of this Agreement, the Agreement will not be construed against any Party.

11.     **Future Cooperation**. The Parties agree to cooperate and execute such further documentation as is reasonably necessary to effectuate the intent of this Agreement.

12.     **Counterparts**. This Agreement may be executed in counterparts with the same force and effect as if executed in one complete document. Each Party's signature hereto will signify acceptance of, and agreement to, the terms and provisions contained in this Agreement. Photographic, electronic, and facsimile copies of signed counterparts may be used in lieu of the originals of this Agreement for any purpose.

13.     **Governing Law; Venue; Attorneys' Fees and Costs**. The Parties agree that this Agreement will be governed by and will be construed according to the laws of the State of Texas without regard to conflict-of-law principles. Each of the Parties hereby submits to the exclusive jurisdiction of the Bankruptcy Court during the pendency of Debtor's Bankruptcy Case and thereafter to the exclusive jurisdiction of the state and federal courts located in the Northern District of Texas, Dallas Division, with respect to any disputes arising from or out of this Agreement.

        Effective this 23rd day of September, 2024.

APPROVED AS TO FORM AND SUBSTANCE, AND AGREED TO, BY:

**Robert Yaquinto, Jr., Trustee**

Signature: _____
Printed Name: Robert Yaquinto, Jr., Trustee

APPROVED AS TO FORM ONLY:

Signature: _____
Printed Name: Michael Lang
Attorney for Robert Yaquinto, Jr., Trustee

**Krage & Janvey L.L.P.**

By (Signature): _____
Printed Name: Ralph S. Janvey, Partner

Signature: _____
Printed Name: John P. Lewis, Jr.
Attorney for Krage & Janvey L.L.P.

ARCHROCK
ATTN TISHA K PERTL-WATHEN
9807 KATY FREEWAY
STE 100
HOUSTON TX 77024-1276

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY
SECTION
PO BOX 13528
AUSTIN TX 78711-3528

218 Winthrop Street LLC
co Elliott Colasanto
141 Bridle Path Dr.
Southington, CT 06489-4044

5J Oilfield Services, Inc.
4090 N US Hwy 79
Palestine, TX 75801-7065

A-Pro Industries
P. O. Box 80875
Lafayette, LA 70598-0875

AAA Well Service
P. O. Box 33
Millsap, TX 76066-0033

Acid and Cementing Services, Inc.
P. O. Box 1258
Palestine, TX 75802-1258

Acme Truck Line, Inc.
P.O. Box 183
Harvey, LA 70059-0183

ACME Truck Lines Inc.
MSC-40683
P. O. Box 415000
Nashville, TN 37241-5000

Agnes J. Broussard Hoffpau
1060 Riceland Dr.
Crowley, LA 70526-5324

AIG Property Casualty, Inc., Attn: Kevin J.
80 Pine Street, 13th Floor
New York, NY 10005-1734

Aiken Engineering Company
9720 Cypresswood Dr.
Suite 226
Houston, TX 77070-3357

Alamo Oilfield Services
1045 Central Pkwy N
Suite 102
San Antonio, TX 78232-5086

Alamo Oilfield Services, LLC
P.O. Box 700547
San Antonio, TX 78270-0547

Ally
c/o Quilling, Selander, et al
2001 Bryan Street, Suite 1800
Dallas, TX 75201-3070

Ally/Ally #2254/Ally #9002
P. O. Box 9001952
Louisville, KY 40290-1952

American Express Bank, FSB
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Anaya Welding & Lease Service, Inc.
1701 W. Owassa Rd.
Edinburg, TX 78539-7047

Anderson County Tax Assessor
703 N. Mallard St., Ste 104
Palestine, TX 75801-2923

Andree H. Macaluso
P. O. Box 1384
Jennings, LA 70546-1384

Annette Louise Romero
7104 Covered Bridge
Austin, TX 78736-3343

Arabie Law Firm
1011 Lakeshore Dr., Ste 208
P. O. Box 3004
Lake Charles, LA 70602-3004

Archrock Partners
P. O. Box 201160
Dallas, TX 75320-1160

AT&T
P. O. Box 105262
Atlanta, GA 30348-5262

AT&T Corp
% AT&T Services, Inc
Karen A. Cavagnaro - Lead Paralegal
One AT&T Way, Room 3A104
Bedminster, NJ 07921-2693

AT&T Long Distance
P.O. Box 5017
Carol Stream, IL 60197-5017

AT&T Mobility
P. O. Box 537104
Atlanta, GA 30353-7104

AT&T Mobility
P. O. Box 6463
Carol Stream, IL 60197-6463

Avatar Systems, Inc.
2801 Network Blvd.
Suite 210
Frisco, TX 75034-1940

Baker Hughes
P. O. Box 301057
Dallas, TX 75303-1057

Baker Hughes, a GE Company, LLC
P O Box 4740
Houston, TX 77210-4740

Barbara L. Houssiere
P. O. Box 93273 MSU
Lake Charles, LA 70609-0001

BCSP Denver Property LLC
P. O. Box 740032
Los Angeles, CA 90074-0032

BCSP Denver Property LLC
co Joshua M. Hantman
Brownstein Hyatt Farber
410 Seventeenth St., Ste. 2200
Denver, CO 80202-4432

BCSP Denver Property, LLC
P. O. Box 740495
Los Angeles, CA 90074-0495

BellSouth Telecommunications, Inc.
% AT&T Services, Inc.
Karen Cavagnaro, Esq.
One AT&T Way, Room 3A104
Bedminster, NJ 07921-2693

Bennett Oil Corporation
P. O. Box 1866
Lake Charles, LA 70602-1866

BesTest, Inc.
1844 South Leon St
P. O. Box 606
Giddings, TX 78942-0606

Beverly Jeanise Houssiere
119 W. Celeste Ave.
Fresno, CA 93704-2138

Bigfoot Energy Services
312 West Sabine
Carthage, TX 75633-2519

Black Ink Resources, LLC
Wick Phillips c/o Jason Rudd
3131 McKinney Avenue
Suite 100
Dallas, TX 75204-2430

BOS, Inc.
P. O. Box 1256
Edinburg, TX 78540-1256

Brian A. Baker
Stacy & Baker, P.C.
5300 Memorial Dr., Suite 270
Houston, TX 77007-8250

Brothers Vacuum & Trucking Services, LLC
P. O. Box 1540
El Campo, TX 77437-1540

BSC Rod Lift Solutions, LLC
114 E. Foreline
P.O. Box 1597
Gainesville, TX 76241-1597

Buteo Enterprises
6300 Tenneryville Rd.
Longview, TX 75604-9798

C & S Lease Services
P. O. Box 1049
Kilgore, TX 75663-1049

Calcasieu Parish School Board
P. O. Box 800
Lake Charles, LA 70602-0800

Calcasieu Parish Tax Collector
1011 Lake Shore Dr., Ste 100
Lake Charles, LA 70601-9419

Calcasieu Rentals, Inc.
c/ o Shane Crochet, VP
233 Hwy 397
Lake Charles, LA 70615-4702

Cameron Measurement Systems Division
P. O. Box 730172
Dallas, TX 75373-0172

Canyon Creek Country Club
625 Lookout Drive
Richardson, TX 75080-2199

Charles R. Houssiere III
1990 Post Oak Blvd, Ste 800
Houston, TX 77056-3851

Charlie White Services, LLC
co White Services
253 County Rd., 211
Smiley, TX 78159-6056

Chase Auto Finance/ Chase #1009/Chase #4704
P. O. Box 9001801
Louisville, KY 40290-1801

Chem-Spray South, Inc.
P. O. Box 817
Gonzales, LA 70707-0817

Chemical Weed Control
P. O. Box 512
Brownfield, TX 79316-0512

Cherokee County Appraisal
P. O. Box 494
Rusk, TX 75785-0494

Cherokee County Clerk
Laverne Lusk
P. O. Box 420
Rusk, TX 75785-0420

Cherokee County Tax A/C
135 South Main Courthouse
Rusk, TX 75785

CIPA
1001 K Street, 6th Floor
Sacramento, CA 95814-3817

Citation Oil & Gas Corp.
P.O. Box 200206
Dallas, TX 75320-0206

Cogent Communications Inc.
P. O. Box 791087
Baltimore, MD 21279-1087

Cogent Communications, Inc.
2450 N St., NW
Washington, DC 20037-1167

Collin  County Tax Assessor Collector
Kenneth L. Maun
P. O. Box 8006
McKinney, TX 75070-8006

Contego Soultions, LLC
P O Box 821807
Dallas, TX 75382-1807

Crochet Electric
3070 Ashley Dr.
Jennings, LA 70546-3243

Crossroads Services
P. O. Box 599
Centerville, TX 75833-0599

CSI Compressco Operating
P. O. Box 840082
Dallas, TX 75284-0082

CT Corporation
28 Liberty Street, 42nd Floor
New York, NY 10005-1448

CT Corporation
P. O. Box 4349
Carol Stream, IL 60197-4349

Cudd Pressure Control Inc.
P. O. Box 203379
Dallas, TX 75320-3379

Curtis D. Boozer
P.O. Box 1325
Eunice, NM 88231-1325

D S & T - NSL LLC
5028 Cobra Rd
Lake Charles, LA 70605-5932

Dallas Business Journal
2515 McKinney Ave., Suite 875
Dallas, TX 75201-7613

Darlene Colasanto
141 Bridle Path Drive
Southington, CT 06489-4044

Davies Construction
P. O. Box 16923
Lake Charles, LA 70616-6923

Davies Construction, LLC
c/o Matthew P. Keating
410 E. College Street
Lake Charles, LA 70605-1704

Dawn Ismerie Herrington
1929 North Blvd.
Houston, TX 77098-5417

Deep South Crane & Rigging, LLC
15324 Airline Highway
Baton Rouge, LA 70817-7311

Deep South Oilfield &
Industrial Supply
1203 Gerstner Memorial Dr.
Lake Charles, LA 70601-4851

Dept. of Natural Resources
Office of Conservation
P. O. Box 44277
Baton Rouge, LA 70804-4277

Dialog Wireline Services
3100 Maverick Drive
Kilgore, TX 75662-9032

Dishman & Bennett Special
P. O. Box 287
Houma, LA 70361-0287

DNOW L.P.
P. O. Box 200822
Dallas, TX 75320-0822

Drost & Brame -NSL LLC
5028 Cobra Rd.
Lake Charles, LA 70605-5932

Eddie Lyn Braudt
4457 Longfellow Drive
Plano, Texas 75093-3222

Edward M. McElroy &
Elizabeth McElroy Test Trust
1214 Sherrard St.
Burnet, TX 78611-1318

Electronic Verif Systems
2500 Technology Dr.
Louisville, KY 40299-6421

Elliott R. Colasanto
141 Bridle Path Drive
Southington, CT 06489-4044

Emily Sue Pinnell as Trustee
Mineral & Land Management Trust
2700 S. River Rd., Ste 100
Des Plaines, IL 60018-4104

Endurance Lift Solutions, LLC
P. O. Box 843175
Dallas, TX 75284-3175

Energy Drilling Company
Gardere Wynne Sewell LLP
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201-4761

Energy Drilling Company
413 Liberty Rd.
Natchez, MS 39120-4313

Energy Fishing & Rental
P.O. Box 116587
Atlanta, GA 30368-6587

Entergy Gulf States LA
P. O. Box 8103
Baton Rouge, LA 70891-8103

Ernest A Houssiere Jr.
P. O. Box 2200
Boulder, CO 80306-2200

ESA Consulting
2810 Bill Owens Pkwy., Ste 100
Longview, TX 75605-2139

ETOS Inc.
P.O. Box 288
New London, TX 75682-0288

Eunice Pump & Supply
P. O. Box 1468
Eunice, NM 88231-1468

Expro Americas Inc.
Dept 2080
P. O. Box 122080
Dallas, TX 75312-2080

Exreme Well Testing LLC
33400 W FM 681
Edinburg, TX 78541-4913

Flatrock Compression, Ltd
PO Box 157
Magnolia, TX 77593-0157

Fleming Oilfield Services
5112 Carrabba Road
Bryan, TX 77808-9503

Flusche Supply of Quanah, Inc.
P. O. Box 351
Electra, TX 76360-0351

Forms Professional, Inc.
P. O. Box 64204
Lubbock, TX 79464-4204

FreedomFest
P. O. Box 1153
Riverton, UT 84065-1153

Future Pipe Industries
11811 Proctor Rd.
Houston, TX 77038-2701

Gardner Consultants Inc.
5927 Fairfield Ave.
Shreveport, LA 71106-1913

Garz-Briz Oil Field Serv.
Gulf Coast Bank & Trust Co.
P. O. Box 731152
Dallas, TX 75373-1152

Genco Energy Services Inc.
P. O. Box 720130
McAllen, TX 78504-0130

GEOMAP Company
1100 Geomap Lane
Plano, TX 75074-7199

George C. Houssiere
1170 E. Gallagher Rd.
Jennings, LA 70546-3238

George H Vangeffen
2804 Lexington
Metairie, LA 70002-7026

Geraldine B. Nickells
13154 Four Star Blvd. Unit 601
Austin, TX 78737-2657

Gregg County Tax Office
c/o Kirk Shield, Tax A/C
P. O. Box 1431
Longview, TX 75606-1431

Gulf Coast Coil Tubing
P. O. Box 1710
Scott, LA 70583-1710

H C Drew Estate C
Wade Shaddock Jr. Trustee
P. O. Box 2015
Lake Charles, LA 70602-2015

H. Brown Machine Shop, Inc.
P.O.Box 427
Eunice, LA 70535-0427

Haarmeyer Electric Inc.
310 East Ave. D
P. O. Box 478
Lovington, NM 88260-0478

Hadley Energy Service LLC
1113-A Ridge Rd.
Duson, LA 70529-4327

Hardin Tubular Sales, Inc.
6501 Houston Hwy.
Victoria, TX 77901-5400

Hay Brothers, Inc.
P. O. Box 3166
Lake Charles, LA 70602-3166

HCK2 Partners
3875 Ponte Ave
Suite 420
Addison, TX 75001-4166

Hemco, Inc.
P. O. Box 3333
Kilgore, TX 75663-3333

Henrrietta H. Evans
P. O. Box 845
Jennings, LA 70546-0845

HJM LLC
6804 Northwood Rd.
Dallas, TX 75225-2538

Hood County Tax Assessor
1410 W. Pearl St.
Granbury, TX 76048-1826

Hornet Services Company, LLC
P. O. Box 1029
Jennings, LA 70546-1029

Hydrostatic Pipe Service
P. O. Box 2428
Hobbs, NM 88241-2428

IC APAIRY
19653 US Hwy 77 N
Victoria, TX 77904-5507

IHS Global Inc.
P. O. Box 847193
Dallas, TX 75284-7193

Internal Revenue Service
Special Procedures-Insolvency
P. O. Box 7346
Philadelphia, PA 19101-7346

J & R Valley Oilfield Service, Inc.
P.O. Box 310
Mission, TX 78573-0006

J-W Power  Company
P. O. Box 205856
Dallas, TX 75320-5856

J-W Power Company
c/o Julie A. Walker
Miller Mentzer Walker, P.C.
P.O. Box 130
Palmer, TX 75152-0130

J. W. Gotreaux
1085 Kincade Ct.
Lake Charles, LA 70611-6846

Jackson County Tax Collector
115 W. Main St., Suite 102
Edna, TX 77957-2733

James H. Dupuis Sr.
P. O. Box 80569
Lafayette, LA 70598-0569

James Patrick Herrington
1929 North Blvd.
Houston, TX 77098-5417

Janice B Vangeffen
P. O. Box 40663
Baton Rouge, LA 70835-0663

JD Oilfield Supply LLC
104 E. Utopia
Duson, LA 70529-4310

Jefferson Financial, Inc.
111 Veterans Memorial Blvd, Ste 1555
Metairie, LA 70005-3089

Jett Testers, Inc.
P. O. Box 503
Jennings, LA 70546-0503

Joan Koonce Quinn
690 Bellview Dr.
Lake Charles, LA 70611-4615

Joan Prem Vangeffen
7904 Jefferson Hwy #240
New Orleans, LA 70123-4626

JPMorgan Chase Bank, N.A.
National Bankruptcy Department
P.O. Box 29505 AZ1-1191
Phoenix AZ 85038-9505

JSML LLC
1450 William St Lawton Bldg. 2nd
Lake Charles, LA 70601-3844

JT Swabbing Services, Inc.
P. O. Box 1327
Mission, TX 78573-0023

Karen Dawn Warburton Pant
308 Cherry St.
Lafayette, LA 70506-3628

Karyl Joan Warburton Obanion
139 Greenway
Lake Charles, LA 70605-6821

Kathleen Patricia W. Phill
4324 E Holly Circle
Sulphur, LA 70665-8659

Kenneth Omalley
10965 Roxbury Plz apt 108
Omaha, NE 68137-3756

Kentwood Springs
P. O. Box 660579
Dallas, TX 75266-0579

Knight Oil Tools LLC
6003 Cunningham Road
Houston, TX 77041

Kodiak Gas Services, LLC
9950 Woodloch Forest Dr, Ste 2800
Spring, TX 77380-4253

Kodiak Gas Services, LLC
P. 0. Box 732235
Dallas, TX 75373-0001

Krage & Janvey, LLP
2100 Ross Ave., Ste 2600
Dallas, TX 75201-7904

L & S Hot Oil Service Inc.
9050 Highway 70 S
Vernon, TX 76384

L&B Oil and Gas Equipment, LLC
P. O. Box 3054
Mission, TX 78573-0052

Laura Nelle McElroy Fruge
& Allen R. Fruge Testamentary Trust
1214 Sherrard St.
Burnet, TX 78611-1318

Lea County Assessor
100 N. Main Ave., Suite 2
Lovington, NM 88260-4030

LEAF Capital Funding, LLC
2005 Market St., 14th Floor
Philadelphia, PA 19103-7009

Linda Carole O'Malley Fontenot
106 La Bella Dr.
Lafayette, LA 70506-3744

Locke Lord LLP
P. O. Box 911541
Dallas, TX 75391-1541

Louisiana Department of Revenue
P O Box 66658
Baton Rouge, La. 70896-6658

Louisiana Dept of Revenue
P. O. Box 201
Baton Rouge, LA 70821-0201

LOUISIANA MACHINERY COMPANY, LLC
3799 W AIRLINE HWY
RESERVE, LA 70084-5717

Louisiana Tank, Inc.
co Matthew M. Mize
1777 Ryan Street
Lake Charles, LA 70601-6049

Louisiana Workforce Commission
1001 North 23rd Street, Room 322
Baton Rouge, LA 70802-3338

Lyford CISD Tax Office
P. O. Box 220
Lyford, TX 78569-0220

Mable Koonce Lee
2506 Champman Rd.
Lake Charles, LA 70611-6916

Matthew Keating
410 E. College Street
Lake Charles, LA 70605-1704

Matthew Martin Mize
Robichaux, Mize Wadsack, Richardson &#03
P. O. Box 2065
Lake Charles, LA 70602-2065

Mayo Realty Co Inc.
3137 Debra Ln
Westlake, LA 70669-6015

MC's Lube and Services, LLC
c/o P. David Olney, Esq.
921 Ryan Street
Lake Charles, LA 70601-5257

Mesa Southern Well Serv.
Dept. 117
P. O. Box 4458
Houston, TX 77210-4458

Michael James Kellam
P. O. Box 1669
Estes Park, CO 80517-1669

Michael OMalley
P. O. Box 771549
Winter Garden, FL 34777

Michell Industries
15555 IH-10 E
Baytown, TX 77523-3000

Mike Warren
Attorney for Flatrock Compression, Ltd
206 E. Locust Street
San Antonio, Texas 78212-3954

Miken Oil, Inc.
c/o Wick Phillips
Attn: Jason Rudd
3131 McKinney Ave.
Suite 100
Dallas, TX 75204-2430

Mission Vacuum & Pump
Truck Service
P. O. Box 1935
Mission, TX 78573-0032

MKS Services LLC
6389 US Hwy 79 S
Palestine, TX 75801-1007

Moncia Well Service, Inc.
c/o Key Energy Services
P. O. Box 53408
Lafayette, LA 70505-3408

MSC 2011-C3 Forum at Central, LLC
c/o Bruce J. Zabarauskas
Thompson & Knight LLP
1722 Routh St., 15th Floor
Dallas, TX 75201-2532

NALCO Champion
P. O. Box 730005
Dallas, TX 75373-0005

National Oilwell DHT, L.P.
Stacy & Baker, P.C.
5300 Memorial Dr., Ste 270
Houston, TX 77007-8750

National Oilwell DHT, LP
P. O. Box 201224
Dallas, TX 75320-1224

Netherland, Sewell & Asso
2100 Ross Ave.
Suite 2200
Dallas, TX 75201-4754

New Mexico Taxation and
Revenue Department
P. O. Box 2308
Santa Fe, NM 87504-2308

NM Taxation & Revenue Department
P.O. Box 8575
Albuquerque, NM 87198-8575

Odessa Pumps
P O Box 60429
Midland, TX 79711

Offshore Oilfield Services
2828 West Gloria Switch Rd.
Carencro, LA 70520-6441

Offshore Oilfield Services, Inc.
c/o Justin VandenBout, Tres Gibbs
1200 Smith Street, Suite 1400
Houston, Texas 77002-4496

Oilfield Packer Service
P. O. Box 1325
Eunice, NM 88231-1325

Okin Adams, LLP
1113 Vine Street, Suite 240
Houston, TX 77002-1044

Olympia Minerals LLC
Attn: J. Michael Lewis
3811 Turtle Creek Blvd.
#1800
Dallas, TX 75219-4479

Omega Oilfield Services
P. O. Box 1793
Kilgore, TX 75663-1793

On The Mark Energy Svcs
6712 S Eunice Hwy
Hobbs, NM 88240-9540

Patco Completion Services, Inc.
co Matthew M. Mize
1777 Ryan Street
Lake Charles, LA 70601-6049

Patco Wireline Services
P. O. Box 4177
Houma, LA 70361-4177

Patricia Veal Schepens
1103 Salt Creek Dr.
Ponte Vedra Beach, FL 32082-2532

Pelican Oil Tools
P. O. Box 2673
Sulphur, LA 70664-2673

Permian Enterprises, Ltd.
2121 W. Murphy
Odessa, TX 79763-4810

Petroleum Producing Services
P. O. Box 4238
Alice, TX 78333-4238

Phoenix Copy Services
3250 Towerwood Dr.
Farmers Branch, TX 75234-2315

Pinnergy Ltd.
2801 Via Fortuna Ste 440
Austin, TX 78746-7908

Pitney Bowes Inc
27 Waterview Dr, 3rd Fl
Shelton CT 06484-4361

Pride Pump and Supply
P. O. Box 2003
Kilgore, TX 75663-2003

Pro-Kem, Inc.
P. O. Box 1506
Lovington, NM 88260-1506

Pro-Test, Inc.
25685 370th St
Wister, OK 74966-2993

Production Hookup & Mgmt., Inc.
P. O. Box 60935
Lafayette, LA 70596-0935

Production Services
P. O. Box 61207
Lafayette, LA 70596-1207

Production Services Technology, Inc.
600 Jefferson Street, Ste. 1000
Lafayette, LA 70501-6953

Puttco Oilfield Services, LLC
P. O. Box 1208
Jennings, LA 70546-1208

R Construction Company
PO BOX 189
BUFFALO, TX 75831-0189

R&D Pipe Company
2200 Louetta Rd., Ste 100
Spring, TX 77388-4705

R.P.S. Cementing Co., LLC
P. O. Box 176
Livonia, LA 70755-0176

R360 Environmental Solut.
3 Waterway Square Pl.
Suite 110
The Woodlands, TX 77380-3488

RAM Woodbine Electric Co.
P. O. Box 1925
Kilgore, TX 75663-1925

RAM Woodbine Enterprises, Inc.
c/o Thomas H. Brown
116 N Kilgore St
Kilgore, TX 75662-5822

Ram-Gear Manufacturing, Inc.
P. O. Box 537
Agua Dulce, TX 78330-0537

Raymond's Welding &
Machine Shop, Inc.
P. O. Box 148
Kamay, TX 76369-0148

Ready Fresh
P. O. Box 856680
Louisville, KY 40285-6680

Regard Resources Co. Inc.
555 Aero Dr.
Shreveport, LA 71107-6941

Regio Express Inc.
822 Del Oro Lane
Pharr, TX 78577-2200

Reliant Energy Retail Services, LLC
P.O. Box 1046
Houston, TX 77251-1046

Renae G. Stanford, Inc.
co Stanford Truck Line
P.O. Box 36
Iota, LA 70543-0036

Resource Rental Tools LLC
P. O. Box 10047
New Iberia, LA 70562-0047

Richard J. Kossier
c/o Mark Hendrix, Attorney
2100 Ross Ave., Suite 2600
Dallas, TX 75201-6705

Ricks Transportation SVCS
3436 West Pinhook Rd.
Lafayette, LA 70508-3615

Rio Oilfield Supplies, Inc.
P. O. Box 310
Mission, TX 78573-0006

Rita Mae Broussard Racca
1400 Myers Rd
Jennings, LA 70546-3512

Robert E. Houssiere Estate
Mereilyn C H Amsier Ind. Exec.
1000 Carousel Dr.
Bedford, TX 76021-3375

Russell Wayne Koonce
1912 Ike St.
Lake Charles, LA 70607-2046

Ruston Partners, LLC
co Texas Geologic Services
3411 11th St.
Bremerton, WA 98312-2635

Sales Genie.Com
P. O. Box 957742
Saint Louis, MO 63195-7742

Sandra Houssiere Patin
2313 Maison Orleans Blvd
Monroe, LA 71201-3664

Scorpion Design Inc.
P. O. Box 123498
Dallas, TX 75312-3498

Secap Finance
2225 American Dr.
Neenah, WI 54956-1005

Shell
P. O. Box 9001011
Louisville, KY 40290-1011

Smarsh Inc.
851 Sw 6th Ave Ste 800
Portland, OR 97204-1322

Sonora West Minerals LLC
2100 Lakeside
Suite 425
Richardson, TX 75082-4350

Stallion Oilfield Svcs
P. O. Box 842364
Dallas, TX 75284-2364

Standford Truck Line
P. O. Box 36
Iota, LA 70543-0036

Star Oilfield Services
PO Box 2669
Canyon Lake, TX 78133-0028

Stellar Oilfield Rentals
P. O. Box 22328
Houston, TX 77227-2328

Stephens County Tax A/C
Stephens County Courthouse
200 West Walker
Breckenridge, TX 76424-3539

Steve J. Dupuis Sr.
102 Riverbriar Dr.
Lafayette, LA 70503

STRC Oilfield Tech, LLC
P O Box 2758
Weatherford, TX 76086-8758

Summit ESP, LLC
c/o Jeff Carruth
WKPZ
3030 Matlock Rd., Suite 201
Arlington, TX 76015-2936

Sunbelt Rentals Industrial Services, LLC
1275 W. Mound Street
Columbus, OH 43223-2213

Supreme Service & Special
204 Industrial Ave. C
Houma, LA 70363-3900

SwabCo Inc.
P. O. Box 669
Levelland, TX 79336-0669

TBW Investments, Inc.
co Hemco, Inc.
P.O. Box 3333
Kilgore, TX 75663-3333

Tervita Corp.
P. O. Box 840730
Dallas, TX 75284-0730

Texas Alliance of Energy
900 8th St
Suite 400
Wichita Falls, TX 76301-9800

Texas Attorney General's Office
P. O.Box 12548
Austin, TX 78711-2548

Texas Downhole Tools LLC
164 Leeper Lane
Victoria, TX 77904-4917

Texas E&P Group 401(k) Retirement Plan
c/o U.S. Department of Labor - EBSA
525 S. Griffin Street, Suite 900
Dallas, TX 75202-5042

Texas Workforce Commission, Special Actions
Regulatory Integrity Division
101 E. 15th Street, Room 556
Austin, TX 78778-0001

The J. W. Green Contractor
201 Hwy 323 East
P. O. Box 400
Overton, TX 75684-0400

The Travelers Indemnity Company
co Travelers - Account Resolution
One Tower Square 0000-CR09A
Hartford, CT 06183-0001

Thomas Earl Braudt
4457 Longfellow Drive
Plano, Texas 75093-3222

Thomas Petroleum LLC
P. O. Box 677289
Dallas, TX 75320-0001

Total Pump & Supply LLC
P. O. Box 548
Carencro, LA 70520-0548

Traton Engineering Associates, L.P.
350 Vista Del Lago Dr.
Huffman, TX 77336

Travelers
co Account Resolution
One Tower Square, 0000 - CR09A
Hartford, CT 06183-0001

Trident Steel Corporation
12825 Flushing Meadows Dr.
Suite 110
Saint Louis, MO 63131-1837

Trident Steel Corporation
c/o Daniel J. Kasprzak
1221 Lamar Street, Suite 1000
Houston, Texas 77010-3050

Triple H Engine Service, Inc.
P.O. Box 565
Lovington, NM 88260-0565

Triple J Oilfield Service
P. O. Box 1665
Mission, TX 78573-0029

Tube Tech Services
P. O. Box 68
Scott, LA 70583-0068

Tubing Testers
P. O. Box 655
Archer City, TX 76351-0655

Tuthill Properties LLC
c/o Neil C Tuthill III
718 Heart D Farm Rd.
Youngsville, LA 70592-5215

Tyler Well Service Co.
P. O. Box 504
Hobbs, NM 88241-0504

US DOI, Bureau Of Land Management, NMSO
1849 C Street NW, MS 5358
Washington, DC 20240-0001

Victoria Electric Corp.
P. O. Box 2178
Victoria, TX 77902-2178

Vintage Services
174 W. Pursiane
Kilgore, TX 75662-1776

Vintage Services LLC
co Runyan Law Firm, PC
305 W. Rusk St.
Marshall, TX 75670-3246

Wallacy County Tax Office
Elizabeth Barnhart
192 N. 3rd, Rm 202
Raymondville, TX 78580-1953

Waste Management of Lake Charles
P. O. Box 55558
Boston, MA  02205-5558

Weatherford  Artificial Lift
Systems, Inc.
P. O. Box 301003
Dallas, TX 75303-1003

Weatherford International, LLC
Hughes Watters Askanase
Total Plaza
1201 Louisiana Street
28th Floor
Houston, TX 77002-5607

Weatherford U.S., L.P.
c/o Greg Koush
2000 St. James Place
Houston, Texas 77056-4123

Welibore Fishing & Rental
c/o Gardere Wynne Sewell LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102-3129

Wellbore Fishing & Rental Tools, LLC
c/o Kelly Hart & Hallman LLP
Attn: Katherine T. Hopkins
201 Main Street, Suite 2500
Fort Worth, TX 76102-3194

Wex Bank
P. O. Box 6293
Carol Stream, IL 60197-6293

White Services
P. O. Box 268
Smiley, TX 78159-0268

William H. Evans
4116 W Jevon Ln
Lake Charles, LA 70605-4283

Xpress Oilfield Services
P. O. Box 5040
Longview, TX 75608-5040

Ygriega Energy
DBA Y-Oil Field Services
P. O. Box 250
La Blanca, TX 78558-0250